| | |
|---|---|
| HENRY WEISSMANN (SBN 132418)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702<br>E-mail:  *henry.weissmann@mto.com*<br><br>ROSEMARIE T. RING (SBN 220769)<br>EMILY PAN (SBN 246130)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Telephone:     (415) 512-4000<br>Facsimile:      (415) 512-4077<br>E-mail:  *rose.ring@mto.com*<br>E-mail:  *emily.pan@mto.com*<br><br>Attorneys for Defendants<br>VERIZON COMMUNICATIONS INC.,<br>VERIZON CALIFORNIA, INC.,<br>VERIZON NORTHWEST, INC.,  and<br>VERIZON WEST COAST, INC. | JEFFREY F. KELLER  (SBN 148005)<br>DENISE L. DIAZ (SBN 159516)<br>KELLER GROVER, LLP<br>425 Second Avenue, Suite 500<br>San Francisco, CA 94107<br>Telephone:     (415) 543-1305<br>Facsimile:      (415) 543-7861<br>E-mail:  *jfkeller@kellergrover.com*<br><br>JOHN G. JACOBS (Admitted Pro Hac Vice)<br>BRYAN G. KOLTON (Admitted Pro Hac Vice)<br>THE JACOBS LAW FIRM CHTD.<br>122 South Michigan Avenue, Suite 1850<br>Chicago, IL 60603<br>Telephone:     (312) 427-4000<br>Facsimile:      (312) 427-1850<br>E-Mail: *jgjacobs@thejacobslawfirm.com*<br>E-Mail: *bgkolton@thejacobslawfirm.com*<br><br>DAVID SCHACHMAN (Pro Hac Vice Pending)<br>DAVID SCHACHMAN & ASSOCIATES, P.C.<br>122 South Michigan Avenue, Suite 1850<br>Chicago, IL 60603<br>Telephone:     (312) 427-9500<br>Facsimile:      (312) 427-1850<br>E-Mail:  *ds@schachmanlaw.com*<br><br>Attorneys for Plaintiffs and the Putative Class |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DESIREE MOORE and KAREN JONES individually and on behalf of a class of similarly situated individuals,<br><br>            Plaintiffs,<br><br>   vs.<br><br>VERIZON COMMUNICATIONS INC.,  a Delaware corporation, VERIZON CALIFORNIA, INC., a California corporation, VERIZON NORTHWEST, INC., a Washington corporation, and VERIZON WEST COAST, INC., a California corporation,<br><br>            Defendants. | CASE NO.  CV 09-1823 WDB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

1  WHEREAS, on April 30, 2009, plaintiffs served on defendants the Complaint in the above-captioned case;

2  WHEREAS, pursuant to a stipulated order signed by the Court on May 14, 2009, defendants' time to answer or otherwise respond to the complaint was extended to June 19, 2009;

3  WHEREAS, the parties have agreed to further extend defendants' time to answer or otherwise respond to the complaint to July 17, 2009;

4  WHEREAS, this extension will not alter the date of any event or deadline already fixed by Court order, and Civil Local Rule 6-1(a) does not require a Court order for such an extension;

5  WHEREAS, defendants reserve their respective rights to raise any and all defenses available to them in answering or otherwise responding to the complaint, including but not limited to challenges to personal jurisdiction and standing;

NOW THEREFORE, plaintiff and defendant through their counsel of record stipulate to the following:

IT IS HEREBY STIPULATED pursuant to Civil L.R. 6-1(a) that the deadline for defendants to answer or otherwise respond to the complaint shall be and is hereby extended to July 17, 2009.

1
2  DATED: June 16, 2009                    MUNGER, TOLLES & OLSON LLP
3
4                                          By:          /s/
                                                ROSEMARIE T. RING
5
   Attorneys for Defendants
6  VERIZON COMMUNICATIONS INC.,
   VERIZON CALIFORNIA, INC., VERIZON
7  NORTHWEST, INC., and VERIZON WEST
   COAST, INC.
8
                                           KELLER GROVER LLP
9
10
                                           By:          /s/
11                                              JOHN G. JACOBS
12 Attorneys for Plaintiffs
   DESIREE MOORE and KAREN JONES
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.  The deadline for
2   Defendants to answer or otherwise respond to the Complaint shall be and is hereby extended to
3   July 17, 2009.
4   
5    Dated: 6/18/2009
6                                                                       _____
7                                                                       HONORABLE WAYNE D. BRAZIL

IT IS SO ORDERED
Wayne D. Brazil
Judge Wayne D. Brazil

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA