| | |
|---|---|
| HENRY WEISSMANN (SBN 132418)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702<br>E-mail:  henry.weissmann@mto.com | JEFFREY F. KELLER  (SBN 148005)<br>DENISE L. DIAZ (SBN 159516)<br>KELLER GROVER, LLP<br>425 Second Avenue, Suite 500<br>San Francisco, CA 94107<br>Telephone:    (415) 543-1305<br>Facsimile:     (415) 543-7861<br>E-mail:  jfkeller@kellergrover.com |

Attorneys for Defendants
VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON NORTHWEST INC., VERIZON WEST COAST INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION, INC., VERIZON CORPORATE SERVICES CORP., and VERIZON DATA SERVICES, INC.

Attorneys for Plaintiffs and the Putative Class

[*Additional Counsel on Signature Page*]

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DESIREE MOORE and KAREN JONES individually and on behalf of a class of similarly situated individuals,<br><br>            Plaintiffs,<br><br>     vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA, INC., VERIZON NORTHWEST, INC., VERIZON WEST COAST, INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION, INC., VERIZON CORPORATE SERVICES CORP., VERIZON DATA SERVICES, INC., and DOES 1 through 25<br><br>           Defendants. | CASE NO.  CV 09-1823 SBA<br><br>**STIPULATED REQUEST AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE SCHEDULED FOR DECEMBER 17, 2009** |

WHEREAS, on September 16, 2009, the parties filed a stipulated request to continue the initial case management scheduled for October 8, 2009, given Plaintiffs' intention to file a First Amended Complaint and Defendants' intention to file a motion to dismiss under Rule 12 of the Federal Rules of Civil Procedure that could result in dismissal of the action in its entirety;

WHEREAS, on September 18, 2009, plaintiffs filed their First Amended Complaint;

WHEREAS, by order dated September 18, 2009, the Court continued the October 8, 2009, initial case management conference to December 17, 2009, at 3:00 p.m.;

WHEREAS, on October 19, 2009, the parties filed a stipulation extending Defendants' time to respond to the First Amended Complaint and setting the following briefing schedule for Defendant's Motion to Dismiss the First Amended Complaint:

- Motion due: November 2, 2009
- Opposition to Motion due: December 7, 2009
- Reply in support of Motion due: January 15, 2009

WHEREAS, the hearing on Defendants' Motion is scheduled for February 2, 2010, at 1:00 p.m.;

WHEREAS, given that Defendants' Motion could result in dismissal of the action in its entirety, and that briefing and argument on the motion will not be completed until February 2, 2010, the parties have agreed that, subject to the Court's approval, continuance of the initial case management conference until after the Court rules on Defendants' Motion would allow the parties to comply with their obligations under Rule 26, Civil L.R. 16, and ADR L.R. 3, and allow the Court to consider the case in a more informed manner;

NOW THEREFORE, plaintiffs and defendants through their counsel of record stipulate to the following:

IT IS HEREBY STIPULATED that, subject to the Court's approval, the initial case management conference scheduled for December 17, 2009, at 3:00 p.m., should be continued until after the Court rules on Defendants' Motion To Dismiss the First Amended Complaint.

DATED: December 1, 2009                              MUNGER, TOLLES & OLSON LLP


                                                     By:           /s/
                                                             ROSEMARIE T. RING

                                                     Attorneys for Defendants
                                                     VERIZON COMMUNICATIONS INC.,
                                                     VERIZON CALIFORNIA INC., VERIZON
                                                     NORTHWEST INC., VERIZON WEST COAST
                                                     INC., VERIZON CORPORATE SERVICES
                                                     GROUP INC., VERIZON SERVICES CORP.,
                                                     TELESECTOR RESOURCES GROUP, INC.
                                                     d/b/a VERIZON SERVICES GROUP,
                                                     VERIZON SERVICES OPERATIONS INC.,
                                                     VERIZON SERVICES ORGANIZATION, INC.,
                                                     VERIZON CORPORATE SERVICES CORP.,
                                                     and VERIZON DATA SERVICES, INC.

                                                     THE JACOBS LAW FIRM, CHTD.


                                                     By:           /s/
                                                             JOHN G. JACOBS

                                                     Attorneys for Plaintiffs
                                                     DESIREE MOORE and KAREN JONES

| | |
|---|---|
| ROSEMARIE T. RING (SBN 220769)<br>GABRIEL P. SANCHEZ (SBN 241367)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Telephone:     (415) 512-4000<br>Facsimile:      (415) 512-4077<br>E-mail:  rose.ring@mto.com<br>E-mail:  gabriel.sanchez@mto.com | JOHN G. JACOBS (Admitted Pro Hac Vice)<br>BRYAN G. KOLTON (Admitted Pro Hac Vice)<br>THE JACOBS LAW FIRM CHTD.<br>122 South Michigan Avenue, Suite 1850<br>Chicago, IL 60603<br>Telephone:   (312) 427-4000<br>Facsimile:     (312) 427-1850<br>E-Mail:  jgjacobs@thejacobslawfirm.com<br>E-Mail:  bgkolton@thejacobslawfirm.com |
| Attorneys for Defendants<br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON NORTHWEST INC., VERIZON WEST COAST INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION, INC., VERIZON CORPORATE SERVICES CORP., and VERIZON DATA SERVICES, INC. | DAVID SCHACHMAN (Admitted Pro Hac Vice)<br>DAVID SCHACHMAN & ASSOCIATES, P.C.<br>122 South Michigan Avenue, Suite 1850<br>Chicago, IL 60603<br>Telephone:   (312) 427-9500<br>Facsimile:     (312) 427-1850<br>E-Mail:  ds@schachmanlaw.com<br><br>Attorneys for Plaintiffs and the Putative Class |

1
2
## ORDER

3
4  PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT the Case
5  Management Conference currently scheduled for December 17, 2009, shall be CONTINUED to
6  **February 2, 2010, at 1:00 p.m.**, to follow the hearing on Defendant's Motion to Dismiss the First
7  Amended Complaint currently scheduled on that date and time. The parties shall **meet and**
8  **confer** prior to the conference and shall prepare a joint Case Management Conference Statement
9  which shall be filed no later than ten (10) days prior to the Case Management Conference that
10 complies with the Standing Order For All Judges Of The Northern District Of California and the
11
12 Standing Order of this Court.

13      SO ORDERED.
14
15 Dated: 12/8/09

16
17                                    _____
                                       SAUNDRA BROWN ARMSTRONG
18                                     United States District Judge
19
20
21
22
23
24
25
26
27
28