IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MOORE and KAREN JONES individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiffs,<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA, INC., VERIZON NORTHWEST, INC., VERIZON WEST COAST, INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION, INC., VERIZON CORPORATE SERVICES CORP., VERIZON DATA SERVICES, INC., and DOES 1 through 25<br>        Defendants. | Case No. 09-cv-1823 SBA<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER FOR ENTRY OF STIPULATED PROTECTIVE ORDER<br><br>Judge:    Judge Saundra Armstrong<br>Courtroom: Courtroom 1<br><br>First Amended Complaint<br>Filed:    September 18, 2009 |

[PROPOSED] ORDER
Case No. 09-cv-1823 SBA

12572121.1

1  The parties to the above-captioned litigation having entered into the Stipulated Protective
2  Order, having filed the Stipulated Protective Order with the Court, and good cause being shown
3  therefore, IT IS HEREBY ORDERED that the Stipulated Protective Order shall be and hereby is
4  approved in its entirety and made the order of this Court.

5
6
7  Dated: Dec. 20, 2010
8
9  _____
   ~~SAUNDRA B. ARMSTRONG~~
10   ~~United States District Judge~~
11   Elizabeth D. Laporte
    United States Magistrate Judge

12572121.1

- 1 -
[PROPOSED] ORDER
Case No. 09-cv-1823 SBA