| | |
|---|---|
| HENRY WEISSMANN (SBN 132418)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>E-mail:  henry.weissmann@mto.com<br><br>Attorneys for Defendants<br><br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION, INC., and VERIZON CORPORATE SERVICES CORP., VERIZON DATA SERVICES, INC. | JEFFREY F. KELLER (SBN 148005)<br>KELLER GROVER, LLP<br>1965 Market Street<br>San Francisco, California 94103<br>Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861<br>Email: jfkeller@kellergrover.com<br><br>Attorneys for Plaintiffs and the Putative Class<br><br>[*Additional Counsel on Signature Page*] |

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DESIREE MOORE and KAREN JONES individually and on behalf of a class of similarly situated individuals,<br><br>     Plaintiffs,<br><br>  vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA, INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION, INC., VERIZON CORPORATE SERVICES CORP., VERIZON DATA SERVICES, INC., and DOES 1 through 25<br><br>     Defendants. | CASE NO.  CV 09-1823 SBA<br><br>**STIPULATION AND  ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' NOTICE OF ADMINISTRATIVE MOTION AND MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |

WHEREAS, on February 22, 2012, Defendants filed a Notice of Administrative Motion and Motion to consider whether *Wolk et al. v. Verizon California, Inc. et al.*, Case No. 11-CV-3916 (PJH) (filed in August 2011), should be related to this case, *Moore et al. v. Verizon Communications Inc. et al.,* Case No. 09-CV-1823 (SBA), pursuant to Civil Local Rule 3-12;

WHEREAS, Plaintiffs' response to Defendants' Motion To Consider Whether Cases Should Be Related Pursuant To Civil Local Rule 3-12 is due to be filed on February 27, 2012.

WHEREAS, Plaintiffs requested, and Defendants agreed to stipulate to, a 3-day extension of time, until March 1, 2012, for Plaintiffs to file a response to the motion;

WHEREAS, the extension will allow Plaintiffs sufficient time to properly evaluate the motion, decide whether to file any opposition to or support of it, and if so, prepare said response;

WHEREAS, the requested extension will not alter the date of any event or deadline already fixed by Court order other than Plaintiffs' response date to the motion;

NOW THEREFORE, Plaintiffs and Defendants, through their counsel of record, stipulate to the following:

IT IS HEREBY STIPULATED pursuant to Civil L.R. 6-2, that Plaintiffs shall have until March 1, 2012 to file a response to Defendants' Notice Of Administrative Motion And Motion To Consider Whether Cases Should Be Related Pursuant To Civil Local Rule 3-12.

**IT IS SO STIPULATED.**

DATED: February 27, 2012     MUNGER, TOLLES & OLSON LLP

By:     */s/* Rosemarie T. Ring
             ROSEMARIE T. RING

Attorneys for Defendants

VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION, INC., VERIZON CORPORATE SERVICES CORP., and VERIZON DATA SERVICES, INC.

| | | |
|---|---|---|
| 1 | DATED: February 27, 2012 | JACOBS KOLTON, CHTD. |
| 2 | | By:  */s/* John G. Jacobs |
| | | JOHN G. JACOBS |
| 3 | | |
| 4 | | Attorneys for Plaintiffs |
| 5 | | DESIREE MOORE and KAREN JONES |

- 2 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV 09-1823 SBA

| | | |
|---|---|---|
| 1 | | |
| 2 | HENRY WEISSMANN (SBN 132418)<br>MUNGER, TOLLES & OLSON LLP | JOHN G. JACOBS (*PRO HAC VICE*)<br>BRYAN G. KOLTON (*PRO HAC VICE*)<br>JACOBS KOLTON, CHTD. |
| 3 | 355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560 | 122 South Michigan Avenue, Suite 1850<br>Chicago, Illinois 60603 |
| 4 | Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 | Telephone: (312) 427-4000<br>Facsimile: (312) 427-1850 |
| 5 | E-mail: henry.weissmann@mto.com | E-mail: jgjacobs@jacobskolton.com<br>E-mail: bgkolton@jacobskolton.com |
| 6 | ROSEMARIE T. RING (SBN 220769)<br>MUNGER, TOLLES & OLSON LLP | DAVID SCHACHMAN (*PRO HAC VICE*) |
| 7 | 560 Mission Street<br>Twenty-Seventh Floor | DAVID SCHACHMAN & ASSOCIATES, P.C.<br>122 South Michigan Avenue, Suite 1850 |
| 8 | San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000 | Chicago, Illinois 60603<br>Telephone: (312) 427-9500 |
| 9 | Facsimile: (415) 512-4077<br>E-mail:  rose.ring@mto.com | Facsimile: (312) 427-1850<br>E-mail: ds@schachmanlaw.com |
| 10 | | |
| 11 | Attorneys for Defendants | JEFFREY F. KELLER (SBN 148005)<br>KELLER GROVER, LLP<br>1965 Market Street |
| 12 | VERIZON COMMUNICATIONS INC.,<br>VERIZON CALIFORNIA INC., VERIZON | San Francisco, California 94103<br>Telephone: (415) 543-1305 |
| 13 | CORPORATE SERVICES GROUP INC.,<br>VERIZON SERVICES CORP., | Facsimile: (415) 543-7861<br>E-mail: jfkeller@kellergrover.com |
| 14 | TELESECTOR RESOURCES GROUP,<br>INC. d/b/a VERIZON SERVICES GROUP, | MICHAEL W. SOBOL (SBN 194857) |
| 15 | VERIZON SERVICES OPERATIONS<br>INC., VERIZON SERVICES | JAHAN C. SAGAFI (SBN 224887)<br>EDUARDO E. SANTACANA (SBN 281668) |
| 16 | ORGANIZATION, INC., VERIZON<br>CORPORATE SERVICES CORP., and | LIEFF CABRASER HEIMANN<br> & BERNSTEIN, LLP |
| 17 | VERIZON DATA SERVICES, INC. | 275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339 |
| 18 | | Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| 19 | | E-mail: msobol@lchb.com<br>E-mail: jsagafi@lchb.com |
| 20 | | E-mail: eesantacana@lchb.com |
| 21 | | Attorneys for Plaintiffs and the Putative Class |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**GENERAL ORDER 45 ATTESTATION**

I, Jahan C. Sagafi, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' NOTICE OF ADMINISTRATIVE MOTION AND MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12.  In accordance with General Order 45.X.B., I hereby attest that Rosemarie T. Ring concurred in this filing.  I shall maintain records to support this concurrence for subsequent production to the Court if so ordered for inspection upon the request of any party.

By: /s/ Jahan C. Sagafi
Jahan C. Sagafi

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Plaintiffs shall have until March 1, 2012 to file a response to Defendants' Notice Of Administrative Motion And Motion To Consider Whether Cases Should Be Related Pursuant To Civil Local Rule 3-12.

Date**:  2/28/12**                         _____
                                                       The Honorable Saundra B. Armstrong
                                                       United States District Court Judge