| | |
|---|---|
| HENRY WEISSMANN (SBN 132418)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>E-mail:  henry.weissmann@mto.com<br><br>Attorneys for Defendants<br><br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION, INC., and VERIZON CORPORATE SERVICES CORP., VERIZON DATA SERVICES, INC. | JEFFREY F. KELLER (SBN 148005)<br>KELLER GROVER, LLP<br>1965 Market Street<br>San Francisco, California 94103<br>Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861<br>Email: jfkeller@kellergrover.com<br><br>Attorneys for Plaintiffs and the Putative Class<br><br>[*Additional Counsel on Signature Page*] |

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DESIREE MOORE and KAREN JONES individually and on behalf of a class of similarly situated individuals,<br><br>            Plaintiffs,<br><br>    vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA, INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION, INC., VERIZON CORPORATE SERVICES CORP., VERIZON DATA SERVICES, INC., and DOES 1 through 25<br><br>            Defendants. | CASE NO.  CV 09-1823 SBA<br><br>**STIPULATION AND  ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO ENHANCED SERVICES BILLING, INC.'S MOTION TO INTERVENE PURSUANT TO FED. R. CIV. P. 24; MEMORANDUM IN SUPPORT**<br><br>Hearing Date: May 15, 2012<br>Time: 1:00 p.m.<br>Dept: Ctrm. 1, 4th Floor<br>Judge: Hon. Saundra B. Armstrong |

1     WHEREAS, on March 16, 2012, Enhanced Services Billing, Inc. ("ESBI") filed its Motion To Intervene Pursuant To Fed. R. Civ. P. 24 and Memorandum In Support (the "Motion To Intervene");

    WHEREAS, Plaintiffs' Response to the Motion To Intervene is due to be filed on March 30, 2012;

    WHEREAS, Plaintiffs requested, and ESBI agreed to stipulate to, a 7-day extension of time, until April 6, 2012, for Plaintiffs to file a response to the Motion To Intervene;

    WHEREAS, ESBI's reply to Plaintiffs' response to the Motion To Intervene is due to be filed on April 6, 2012;

    WHEREAS, Plaintiffs and ESBI agreed and stipulate that ESBI shall have until April 13, 2012, to file a reply in support of its Motion To Intervene;

    WHEREAS, the stipulation is not made for any purposes of delay and, at least from the parties' perspective, will not require any delay in the hearing on the Motion To Intervene which is scheduled for May 15, 2012 at 1:00 p.m.;

    NOW THEREFORE, Plaintiffs and ESBI, through their counsel of record, stipulate to the following:

    IT IS HEREBY STIPULATED pursuant to Civil L.R. 6-2, that Plaintiffs shall have until April 6, 2012 to file a response to Enhanced Services Billing, Inc.'s Motion To Intervene Pursuant To Fed. R. Civ. P. 24, and ESBI shall have until April 13, 2012, to file its reply in support of its motion.

**IT IS SO STIPULATED.**

1  DATED: March 28, 2012.

2                                          DAVID SCHACHMAN & ASSOCIATES, P.C.

3

4                                          By:      */s/*  David Schachman
                                                    DAVID SCHACHMAN
5
                                           Attorneys for Plaintiffs
6                                          DESIREE MOORE and KAREN JONES

7
                                           VERITA J. MOLYNEAUX
8

9
                                           By:      */s/* Verita J. Molyneaux
10                                                  VERITA J. MOLYNEAUX

11                                         Attorneys for Intervenor
                                           ENHANCED SERVICES BILLING, INC.
12
                                           BRUCE N. FURUKAWA (SBN 157303)
13                                         VERITA J. MOLYNEAUX (SBN 250875
                                           SEVERSON & WERSON
14                                         A Professional Corporation
                                           One Embarcadero, California 94111
15                                         Telephone: (415) 398-3344
                                           Facsimile: (41) 956-0439
16                                         bnf@seversno.com
                                           vjm@severson.com
17

18

19

20

21

22

23

24

25

26

27

28

11249/0119/2170229.1

- 2 -    STIPULATION AND [PROPOSED] ORDER
         CASE NO. CV 09-1823 SBA

| | | |
|---|---|---|
| 1 | | |
| 2 | HENRY WEISSMANN (SBN 132418) | JOHN G. JACOBS (*PRO HAC VICE*) |
| | MUNGER, TOLLES & OLSON LLP | BRYAN G. KOLTON (*PRO HAC VICE*) |
| 3 | 355 South Grand Avenue, Thirty-Fifth Floor | JACOBS KOLTON, CHTD. |
| | Los Angeles, CA 90071-1560 | 122 South Michigan Avenue, Suite 1850 |
| 4 | Telephone: (213) 683-9100 | Chicago, Illinois 60603 |
| | Facsimile: (213) 687-3702 | Telephone: (312) 427-4000 |
| 5 | E-mail: henry.weissmann@mto.com | Facsimile: (312) 427-1850 |
| | | E-mail: jgjacobs@jacobskolton.com |
| | | E-mail: bgkolton@jacobskolton.com |

HENRY WEISSMANN (SBN 132418)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
E-mail: henry.weissmann@mto.com

ROSEMARIE T. RING (SBN 220769)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
E-mail:  rose.ring@mto.com

Attorneys for Defendants

VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION, INC., VERIZON CORPORATE SERVICES CORP., and VERIZON DATA SERVICES, INC.

JOHN G. JACOBS (*PRO HAC VICE*)
BRYAN G. KOLTON (*PRO HAC VICE*)
JACOBS KOLTON, CHTD.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-4000
Facsimile: (312) 427-1850
E-mail: jgjacobs@jacobskolton.com
E-mail: bgkolton@jacobskolton.com

DAVID SCHACHMAN (*PRO HAC VICE*)
DAVID SCHACHMAN & ASSOCIATES, P.C.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Telephone: (312) 427-9500
Facsimile: (312) 427-1850
E-mail: ds@schachmanlaw.com

JEFFREY F. KELLER (SBN 148005)
KELLER GROVER, LLP
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861
E-mail: jfkeller@kellergrover.com

MICHAEL W. SOBOL (SBN 194857)
JAHAN C. SAGAFI (SBN 224887)
EDUARDO E. SANTACANA (SBN 281668)
LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-mail: msobol@lchb.com
E-mail: jsagafi@lchb.com
E-mail: eesantacana@lchb.com

Attorneys for Plaintiffs and the Putative Class

**GENERAL ORDER 45 ATTESTATION**

I, David Schachman, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO ENHANCED SERVICES BILLING, INC'S MOTION TO INTERVENE PURSUANT TO FED. R. CIV. P. 24; MEMORANDUM IN SUPPORT. In accordance with General Order 45.X.B., I hereby attest that Verita J. Molyneaux concurred in this filing. I shall maintain records to support this concurrence for subsequent production to the Court if so ordered for inspection upon the request of any party.

By: /s/ David Schachman
David Schachman

1 **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.  Plaintiffs shall have until April
3 6, 2012 to file a response to Enhanced Services Billing, Inc.'s Motion To Intervene Pursuant To
4 Fed. R. Civ. P. 24; Memorandum In Support, and Defendants shall have until April 13, 2012, to
5 file their reply.

6

7
Date**:  3/29/12**                                    _/s/ Saundra B. Armstrong_
8                                                                      The Honorable Saundra B. Armstrong
                                                                         United States District Court Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28