| | |
|---|---|
| HENRY WEISSMANN (SBN 132418)<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>E-mail:  henry.weissmann@mto.com<br><br>Attorneys for Defendants<br><br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION, INC., and VERIZON CORPORATE SERVICES CORP., VERIZON DATA SERVICES, INC.<br><br>[*Additional Counsel on Signature Page*] | JEFFREY F. KELLER (SBN 148005)<br>KELLER GROVER, LLP<br>1965 Market Street<br>San Francisco, California 94103<br>Telephone: (415) 543-1305<br>Facsimile: (415) 543-7861<br>Email: jfkeller@kellergrover.com<br><br>Attorneys for Plaintiffs and the Putative Class<br><br>[*Additional Counsel on Signature Page*] |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DESIREE MOORE and KAREN JONES individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br> vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA, INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION, INC., VERIZON CORPORATE SERVICES CORP., VERIZON DATA SERVICES, INC., and DOES 1 through 25<br><br>    Defendants. | CASE NO.  CV 09-1823 SBA<br><br>**STIPULATION AND  ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO ENHANCED SERVICES BILLING, INC.'S MOTION TO INTERVENE PURSUANT TO FED. R. CIV. P. 24; MEMORANDUM IN SUPPORT**<br><br>Hearing Date: May 15, 2012<br>Time: 1:00 p.m.<br>Dept: Ctrm. 1, 4th Floor<br>Judge: Hon. Saundra B. Armstrong |

11249/0119/2170229.1

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV 09-1823 SBA

1  WHEREAS, on March 16, 2012, Enhanced Services Billing, Inc. ("ESBI") filed its
2  Motion To Intervene Pursuant To Fed. R. Civ. P. 24 and Memorandum In Support (the "Motion
3  To Intervene");
4  WHEREAS, Plaintiffs' Response to the Motion To Intervene is due to be filed on March
5  30, 2012;
6  WHEREAS, Plaintiffs requested, and ESBI agreed to stipulate to, a 7-day extension of
7  time, until April 6, 2012, for Plaintiffs to file a response to the Motion To Intervene;
8  WHEREAS, ESBI's reply to Plaintiffs' response to the Motion To Intervene is due to be
9  filed on April 6, 2012;
10  WHEREAS, Plaintiffs and ESBI agreed and stipulate that ESBI shall have until April 13,
11  2012, to file a reply in support of its Motion To Intervene;
12  WHEREAS, the stipulation is not made for any purposes of delay and, at least from the
13  parties' perspective, will not require any delay in the hearing on the Motion To Intervene which is
14  scheduled for May 15, 2012 at 1:00 p.m.;
15  NOW THEREFORE, Plaintiffs and ESBI, through their counsel of record, stipulate to the
16  following:
17  IT IS HEREBY STIPULATED pursuant to Civil L.R. 6-2, that Plaintiffs shall have until
18  April 6, 2012 to file a response to Enhanced Services Billing, Inc.'s Motion To Intervene
19  Pursuant To Fed. R. Civ. P. 24, and ESBI shall have until April 13, 2012, to file its reply in
20  support of its motion.
21  **IT IS SO STIPULATED.**


| | |
|---|---|
| 1 | DATED: March 28, 2012. |
| 2 | DAVID SCHACHMAN & ASSOCIATES, P.C. |

By:   */s/*  David Schachman
       DAVID SCHACHMAN

Attorneys for Plaintiffs
DESIREE MOORE and KAREN JONES


VERITA J. MOLYNEAUX


By:   */s/* Verita J. Molyneaux
       VERITA J. MOLYNEAUX

Attorneys for Intervenor
ENHANCED SERVICES BILLING, INC.

