| | |
|---|---|
| 1 | JEFFREY F. KELLER (SBN 148005) |
| | **KELLER GROVER, LLP** |
| 2 | 1965 Market Street |
| | San Francisco, California 94103 |
| 3 | Telephone: (415) 543-1305 |
| | Facsimile: (415) 543-7861 |
| 4 | jfkeller@kellergrover.com |
| 5 | Michael W. Sobol (State Bar No. 194857) |
| | Jahan C. Sagafi (State Bar No. 224887) |
| 6 | Eduardo E. Santacana (State Bar No. 281668) |
| | **LIEFF CABRASER HEIMANN &** |
| 7 | **BERNSTEIN, LLP** |
| | 275 Battery Street, 29th Floor |
| 8 | San Francisco, CA 94111-3339 |
| | Telephone: (415) 956-1000 |
| 9 | Facsimile: (415) 956-1008 |
| | msobol@lchb.com |
| 10 | jsagafi@lchb.com |
| | esantacana@lchb.com |

Attorneys for Plaintiffs and the Settlement Class

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MOORE and KAREN JONES individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA, INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION, INC., VERIZON CORPORATE SERVICES CORP., VERIZON DATA SERVICES, INC., and DOES 1 through 25 <br><br> Defendants. | Case No. 4:09-cv-01823-SBA <br><br> **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS <u>UNDER SEAL</u>** <br><br><br> Location: Courtroom 1, 4th Floor. <br> 1301 Clay Street <br> Oakland, California 94612 <br> Date: May 15, 2012 <br> Time: 1:00 p.m. <br><br> The Honorable Saundra B. Armstrong |

[Proposed] Order Granting Plaintiffs'
Administrative Motion To File Under Seal                                                                                   Case No. 09-cv-01823-SBA
972398.1

1  Plaintiffs have filed an administrative motion pursuant to Civil Local Rules 7-11 and 79-
2  5(d) to file two documents under seal:  (1) the July 1, 2008 Billing Services Agreement between
3  ESBI and Verizon ("Agreement") produced by Defendants in this litigation with the designation
4  "Highly Confidential – Attorneys Eyes Only," and (2) the unredacted version of Plaintiffs'
5  Opposition To Enhanced Services Billing, Inc.'s Motion To Intervene ("unredacted Opposition").
6  Defendants have submitted a declaration in support of Plaintiffs' administrative motion.
7  The motion is hereby GRANTED.

9  Dated:   _4/9/12              *Saundra B. Armstrong*
10                                The Honorable Saundra Brown Armstrong
                                  United States District Court Judge