JEFFREY F. KELLER (SBN 148005)
**KELLER GROVER, LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861
jfkeller@kellergrover.com

Michael W. Sobol (State Bar No. 194857)
Jahan C. Sagafi (State Bar No. 224887)
Eduardo E. Santacana (State Bar No. 281668)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
msobol@lchb.com
jsagafi@lchb.com
esantacana@lchb.com

Attorneys for Plaintiffs and the Settlement Class

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MOORE and KAREN JONES individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA, INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION, INC., VERIZON CORPORATE SERVICES CORP., VERIZON DATA SERVICES, INC., and DOES 1 through 25<br><br>Defendants. | Case No. 4:09-cv-01823-SBA<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS <u>UNDER SEAL</u>**<br><br><br>Location: Courtroom 1, 4th Floor.<br>1301 Clay Street<br>Oakland, California 94612<br>Date: May 15, 2012<br>Time: 1:00 p.m.<br><br>The Honorable Saundra B. Armstrong |

1     Plaintiffs have filed an administrative motion pursuant to Civil Local Rules 7-11 and 79-5(d) to file two documents under seal: (1) the July 1, 2008 Billing Services Agreement between ESBI and Verizon ("Agreement") produced by Defendants in this litigation with the designation "Highly Confidential – Attorneys Eyes Only," and (2) the unredacted version of Plaintiffs' Opposition To Enhanced Services Billing, Inc.'s Motion To Intervene ("unredacted Opposition").

    Defendants have submitted a declaration in support of Plaintiffs' administrative motion.

    The motion is hereby GRANTED.

Dated: _4/9/12

*Saundra B. Armstrong*

The Honorable Saundra Brown Armstrong
United States District Court Judge

---

[Proposed] Order Granting Plaintiffs'
Administrative Motion To File Under Seal     - 1 -     Case No. 09-cv-01823-SBA
972398.1