UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DESIREE MOORE and KAREN JONES individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA, INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION, INC., VERIZON CORPORATE SERVICES CORP., VERIZON DATA SERVICES, INC., and DOES 1 through 25,<br><br>Defendants. | Case No:  C 09-1823 SBA<br><br>**ORDER SCHEDULING HEARING**<br><br>Docket 102. |

IT IS HEREBY ORDERED THAT a hearing is scheduled on August 24, 2012 at 11:00 a.m. on Enhanced Services Billing, Inc.'s motion to intervene under Rule 24 of the Federal Rules of Civil Procedure.  Dkt. 102.

IT IS SO ORDERED.

Dated: 8/17/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge