ROBIN L. MOORE
FRANK M. GORMAN
JAMES A. KOHM
Division of Enforcement
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Avenue, NW, Rm. M-8102B
Washington, DC 20580

(202) 326-2167 (tel.) (Moore)
(202) 326-2156 (tel.) (Gorman)
(202) 326-2640 (tel.) (Kohm)
(202) 326-2558 (fax)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MOORE and KAREN JONES individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA, INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION, INC., VERIZON CORPORATE SERVICES CORP., VERIZON DATA SERVICES, INC., AND DOES 1 through 25,<br><br>Defendants. | Case No. CV 09-1823 SBA<br><br>[PROPOSED] ORDER GRANTING FEDERAL TRADE COMMISSION LEAVE TO FILE BRIEF AS AMICUS CURIAE<br><br>Hon. Saundra Brown Armstrong |

Upon consideration of the Federal Trade Commission's ("FTC") Motion for Leave to File Brief as *Amicus Curiae* in this action, it is hereby ORDERED that:

1. the Motion is GRANTED;

2. the Clerk is directed to accept for filing the Commission's Brief as *Amicus Curiae*; and

3. the Federal Trade Commission may appear at the Final Approval Hearing.

Dated: 8/23/12

Saundra Brown Armstrong
United States District Judge

2