| | |
|---|---|
| HENRY WEISSMANN (SBN 132418)<br>AVI BRAZ (SBN 241577)<br>**MUNGER, TOLLES & OLSON LLP**<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:    (213) 683-9100<br>Facsimile:      (213) 687-3702<br>E-mail:  henry.weissmann@mto.com;<br>avi.braz@mto.com<br><br>Attorneys for Defendants<br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION INC., VERIZON CORPORATE SERVICES CORP., and VERIZON DATA SERVICES, INC.<br><br>[*Additional Counsel on Signature Page*] | JEFFREY F. KELLER (SBN 148005)<br>**KELLER GROVER, LLP**<br>1965 Market Street<br>San Francisco, California 94103<br>Telephone:  (415) 543-1305<br>Facsimile: (415) 543-7861<br>jfkeller@kellergrover.com<br><br>Attorneys for the Plaintiffs<br>THE SETTLEMENT CLASS<br><br>[*Additional Counsel on Signature Page*] |

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DESIREE MOORE and KAREN JONES individually and on behalf of a class of similarly situated individuals,<br><br>                    Plaintiffs,<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION INC., VERIZON CORPORATE SERVICES CORP., VERIZON DATA SERVICES INC., and DOES 1 through 25,<br><br>                    Defendants. | CASE NO.  CV 09-1823 SBA<br><br>**STIPULATION AND ORDER CONTINUING FINAL APPROVAL HEARING TO FEBRUARY 19, 2013** |

18840291.1

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV 09-1823 SBA

1    WHEREAS, the parties, through their counsel of record, submit this stipulation to
2 continue the Final Approval Hearing to February 19, 2013;

3    WHEREAS, on February 28, 2012, the Court granted preliminary approval of a class
4 settlement in this action ("Settlement");

5    WHEREAS, during the August 24, 2012 hearing on Enhanced Services Billing, Inc.'s
6 Motion To Intervene, the parties agreed to modify the Settlement Agreement to remove the
7 following sentence regarding plaintiffs' application for attorneys' fees on Page 22 at section V.A.:
8 "Verizon shall not oppose such application or solicit others to do so;"

9    WHEREAS, as a result of the above agreement, Verizon was permitted to oppose
10 Plaintiffs' Motion For Approval of Attorneys' Fees ("Attorneys' Fees Motion") (Dkt. No. 123),
11 and requested additional time to do so;

12    WHEREAS, the Court directed the parties to submit a stipulation continuing the Final
13 Approval Hearing to October 30, 2012 and setting related deadlines, which the parties did on
14 September 9, 2012 (Dkt. No. 143);

15    WHEREAS, the October 30, 2012 hearing date subsequently became unavailable and the
16 Court informed the parties that the earliest available date for the Final Approval Hearing is in late
17 November 2012;

18    WHEREAS, Verizon has discovered that a small number of Settlement Class Members
19 (less than .01% of the Settlement Class) were inadvertently left off of the Notice Lists and,
20 therefore, did not receive notice of the Settlement via mail and email;

21    WHEREAS, these Settlement Class Members will receive notice of the Settlement via
22 mail and email by December 1, 2012, and their deadline to exclude themselves from the
23 Settlement Class or object to the Settlement will be forty-five (45) days later on January 18, 2013;

24    WHEREAS, given that late November is the earliest the Final Approval Hearing could be
25 held and notice via mail and email to the remaining Settlement Class Members and opportunity to
26 opt out or object to the Settlement can be completed on January 18, 2013, the parties agree that,
27 subject to Court approval, the Final Approval Hearing should be continued until mid-February so
28 that the Court can consider and rule upon all opt-outs and objections in one hearing;

1  WHEREAS, the parties understand from the Court that February 19, 2013 the first available hearing date in this timeframe;

WHEREAS, the parties agree that, once a date for the Final Approval Hearing is set, they will file stipulation setting forth a proposed schedule of deadlines leading up to the Final Approval Hearing for approval by the Court;

NOW THEREFORE, the parties to this action, through their counsel of record and subject to court approval, stipulate to the following:

IT IS HEREBY STIPULATED that, subject to Court approval, the Final Approval Hearing shall be held before this Court at 1:00 p.m. on February 19, 2013 in Courtroom 1 on the fourth floor of the United States District Court for the Northern District of California, Oakland Courthouse, located at 1301 Clay Street, Oakland, California 94612.

