| | |
|---|---|
| HENRY WEISSMANN (SBN 132418)<br>**MUNGER, TOLLES & OLSON LLP**<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702<br>E-mail:  henry.weissmann@mto.com;<br>avi.braz@mto.com<br><br>Attorneys for Defendants<br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION INC., VERIZON CORPORATE SERVICES CORP., and VERIZON DATA SERVICES, INC. | JEFFREY F. KELLER (SBN 148005)<br>**KELLER GROVER, LLP**<br>1965 Market Street<br>San Francisco, California 94103<br>Telephone:  (415) 543-1305<br>Facsimile: (415) 543-7861<br>jfkeller@kellergrover.com<br><br>Attorneys for the Plaintiffs<br>THE SETTLEMENT CLASS<br><br>[*Additional Counsel on Signature Page*] |

[*Additional Counsel on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DESIREE MOORE and KAREN JONES individually and on behalf of a class of similarly situated individuals,<br><br>                            Plaintiffs,<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION INC., VERIZON CORPORATE SERVICES CORP., VERIZON DATA SERVICES INC., and DOES 1 through 25,<br><br>                            Defendants. | CASE NO.  CV 09-1823 SBA<br><br>**STIPULATION AND ORDER CONTINUING FINAL APPROVAL HEARING TO MARCH 12, 2013 AND SETTING BRIEFING SCHEDULE** |

WHEREAS, the parties, through their counsel of record, submit this stipulation setting forth a schedule for briefing in support of final approval of the class action settlement in this action and, subject to the Court's approval, continuing the final approval hearing set for February 19, 2013 to March 12, 2013 to allow the Court sufficient time to consider this briefing;

WHEREAS, the final approval hearing on the class action settlement in this action is currently set for February 19, 2012;

WHEREAS, the parties previously agreed to a briefing schedule which they now understand from the Court does not provide sufficient time before the final approval hearing;

WHEREAS, the parties understand from the Court that March 12, 2013 is available for the final approval hearing and, subject to Court approval, agree to continue the final approval hearing to that date;

WHEREAS, the parties further agree to the following briefing schedule in advance of a final approval hearing on March 12, 2013:

- Final approval motion and response to objections     Due February 12, 2013
- Opposition to motion for attorneys' fees                     Due February 12, 2013
- Reply in support of motion for attorneys' fees          Due February 26, 2013

NOW THEREFORE, the parties to this action, through their counsel of record and subject to court approval, stipulate to the following:

IT IS HEREBY STIPULATED that, subject to Court approval, the final approval hearing shall be held before this Court at 1:00 p.m. on March 12, 2013 in Courtroom 1 on the fourth floor of the United States District Court for the Northern District of California, Oakland Courthouse, located at 1301 Clay Street, Oakland, California 94612.

IT IS HEREBY FURTHER STIPULATED that, subject to Court approval, the following briefing schedule shall apply in advance of that hearing:

- Final approval motion and response to objections     Due February 12, 2013
- Opposition to motion for attorneys' fees                     Due February 12, 2013
- Reply in support of motion for attorneys' fees          Due February 26, 2013

DATED: January 7, 2013                 MUNGER, TOLLES & OLSON LLP


                                       By:        */s/ Rosemarie T. Ring*
                                              ROSEMARIE T. RING

                                       Attorneys for Defendants
                                       VERIZON COMMUNICATIONS INC., VERIZON
                                       CALIFORNIA INC., VERIZON CORPORATE
                                       SERVICES GROUP INC., VERIZON SERVICES
                                       CORP., TELESECTOR RESOURCES GROUP, INC.
                                       d/b/a VERIZON SERVICES GROUP, VERIZON
                                       SERVICES OPERATIONS INC., VERIZON
                                       SERVICES ORGANIZATION INC., VERIZON
                                       CORPORATE SERVICES CORP., and VERIZON
                                       DATA SERVICES INC.

                                       JACOBS KOLTON, CHTD.


                                       By:         */s/ John G. Jacobs*
                                               JOHN G. JACOBS

                                       Attorneys for Plaintiffs
                                       THE SETTLEMENT CLASS

Additional counsel:

| | |
|---|---|
| ROSEMARIE T. RING (SBN 220769)<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Telephone:     (415) 512-4000<br>Facsimile:      (415) 512-4077<br>E-mail:  rose.ring@mto.com<br><br>Attorneys for Defendants<br>VERIZON COMMUNICATIONS INC.,<br>VERIZON CALIFORNIA INC.,<br>VERIZON CORPORATE SERVICES<br>GROUP INC., VERIZON SERVICES<br>CORP., TELESECTOR RESOURCES<br>GROUP, INC. d/b/a VERIZON<br>SERVICES GROUP, VERIZON<br>SERVICES OPERATIONS INC.,<br>VERIZON SERVICES ORGANIZATION<br>INC., VERIZON CORPORATE<br>SERVICES CORP., and VERIZON<br>DATA SERVICES INC. | JOHN G. JACOBS (*PRO HAC VICE*)<br>BRYAN G. KOLTON (*PRO HAC VICE*)<br>**JACOBS KOLTON, CHTD.**<br>55 West Monroe Street, Suite 2970<br>Telephone: (312) 427-4000<br>Facsimile: (312) 427-1850<br>jgjacobs@ jacobskolton.com<br>bgkolton@ jacobskolton.com<br><br>DAVID SCHACHMAN (*PRO HAC VICE*)<br>**DAVID SCHACHMAN & ASSOCIATES, P.C.**<br>122 South Michigan Avenue, Suite 1850<br>Chicago, Illinois 60603<br>Telephone: (312) 427-9500<br>Facsimile: (312) 427-1850<br>ds@schachmanlaw.com<br><br>Michael W. Sobol (SBN 194857)<br>Jahan C. Sagafi (SBN 224887)<br>**LIEFF CABRASER HEIMANN &**<br>**BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, California  94111-3339<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008<br>msobol@lchb.com<br>jsagafi@lchb.com<br><br><br>Attorneys for Plaintiffs<br>THE SETTLEMENT CLASS |

## ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.  The Final Approval Hearing shall be held before this Court at 1:00 p.m. on March 12, 2013, in Courtroom 1 on the fourth floor of the United States District Court for the Northern District of California, Oakland Courthouse, located at 1301 Clay Street, Oakland, California 94612.  The following briefing schedule shall apply in advance of that hearing:

- Final approval motion and response to objections         Due February 12, 2013
- Opposition to motion for attorneys' fees                       Due February 12, 2013
- Reply in support of motion for attorneys' fees             Due February 26, 2013

Dated: ___1/10/13

_____
SAUNDRA B. ARMSTRONG
United States District Judge

## CERTIFICATION

I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING FINAL APPROVAL HEARING TO FEBRUARY 19, 2013 AND SETTING RELATED DEADLINES.  In compliance with General Order 45.X.B., I hereby attest that John G. Jacobs concurred in this filing.