| | |
|---|---|
| HENRY WEISSMANN (SBN 132418)<br>**MUNGER, TOLLES & OLSON LLP**<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702<br>E-mail:  henry.weissmann@mto.com;<br>avi.braz@mto.com<br><br>Attorneys for Defendants<br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION INC., VERIZON CORPORATE SERVICES CORP., and VERIZON DATA SERVICES, INC. | JEFFREY F. KELLER (SBN 148005)<br>**KELLER GROVER, LLP**<br>1965 Market Street<br>San Francisco, California 94103<br>Telephone:  (415) 543-1305<br>Facsimile: (415) 543-7861<br>jfkeller@kellergrover.com<br><br>Attorneys for the Plaintiffs<br>THE SETTLEMENT CLASS<br><br>[*Additional Counsel on Signature Page*] |

[*Additional Counsel on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DESIREE MOORE and KAREN JONES individually and on behalf of a class of similarly situated individuals,<br><br>               Plaintiffs,<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION INC., VERIZON CORPORATE SERVICES CORP., VERIZON DATA SERVICES INC., and DOES 1 through 25,<br><br>               Defendants. | CASE NO.  CV 09-1823 SBA<br><br>**STIPULATION AND  ORDER CONTINUING FINAL APPROVAL HEARING AND SETTING BRIEFING SCHEDULE** |

WHEREAS, the parties, through counsel of record, submit this stipulation continuing the Final Approval Hearing set for March 12, 2013, to April 16, 2013, and along with *amicus curie*, Enhanced Services Billing, Inc. ("ESBI"), through its counsel of record, propose a briefing schedule for all related filings;[1]

WHEREAS, the Final Approval Hearing on the class settlement in this action is currently set for March 12, 2013;

WHEREAS, the parties understand that the Final Approval Hearing is going to be continued to April 16, 2013;

WHEREAS, on February 5, 2013, the Court denied ESBI's motion to intervene, but granted ESBI leave to file an *amicus* brief in opposition to class counsel's fee application, and ordered ESBI and the parties to meet and confer and submit a stipulation proposing a briefing schedule and page limits for the *amicus* brief and any responsive briefs by February 15, 2013;

WHEREAS, the parties and ESBI agree that ESBI's *amicus* brief shall be no more than 25 pages (exclusive of exhibits), and plaintiffs' reply to ESBI's *amicus* brief shall be no more than 25 pages (exclusive of exhibits);

WHEREAS, the parties and ESBI agree that ESBI may appear in its *amicus* status at the Final Approval Hearing to be heard on Class Counsel's fee application;

WHEREAS, the parties and ESBI agree to the following briefing schedule in advance of the Final Approval Hearing on April 16, 2013:

- Final approval motion due:  March 12, 2013
- Oppositions to fee application by defendants and *amicus* ESBI due:  March 12, 2013
- Reply in support of fee application due:  March 26, 2013

NOW THEREFORE, the parties to this action and *amicus* ESBI, through their counsel of record and subject to Court approval, stipulate to the following:

---

[1] As instructed by the Court in its February 5, 2013 Order (Docket No. 154), ESBI informed the parties of its intent to file an *amicus* brief and participate in the Final Approval Hearing on February 6, 2013.

IT IS HEREBY STIPULATED that, subject to Court approval, the Final Approval Hearing shall be held before this Court at 1:00 p.m. on April 16, 2013 in Courtroom 1 on the fourth floor of the United States District Court for the Northern District of California, Oakland Courthouse, located at 1301 Clay Street, Oakland, California 94612.  ESBI may appear at the Final Approval Hearing.

IT IS HEREBY FURTHER STIPULATED that, subject to Court approval, the following briefing schedule shall apply in advance of that hearing:

- Final approval motion due:  March 12, 2013
- Oppositions to fee application by defendants and *amicus* ESBI due:  March 12, 2013
- Reply in support of fee application due: March 26, 2013

DATED: February 11, 2013           MUNGER, TOLLES & OLSON LLP


By:            */s/ Rosemarie T. Ring*
                     ROSEMARIE T. RING

Attorneys for Defendants
VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION INC., VERIZON CORPORATE SERVICES CORP., and VERIZON DATA SERVICES INC.

JACOBS KOLTON, CHTD.


By:            */s/ John G. Jacobs*
                     JOHN G. JACOBS

Attorneys for Plaintiffs
THE SETTLEMENT CLASS

LEWIS WAGNER, LLP


By:            */s/ Dina M. Cox*
                     DINA M. COX

Attorney for ENHANCED SERVICES BILLING, INC.

Additional counsel:

| | |
|---|---|
| ROSEMARIE T. RING (SBN 220769)<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Telephone:     (415) 512-4000<br>Facsimile:      (415) 512-4077<br>E-mail:  rose.ring@mto.com<br><br>Attorneys for Defendants<br>VERIZON COMMUNICATIONS INC.,<br>VERIZON CALIFORNIA INC.,<br>VERIZON CORPORATE SERVICES<br>GROUP INC., VERIZON SERVICES<br>CORP., TELESECTOR RESOURCES<br>GROUP, INC. d/b/a VERIZON<br>SERVICES GROUP, VERIZON<br>SERVICES OPERATIONS INC.,<br>VERIZON SERVICES ORGANIZATION<br>INC., VERIZON CORPORATE<br>SERVICES CORP., and VERIZON<br>DATA SERVICES INC. | JOHN G. JACOBS (*PRO HAC VICE*)<br>BRYAN G. KOLTON (*PRO HAC VICE*)<br>**JACOBS KOLTON, CHTD.**<br>55 West Monroe Street, Suite 2970<br>Chicago, Illinois 60603<br>Telephone: (312) 427-4000<br>Facsimile: (312) 268-2425<br>jgjacobs@ jacobskolton.com<br>bgkolton@ jacobskolton.com<br><br>DAVID SCHACHMAN (*PRO HAC VICE*)<br>**DAVID SCHACHMAN & ASSOCIATES, P.C.**<br>55 West Monroe Street, Suite 2970<br>Chicago, Illinois 60603<br>Telephone: (312) 427-9500<br>Facsimile: (312) 268-2425<br>ds@schachmanlaw.com<br><br>Michael W. Sobol (SBN 194857)<br>Jahan C. Sagafi (SBN 224887)<br>**LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, California  94111-3339<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008<br>msobol@lchb.com<br>jsagafi@lchb.com<br><br>Attorneys for Plaintiffs<br>THE SETTLEMENT CLASS |

## **ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.  The Final Approval Hearing shall be held before this Court at 1:00 p.m. on April 16, 2013, in Courtroom 1 on the fourth floor of the United States District Court for the Northern District of California, Oakland Courthouse, located at 1301 Clay Street, Oakland, California 94612.  ESBI may appear at the Final Approval Hearing.

The following briefing schedule shall apply in advance of that hearing:

- Final approval motion due:  March 12, 2013
- Oppositions to fee application by defendants and *amicus* ESBI due:  March 12, 2013
- Reply in support of fee application due: March 26, 2013.

Dated: 2/20/13

*[signature]*
SAUNDRA B. ARMSTRONG
United States District Judge

## CERTIFICATION

I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING FINAL APPROVAL HEARING AND SETTING RELATED DEADLINES.  In compliance with General Order 45.X.B., I hereby attest that John G. Jacobs and Dina M. Cox concurred in this filing.