1 | HENRY WEISSMANN (SBN 132418)
**MUNGER, TOLLES & OLSON LLP**
2 | 355 South Grand Avenue, Thirty-Fifth
Floor
3 | Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
4 | Facsimile:     (213) 687-3702
E-mail:  henry.weissmann@mto.com;
5 | avi.braz@mto.com

6 | Attorneys for Defendants
VERIZON COMMUNICATIONS INC.,
7 | VERIZON CALIFORNIA INC.,
VERIZON CORPORATE SERVICES
8 | GROUP INC., VERIZON SERVICES
CORP., TELESECTOR RESOURCES
9 | GROUP, INC. d/b/a VERIZON
SERVICES GROUP, VERIZON
10 | SERVICES OPERATIONS INC.,
VERIZON SERVICES ORGANIZATION
11 | INC., VERIZON CORPORATE
SERVICES CORP., and VERIZON
12 | DATA SERVICES, INC.

13 | [*Additional Counsel on Signature Page*]

JEFFREY F. KELLER (SBN 148005)
**KELLER GROVER, LLP**
1965 Market Street
San Francisco, California 94103
Telephone:  (415) 543-1305
Facsimile: (415) 543-7861
jfkeller@kellergrover.com

Attorneys for the Plaintiffs
THE SETTLEMENT CLASS

[*Additional Counsel on Signature Page*]

14 | **IN THE UNITED STATES DISTRICT COURT**

15 | **NORTHERN DISTRICT OF CALIFORNIA**

16 | DESIREE MOORE and KAREN JONES
individually and on behalf of a class of similarly
17 | situated individuals,

18 |                          Plaintiffs,

19 | vs.

20 | VERIZON COMMUNICATIONS INC.,
VERIZON CALIFORNIA INC., VERIZON
21 | CORPORATE SERVICES GROUP INC.,
VERIZON SERVICES CORP., TELESECTOR
22 | RESOURCES GROUP, INC. d/b/a VERIZON
SERVICES GROUP, VERIZON SERVICES
23 | OPERATIONS INC., VERIZON SERVICES
ORGANIZATION INC., VERIZON
24 | CORPORATE SERVICES CORP., VERIZON
DATA SERVICES INC., and DOES 1 through
25 | 25,

26 |                          Defendants.

CASE NO.  CV 09-1823 SBA

**STIPULATION AND  ORDER
CONTINUING FINAL APPROVAL
HEARING AND SETTING
BRIEFING SCHEDULE**

27 |

28 |

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV 09-1823 SBA

19991121.1

1

2      WHEREAS, the parties, through counsel of record, submit this stipulation continuing the

3  Final Approval Hearing set for March 12, 2013, to April 16, 2013, and along with *amicus curie*,

4  Enhanced Services Billing, Inc. ("ESBI"), through its counsel of record, propose a briefing

5  schedule for all related filings;[1]

6      WHEREAS, the Final Approval Hearing on the class settlement in this action is currently

7  set for March 12, 2013;

8      WHEREAS, the parties understand that the Final Approval Hearing is going to be

9  continued to April 16, 2013;

10      WHEREAS, on February 5, 2013, the Court denied ESBI's motion to intervene, but

11  granted ESBI leave to file an *amicus* brief in opposition to class counsel's fee application, and

12  ordered ESBI and the parties to meet and confer and submit a stipulation proposing a briefing

13  schedule and page limits for the *amicus* brief and any responsive briefs by February 15, 2013;

14      WHEREAS, the parties and ESBI agree that ESBI's *amicus* brief shall be no more than 25

15  pages (exclusive of exhibits), and plaintiffs' reply to ESBI's *amicus* brief shall be no more than

16  25 pages (exclusive of exhibits);

17      WHEREAS, the parties and ESBI agree that ESBI may appear in its *amicus* status at the

18  Final Approval Hearing to be heard on Class Counsel's fee application;

19      WHEREAS, the parties and ESBI agree to the following briefing schedule in advance of

20  the Final Approval Hearing on April 16, 2013:

21    • Final approval motion due:  March 12, 2013

22    • Oppositions to fee application by defendants and *amicus* ESBI due:  March 12, 2013

23    • Reply in support of fee application due:  March 26, 2013

24      NOW THEREFORE, the parties to this action and *amicus* ESBI, through their counsel of

25  record and subject to Court approval, stipulate to the following:

26

27

28
---
[1] As instructed by the Court in its February 5, 2013 Order (Docket No. 154), ESBI informed the parties of its intent to file an *amicus* brief and participate in the Final Approval Hearing on February 6, 2013.

