| | |
|---|---|
| HENRY WEISSMANN (SBN 132418)<br>**MUNGER, TOLLES & OLSON LLP**<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702<br>E-mail:  henry.weissmann@mto.com;<br>avi.braz@mto.com<br><br>Attorneys for Defendants<br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION INC., VERIZON CORPORATE SERVICES CORP., and VERIZON DATA SERVICES, INC.<br><br>[*Additional Counsel on Signature Page*] | JEFFREY F. KELLER (SBN 148005)<br>**KELLER GROVER, LLP**<br>1965 Market Street<br>San Francisco, California 94103<br>Telephone:  (415) 543-1305<br>Facsimile: (415) 543-7861<br>jfkeller@kellergrover.com<br><br>Attorneys for the Plaintiffs and<br>The SETTLEMENT CLASS<br><br>[*Additional Counsel on Signature Page*] |

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MOORE and KAREN JONES individually and on behalf of a class of similarly situated individuals,<br><br>          Plaintiffs,<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION INC., VERIZON CORPORATE SERVICES CORP., VERIZON DATA SERVICES INC., and DOES 1 through 25,<br><br>          Defendants. | CASE NO.  CV 09-1823 SBA<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR MAY 9, 2013 FINAL APPROVAL HEARING** |

WHEREAS, the parties and *amicus curie*, Enhanced Services Billing, Inc. ("ESBI"), through their respective counsel of record, submit this stipulation and proposed order setting the briefing schedule for the Final Approval Hearing of the class settlement in the above-captioned action;[1]

WHEREAS, the Court has continued the Final Approval Hearing to May 9, 2013 (Dkt No. 161);

WHEREAS, the parties and ESBI agree to the following briefing schedule in advance of the Final Approval Hearing:

- Final approval motion due:  March 26, 2013
- Oppositions to fee application by defendants and *amicus* ESBI due:  March 26, 2013
- Reply in support of fee application due:  April 16, 2013

NOW THEREFORE, the parties to this action and *amicus* ESBI, through their counsel of record and subject to Court approval, stipulate to the following:

IT IS HEREBY FURTHER STIPULATED that, subject to Court approval, the following briefing schedule shall apply in advance of the Final Approval Hearing:

- Final approval motion due:  March 26, 2013
- Oppositions to fee application by defendants and *amicus* ESBI due:  March 26, 2013
- Reply in support of fee application due:  April 16, 2013

---

[1] As instructed by the Court in its February 5, 2013 Order (Docket No. 154), on February 6, 2013, ESBI informed the parties of its intent to file an *amicus* brief and participate in the Final Approval Hearing.

| | | |
|---|---|---|
| DATED: March 13, 2013 | | MUNGER, TOLLES & OLSON LLP |

                                                By:       */s/ Rosemarie T. Ring*
                                                                           ROSEMARIE T. RING

Attorneys for Defendants
VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION INC., VERIZON CORPORATE SERVICES CORP., and VERIZON DATA SERVICES INC.

JACOBS KOLTON, CHTD.

                      By:       */s/ John G. Jacobs*
                                  JOHN G. JACOBS

Attorneys for Plaintiffs and
the SETTLEMENT CLASS

LEWIS WAGNER, LLP

                      By:       */s/ Dina M. Cox*
                                    DINA M. COX

Attorney for ENHANCED SERVICES BILLING, INC.

Additional counsel:

| | |
|---|---|
| ROSEMARIE T. RING (SBN 220769)<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Telephone:     (415) 512-4000<br>Facsimile:     (415) 512-4077<br>E-mail:  rose.ring@mto.com<br><br>Attorneys for Defendants<br>VERIZON COMMUNICATIONS INC.,<br>VERIZON CALIFORNIA INC.,<br>VERIZON CORPORATE SERVICES<br>GROUP INC., VERIZON SERVICES<br>CORP., TELESECTOR RESOURCES<br>GROUP, INC. d/b/a VERIZON<br>SERVICES GROUP, VERIZON<br>SERVICES OPERATIONS INC., | JOHN G. JACOBS (*PRO HAC VICE*)<br>BRYAN G. KOLTON (*PRO HAC VICE*)<br>**JACOBS KOLTON, CHTD.**<br>55 West Monroe Street, Suite 2970<br>Chicago, Illinois 60603<br>Telephone: (312) 427-4000<br>Facsimile: (312) 268-2425<br>jgjacobs@ jacobskolton.com<br>bgkolton@ jacobskolton.com<br><br>DAVID SCHACHMAN (*PRO HAC VICE*)<br>**LAW OFFICES OF DAVID SCHACHMAN, P.C.**<br>55 West Monroe Street, Suite 2970<br>Chicago, Illinois 60603<br>Telephone: (312) 427-9500<br>Facsimile: (312) 268-2425 |

| | | |
|---|---|---|
| 1 | | |
| 2 | VERIZON SERVICES ORGANIZATION INC., VERIZON CORPORATE SERVICES CORP., and VERIZON DATA SERVICES INC. | ds@schachmanlaw.com |
| 3 | | Michael W. Sobol (SBN 194857)<br>Jahan C. Sagafi (SBN 224887) |
| 4 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 5 | | 275 Battery Street, 29th Floor<br>San Francisco, California  94111-3339 |
| 6 | | Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008 |
| 7 | | msobol@lchb.com<br>jsagafi@lchb.com |
| 8 | | |
| 9 | | Attorneys for Plaintiffs<br>THE SETTLEMENT CLASS |

- 3 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV 09-1823 SBA

20319588.1

## **ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

The following briefing schedule shall apply in advance of the Final Approval Hearing set for May 9, 2013:

- Final approval motion due:  March 26, 2013
- Oppositions to fee application by defendants and *amicus* ESBI due:  March 26, 2013
- Reply in support of fee application due: April 16, 2013.

Dated: _3/18/13

*Saundra B. Armstrong*
_____
SAUNDRA B. ARMSTRONG
United States District Judge

## CERTIFICATION

I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING FINAL APPROVAL HEARING AND SETTING RELATED DEADLINES.  In compliance with General Order 45.X.B., I hereby attest that John G. Jacobs and Dina M. Cox concurred in this filing.