| | |
|---|---|
| HENRY WEISSMANN (SBN 132418)<br>**MUNGER, TOLLES & OLSON LLP**<br>355 South Grand Avenue, Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702<br>E-mail:  henry.weissmann@mto.com;<br>avi.braz@mto.com | JEFFREY F. KELLER (SBN 148005)<br>**KELLER GROVER, LLP**<br>1965 Market Street<br>San Francisco, California 94103<br>Telephone:  (415) 543-1305<br>Facsimile: (415) 543-7861<br>jfkeller@kellergrover.com<br><br>Attorneys for the Plaintiffs and<br>THE SETTLEMENT CLASS |
| Attorneys for Defendants<br>VERIZON COMMUNICATIONS INC.,<br>VERIZON CALIFORNIA INC.,<br>VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION INC., VERIZON CORPORATE SERVICES CORP., and VERIZON DATA SERVICES, INC. | [*Additional Counsel on Signature Page*] |

[*Additional Counsel on Signature Page*]

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DESIREE MOORE and KAREN JONES individually and on behalf of a class of similarly situated individuals,<br><br>                    Plaintiffs,<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION INC., VERIZON CORPORATE SERVICES CORP., VERIZON DATA SERVICES INC., and DOES 1 through 25,<br><br>                    Defendants. | CASE NO.  CV 09-1823 SBA<br><br>**STIPULATION AND ORDER CONTINUING FINAL APPROVAL HEARING AND SETTING BRIEFING SCHEDULE** |

WHEREAS, the parties and *amicus curie*, Enhanced Services Billing, Inc. ("ESBI"), through their respective counsel of record, submit this stipulation and proposed order continuing the final approval hearing for the class action settlement in this action and setting a briefing schedule for all related filings;

WHEREAS, the final approval hearing on the class action settlement in this action is currently set for May 9, 2013;

WHEREAS, in preparing the motion for final approval, it was discovered that, due to a clerical error, notice was not sent to a small percentage of settlement class members;

WHEREAS, the parties intend to send notice to these settlement class members on or before April 15, 2013 and set the deadline for these settlement class members to opt out or object for forty-five (45) days later;

WHEREAS, the parties agree that, subject to Court approval, the final approval hearing should be continued so that the Court can consider and rule upon all opt-outs and objections in one hearing;

WHEREAS, the parties and ESBI agree to the following briefing schedule in advance of a final approval hearing on July 16, 2013:

- Final approval motion and response to objections due:  June 11, 2013, or 35 days before any alternative date set for the final approval hearing.

- Oppositions to attorneys' fees motion by defendants and ESBI due:  June 11, 2013, or 35 days before any alternative date set for the final approval hearing.

- Reply in support of attorneys' fees motion due: July 2, 2013, or 14 days before any alternative date set for the final approval hearing.

NOW THEREFORE, the parties to this action and ESBI, through their respective counsel of record and subject to Court approval, stipulate to the following:

IT IS HEREBY STIPULATED that, subject to Court approval, the final approval hearing shall be held before this Court at 1:00 p.m. on July 16, 2013 in Courtroom 1 on the fourth floor of the United States District Court for the Northern District of California, Oakland Courthouse, located at 1301 Clay Street, Oakland, California 94612.

IT IS HEREBY FURTHER STIPULATED that, subject to Court approval, the following briefing schedule shall apply in advance of that hearing:

- Final approval motion and response to objections due: June 11, 2013, or 35 days before any alternative date set for the final approval hearing.

- Oppositions to attorneys' fees motion by defendants and ESBI due: June 11, 2013, or 35 days before any alternative date set for the final approval hearing.

- Reply in support of attorneys' fees motion due: July 2, 2013, or 14 days before any alternative date set for the final approval hearing.

DATED: March 29, 2013                    MUNGER, TOLLES & OLSON LLP


By: _____/s/ Rosemarie T. Ring_____
           ROSEMARIE T. RING

Attorneys for Defendants
VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION INC., VERIZON CORPORATE SERVICES CORP., and VERIZON DATA SERVICES INC.


JACOBS KOLTON, CHTD.


By: _____/s/ John G. Jacobs_____
           JOHN G. JACOBS

Attorneys for Plaintiffs and
THE SETTLEMENT CLASS


LEWIS WAGNER, LLP


By: _____/s/ Dina M. Cox_____
           DINA M. COX

Attorneys for ENHANCED SERVICES BILLING, INC.

- 2 -    STIPULATION AND [PROPOSED] ORDER
CASE NO. CV 09-1823 SBA

20460194.1

Additional counsel:

| | |
|---|---|
| ROSEMARIE T. RING (SBN 220769)<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Telephone:     (415) 512-4000<br>Facsimile:      (415) 512-4077<br>E-mail:  rose.ring@mto.com<br><br>Attorneys for Defendants<br>VERIZON COMMUNICATIONS INC.,<br>VERIZON CALIFORNIA INC.,<br>VERIZON CORPORATE SERVICES<br>GROUP INC., VERIZON SERVICES<br>CORP., TELESECTOR RESOURCES<br>GROUP, INC. d/b/a VERIZON<br>SERVICES GROUP, VERIZON<br>SERVICES OPERATIONS INC.,<br>VERIZON SERVICES ORGANIZATION<br>INC., VERIZON CORPORATE<br>SERVICES CORP., and VERIZON<br>DATA SERVICES INC. | JOHN G. JACOBS (*PRO HAC VICE*)<br>BRYAN G. KOLTON (*PRO HAC VICE*)<br>**JACOBS KOLTON, CHTD.**<br>55 West Monroe Street, Suite 2970<br>Chicago, Illinois 60603<br>Telephone: (312) 427-4000<br>Facsimile: (312) 268-2425<br>jgjacobs@ jacobskolton.com<br>bgkolton@ jacobskolton.com<br><br>DAVID SCHACHMAN (*PRO HAC VICE*)<br>**LAW OFFICES OF DAVID SCHACHMAN, PC**<br>55 West Monroe Street, Suite 2970<br>Chicago, Illinois 60603<br>Telephone: (312) 427-4000<br>Facsimile: (312) 268-2425<br>ds@schachmanlaw.com<br><br>Michael W. Sobol (SBN 194857)<br>Jahan C. Sagafi (SBN 224887)<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, California  94111-3339<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008<br>msobol@lchb.com<br>jsagafi@lchb.com<br><br><br>Attorneys for Plaintiffs and<br>THE SETTLEMENT CLASS |

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.  The Final Approval Hearing shall be held before this Court at 1:00 p.m. on July 16, 2013, in Courtroom 1 on the fourth floor of the United States District Court for the Northern District of California, Oakland Courthouse, located at 1301 Clay Street, Oakland, California 94612.  The following briefing schedule shall apply in advance of that hearing:

- Final approval motion and response to objections      Due June 11, 2013
- Opposition to motion for attorneys' fees             Due June 11, 2013
- Reply in support of motion for attorneys' fees       Due July 2, 2013

Dated: _4/10/13

                                        _____
                                        SAUNDRA B. ARMSTRONG
                                        United States District Judge

## CERTIFICATION

I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING FINAL APPROVAL HEARING.  In compliance with General Order 45.X.B., I hereby attest that John G. Jacobs concurred in this filing.