UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DESIREE MOORE and KAREN JONES individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA, INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION, INC., VERIZON CORPORATE SERVICES CORP., VERIZON DATA SERVICES, INC., and DOES 1 through 25,<br><br>　　　　　Defendants. | Case No:  C 09-1823 SBA<br><br>**ORDER** |

　　　IT IS HEREBY ORDERED THAT the Final Approval Hearing scheduled for July 16, 2013 at 1:00 p.m. is ADVANCED to July 9, 2013 at 1:00 p.m.  The hearing will be held in Courtroom 1 on the Fourth Floor of the United States District Court for the Northern District of California, Oakland Courthouse, located at 1301 Clay Street, Oakland, California 94612.  IT IS FURTHER ORDERED THAT the reply in support of the motion for approval of attorneys' fees and expenses and class representative incentive awards shall be due on June 25, 2013.  All other previously scheduled briefing deadlines shall remain unchanged.

　　　IT IS SO ORDERED.

Dated: 5/29/13

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28