BRUCE N. FURUKAWA (SBN 157303)
VERITA J. MOLYNEAUX (SBN 250875
SEVERSON & WERSON
A Professional Corporation
One Embarcadero, California 94111
Telephone: (415) 398-3344
Facsimile: (41) 956-0439
bnf@seversno.com
vjm@severson.com

| | | |
|---|---|---|
| 1 | | |
| 2 | HENRY WEISSMANN (SBN 132418)<br>MUNGER, TOLLES & OLSON LLP | JOHN G. JACOBS (*PRO HAC VICE*)<br>BRYAN G. KOLTON (*PRO HAC VICE*) |
| 3 | 355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560 | JACOBS KOLTON, CHTD.<br>122 South Michigan Avenue, Suite 1850<br>Chicago, Illinois 60603 |
| 4 | Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 | Telephone: (312) 427-4000<br>Facsimile: (312) 427-1850 |
| 5 | E-mail: henry.weissmann@mto.com | E-mail: jgjacobs@jacobskolton.com<br>E-mail: bgkolton@jacobskolton.com |
| 6 | ROSEMARIE T. RING (SBN 220769)<br>MUNGER, TOLLES & OLSON LLP | DAVID SCHACHMAN (*PRO HAC VICE*) |
| 7 | 560 Mission Street<br>Twenty-Seventh Floor | DAVID SCHACHMAN & ASSOCIATES, P.C.<br>122 South Michigan Avenue, Suite 1850 |
| 8 | San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000 | Chicago, Illinois 60603<br>Telephone: (312) 427-9500 |
| 9 | Facsimile: (415) 512-4077<br>E-mail:  rose.ring@mto.com | Facsimile: (312) 427-1850<br>E-mail: ds@schachmanlaw.com |
| 10 | | |
| 11 | Attorneys for Defendants | JEFFREY F. KELLER (SBN 148005)<br>KELLER GROVER, LLP<br>1965 Market Street |
| 12 | VERIZON COMMUNICATIONS INC.,<br>VERIZON CALIFORNIA INC., VERIZON | San Francisco, California 94103<br>Telephone: (415) 543-1305 |
| 13 | CORPORATE SERVICES GROUP INC.,<br>VERIZON SERVICES CORP., | Facsimile: (415) 543-7861<br>E-mail: jfkeller@kellergrover.com |
| 14 | TELESECTOR RESOURCES GROUP,<br>INC. d/b/a VERIZON SERVICES GROUP, | MICHAEL W. SOBOL (SBN 194857) |
| 15 | VERIZON SERVICES OPERATIONS<br>INC., VERIZON SERVICES | JAHAN C. SAGAFI (SBN 224887)<br>EDUARDO E. SANTACANA (SBN 281668) |
| 16 | ORGANIZATION, INC., VERIZON<br>CORPORATE SERVICES CORP., and | LIEFF CABRASER HEIMANN<br> & BERNSTEIN, LLP |
| 17 | VERIZON DATA SERVICES, INC. | 275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339 |
| 18 | | Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| 19 | | E-mail: msobol@lchb.com<br>E-mail: jsagafi@lchb.com |
| 20 | | E-mail: eesantacana@lchb.com |
| 21 | | Attorneys for Plaintiffs and the Putative Class |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

11249/0119/2170229.1

- 3 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV 09-1823 SBA

**GENERAL ORDER 45 ATTESTATION**

I, David Schachman, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO ENHANCED SERVICES BILLING, INC'S MOTION TO INTERVENE PURSUANT TO FED. R. CIV. P. 24; MEMORANDUM IN SUPPORT.  In accordance with General Order 45.X.B., I hereby attest that Verita J. Molyneaux concurred in this filing.  I shall maintain records to support this concurrence for subsequent production to the Court if so ordered for inspection upon the request of any party.

By: /s/ David Schachman
David Schachman

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Plaintiffs shall have until April 6, 2012 to file a response to Enhanced Services Billing, Inc.'s Motion To Intervene Pursuant To Fed. R. Civ. P. 24; Memorandum In Support, and Defendants shall have until April 13, 2012, to file their reply.

Date**:  3/29/12**                              *Saundra B. Armstrong*
                                                  The Honorable Saundra B. Armstrong
                                                  United States District Court Judge