DATED: September 27, 2012            MUNGER, TOLLES & OLSON LLP

By:  */s/ Rosemarie T. Ring*
         ROSEMARIE T. RING

Attorneys for Defendants
VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION INC., VERIZON CORPORATE SERVICES CORP., and VERIZON DATA SERVICES INC.

DAVID SCHACHMAN & ASSOCIATES, P.C.

By:  */s/ David Schachman*
         DAVID SCHACHMAN

Attorneys for Plaintiffs
THE SETTLEMENT CLASS

1  Additional counsel:

2  ROSEMARIE T. RING (SBN 220769)    JOHN G. JACOBS (*PRO HAC VICE*)
   **MUNGER, TOLLES & OLSON LLP**    BRYAN G. KOLTON (*PRO HAC VICE*)
3  560 Mission Street, Twenty-Seventh Floor    **JACOBS KOLTON, CHTD.**
   San Francisco, CA 94105-2907    122 South Michigan Avenue, Suite 1850
4  Telephone:  (415) 512-4000    Chicago, Illinois 60603
   Facsimile:  (415) 512-4077    Telephone: (312) 427-4000
5  E-mail:  rose.ring@mto.com    Facsimile: (312) 427-1850
      jgjacobs@ jacobskolton.com
6  Attorneys for Defendants    bgkolton@ jacobskolton.com
   VERIZON COMMUNICATIONS INC.,
7  VERIZON CALIFORNIA INC.,    DAVID SCHACHMAN (*PRO HAC VICE*)
   VERIZON CORPORATE SERVICES    **DAVID SCHACHMAN & ASSOCIATES, P.C.**
8  GROUP INC., VERIZON SERVICES    122 South Michigan Avenue, Suite 1850
   CORP., TELESECTOR RESOURCES    Chicago, Illinois 60603
9  GROUP, INC. d/b/a VERIZON    Telephone: (312) 427-9500
   SERVICES GROUP, VERIZON    Facsimile: (312) 427-1850
10 SERVICES OPERATIONS INC.,    ds@schachmanlaw.com
   VERIZON SERVICES ORGANIZATION
11 INC., VERIZON CORPORATE    Michael W. Sobol (SBN 194857)
   SERVICES CORP., and VERIZON    Jahan C. Sagafi (SBN 224887)
12 DATA SERVICES INC.    **LIEFF CABRASER HEIMANN &**
      **BERNSTEIN, LLP**
13    275 Battery Street, 29th Floor
      San Francisco, California  94111-3339
14    Telephone:  (415) 956-1000
      Facsimile:  (415) 956-1008
15    msobol@lchb.com
      jsagafi@lchb.com
16

17    Attorneys for Plaintiffs
      THE SETTLEMENT CLASS

18

19

20

21

22

23

24

25

26

27

28

1 **ORDER**

2      PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO

3 ORDERED.  The Final Approval Hearing shall be held before this Court at 1:00 p.m. on February

4 19, 2013, in Courtroom 1 on the fourth floor of the United States District Court for the Northern

5 District of California, Oakland Courthouse, located at 1301 Clay Street, Oakland, California

6 94612.

8 Dated: _9/27/12

*Saundra B. Armstrong*
SAUNDRA B. ARMSTRONG
United States District Judge

## **CERTIFICATION**

I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING FINAL APPROVAL HEARING TO FEBRUARY 19, 2013 AND SETTING RELATED DEADLINES. In compliance with General Order 45.X.B., I hereby attest that David Schachman concurred in this filing.