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV 09-1823 SBA

19991121.1

1

2      IT IS HEREBY STIPULATED that, subject to Court approval, the Final Approval

3  Hearing shall be held before this Court at 1:00 p.m. on April 16, 2013 in Courtroom 1 on the

4  fourth floor of the United States District Court for the Northern District of California, Oakland

5  Courthouse, located at 1301 Clay Street, Oakland, California 94612.  ESBI may appear at the

6  Final Approval Hearing.

7      IT IS HEREBY FURTHER STIPULATED that, subject to Court approval, the following

8  briefing schedule shall apply in advance of that hearing:

9      • Final approval motion due:  March 12, 2013

10     • Oppositions to fee application by defendants and *amicus* ESBI due:  March 12, 2013

11     • Reply in support of fee application due: March 26, 2013

12  DATED: February 11, 2013              MUNGER, TOLLES & OLSON LLP

13

14                                       By:            */s/ Rosemarie T. Ring*
                                                ROSEMARIE T. RING

15
                                         Attorneys for Defendants
16                                       VERIZON COMMUNICATIONS INC., VERIZON
                                         CALIFORNIA INC., VERIZON CORPORATE
17                                       SERVICES GROUP INC., VERIZON SERVICES
                                         CORP., TELESECTOR RESOURCES GROUP, INC.
18                                       d/b/a VERIZON SERVICES GROUP, VERIZON
                                         SERVICES OPERATIONS INC., VERIZON
19                                       SERVICES ORGANIZATION INC., VERIZON
                                         CORPORATE SERVICES CORP., and VERIZON
20                                       DATA SERVICES INC.

21                                       JACOBS KOLTON, CHTD.

22                                       By:            */s/ John G. Jacobs*
                                                JOHN G. JACOBS
23

24                                       Attorneys for Plaintiffs
                                         THE SETTLEMENT CLASS
25                                       LEWIS WAGNER, LLP

26

27                                       By:            */s/ Dina M. Cox*
                                                DINA M. COX
28
                                         Attorney for ENHANCED SERVICES BILLING, INC.

- 2 -                    STIPULATION AND [PROPOSED] ORDER
                         CASE NO. CV 09-1823 SBA

1

2    Additional counsel:

3    ROSEMARIE T. RING (SBN 220769)        JOHN G. JACOBS (*PRO HAC VICE*)
     **MUNGER, TOLLES & OLSON LLP**        BRYAN G. KOLTON (*PRO HAC VICE*)
4    560 Mission Street, Twenty-Seventh Floor   **JACOBS KOLTON, CHTD.**
     San Francisco, CA 94105-2907          55 West Monroe Street, Suite 2970
5    Telephone:     (415) 512-4000         Chicago, Illinois 60603
     Facsimile:     (415) 512-4077         Telephone: (312) 427-4000
6    E-mail:  rose.ring@mto.com            Facsimile: (312) 268-2425
                                           jgjacobs@ jacobskolton.com
7    Attorneys for Defendants              bgkolton@ jacobskolton.com
     VERIZON COMMUNICATIONS INC.,
8    VERIZON CALIFORNIA INC.,              DAVID SCHACHMAN (*PRO HAC VICE*)
     VERIZON CORPORATE SERVICES            **DAVID SCHACHMAN & ASSOCIATES, P.C.**
9    GROUP INC., VERIZON SERVICES          55 West Monroe Street, Suite 2970
     CORP., TELESECTOR RESOURCES           Chicago, Illinois 60603
10   GROUP, INC. d/b/a VERIZON             Telephone: (312) 427-9500
     SERVICES GROUP, VERIZON               Facsimile: (312) 268-2425
11   SERVICES OPERATIONS INC.,             ds@schachmanlaw.com
     VERIZON SERVICES ORGANIZATION
12   INC., VERIZON CORPORATE               Michael W. Sobol (SBN 194857)
     SERVICES CORP., and VERIZON           Jahan C. Sagafi (SBN 224887)
13   DATA SERVICES INC.                    **LIEFF CABRASER HEIMANN &
                                           BERNSTEIN, LLP**
14                                         275 Battery Street, 29th Floor
                                           San Francisco, California  94111-3339
15                                         Telephone:  (415) 956-1000
                                           Facsimile:  (415) 956-1008
16                                         msobol@lchb.com
                                           jsagafi@lchb.com
17

18                                         Attorneys for Plaintiffs
                                           THE SETTLEMENT CLASS
19

20

21

22

23

24

25

26

27

28

- 3 -                STIPULATION AND [PROPOSED] ORDER
                                    CASE NO. CV 09-1823 SBA

19991121.1

1

2                                    **ORDER**

3          PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO

4  ORDERED.  The Final Approval Hearing shall be held before this Court at 1:00 p.m. on April 16,

5  2013, in Courtroom 1 on the fourth floor of the United States District Court for the Northern

6  District of California, Oakland Courthouse, located at 1301 Clay Street, Oakland, California

7  94612.  ESBI may appear at the Final Approval Hearing.

8          The following briefing schedule shall apply in advance of that hearing:

9      •   Final approval motion due:  March 12, 2013

10     •   Oppositions to fee application by defendants and *amicus* ESBI due:  March 12, 2013

11     •   Reply in support of fee application due: March 26, 2013.

12

13  Dated: 2/20/13

14

15  _____
                    SAUNDRA B. ARMSTRONG
16                  United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -                                            STIPULATION AND [PROPOSED] ORDER
                                                       CASE NO. CV 09-1823 SBA

19991121.1

1

2                                                **CERTIFICATION**

3            I, Rosemarie T. Ring, am the ECF User whose identification and password are being used

4    to file this STIPULATION AND [PROPOSED] ORDER CONTINUING FINAL APPROVAL

5    HEARING AND SETTING RELATED DEADLINES.  In compliance with General Order

6    45.X.B., I hereby attest that John G. Jacobs and Dina M. Cox concurred in this filing.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
                                                                CASE NO. CV 09-1823 SBA

19991121.1