Ms. Irene Nelson
205B Boxwood Rd. #206
Annapolis, MD 21403-1150

RECEIVED

AUG 2 8 2012

JACOBS KOLTON, CHTD.

BALTIMORE MD 212

27 AUG 2012 PM 7 L

Mr. John G. Jacobs, Esq
122 S. Michigan Ave. Ste. 1850
Chicago, IL 60603

6060006140

# MRS. C. PARKER

**RECEIVED**

JUN 0 1 2012

**LEGAL SERVICES**

**Moore v Verizon CA3071**

**Objection #**

600000003

**Special Request**

Tracking # SP 2013

# Document Range

0307105

| Begin: | End: | Quantity: |
|--------|------|-----------|
| 3 | 4 | 2 |

| Prepped by: | QC: | Stats: | Scanned by: |
|-------------|-----|--------|-------------|
| ID #: 14 VC | ✓ | DB | JUN 0 4 2012 |
| 6-1-12 | | | |

**Route to:** Vault        *Route to:_____

May 10, 2012


Henry A. Weissman
355 South Grand Ave.
35th Floor
Los Angeles, CA
90071-1560


Dear Mr. Henry A. Weissman:

At this time I have the right to object to the Class Counsel's request for attorney's fees and expenses of
($7,500, 000) and/or incentive awards ($10,000 total). I would like to exercise that right today
May 10, 2012. If you need to contact me my telephone number and address is listed below.



Cordially,

Mrs C. Parker
601 West 7th Street
Apt. 6G
Plainfield, NJ 07060
(908) 444-8667
VOLENBSC

# JOHN J. PENTZ, JR.

RECEIVED

AUG 2 0 2012

LEGAL SERVICES

**Moore v Verizon CA3071**

**Objection #**

600000009

# Document Range

0307105

| Begin: | End: | Quantity: |
|--------|------|-----------|
| 9 | 10 | 2 |

| Prepped by: | QC: | Stats: | Scanned by: |
|-------------|-----|--------|-------------|
| ID #: 215 SLM  8/20/12. | √ | AG 8/20/12 | AG 8/20/12 |

**Route to:** Vault          *Route to: _____

1  Steve A. Miller (CA Bar No. 171815)
   Steve A. Miller, P.C.
2  1625 Larimer St., Suite 2905
   Denver, CO 80202
3  Ph: 303-892-9933 Fax:303-892-8925
   Email: sampc01@gmail.com
4  Attorney for Objector John J. Pentz, Jr.

5           IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                     OAKLAND DIVISION
7

| | |
|---|---|
| 8  **DESIREE MOORE and KAREN JONES** individually and on behalf of a class of similarly situated individuals, | **CASE NO. 4:09-cv-01823-SBA** |
| 9 | |
| 10 | **Hon. Saundra Brown Armstrong** |
| 11   **Plaintiffs,** | **OBJECTION TO CLASS ACTION SETTLEMENT AND REQUEST FOR ATTORNEY'S FEES** |
| 12  **v.** | |
| 13  **VERIZON COMMUNICATIONS, et al.** | |
| 14   **Defendants.** | |
| 15 | |

16       Class member John J. Pentz, Jr., 1 Highland Road, East Stroudsburg, PA 18301, hereby

17  objects to the proposed class action settlement and request for attorney's fees in this action.[1]  Mr.

18  Pentz received notice of settlement in this case (copy attached), and requested a summary of his

19  third-party charges on June 28, 2012 (copy attached).  To date, no such requested summary has

20  been received from any party.  Objector Pentz has no reason to believe that his situation is

21

22  different from any other class member's, which means that very few class members will have the

23  information necessary to file claims, few claims will be filed, and little money will be paid out

24  by Verizon.

25

26       Accordingly, the $7.5 million requested by Class Counsel as attorneys' fees is premature.

27  There is no common fund here to justify such a request as a percentage of some hypothetical

28  _____

[1] The Verizon account telephone number was 570-421-6255:

1

figure of unauthorized charges during the class period. The settlement has been successful only

if those charges are actually refunded to class members. Any award of fees should await a final

accounting of claims filed and paid. This will give Class Counsel an incentive to ensure that

Verizon complies with its duties and provides an accounting of third-party charges to class

members.

In valuing the settlement, the Court should look to the actual claims rate. *See Yeagley v. Wells Fargo & Co.*, 2008 U.S. Dist LEXIS 5040 (N.D. Cal. January 18, 2008)[2] (referring to parties' valuation based on assumed 100% claims rate as "fiction" and "fantasy," and awarding fee of 25% of claimed benefits).

> Class counsel contend that the Court must consider the amount Wells Fargo could
> have paid under the settlement in determining the common fund for the purpose
> of attorney's fees.  They argue that under the Ninth Circuit's decision in *Williams
> v. MGM-Pathe Communications Co.*, 129 F.3d 1026 (9th Cir. 1997), the Court
> *must find* that since all 3.8 million class members could have a made a claim for a
> free tri-merged credit report, the value of the recovery, that is, the common fund,
> is at least $114 million... *Williams* does not require this Court to adopt the fiction
> that the settlement is worth $114 million.... *Williams*, in contrast, was a
> settlement of a securities-fraud class action for $4.5 million in cash...

> Class counsel's $114 million figure is pure fantasy.  Counsel does not offer a
> shred of evidence that suggests that the parties reasonably believed that Wells
> Fargo would actually pay anything near that amount, and the Court finds that they
> did not.... To award class counsel the same fee regardless of the claim
> participation rate, that is, regardless of the enthusiasm of the class for the benefits
> purportedly negotiated on their behalf, would reduce the incentive in future cases
> for class counsel to create a settlement which actually addresses the needs of the
> class.  In this case, for example, the one percent claim rate demonstrates that the
> brochure did not effectively educate the class members about the importance of
> credit reports and monitoring their credit... Common sense dictates that a
> reasonable fee in a class action settlement is a fee that takes into account the
> actual results obtained.

---

[2] Reversed on other grounds, 365 Fed. Appx. 886 (9th Cir. 2010)(holding that fee should have been set at lodestar amount because case was brought under fee-shifting statute, but not disturbing rule that percentage fee must be based on amount claimed).

2

*Id.* at \*20-28.  The court in *Yeagley* went on to award class counsel a fee of $325,000, or 25% of

the value of claimed settlement benefits plus attorney's fees, a figure that was approximately

one-third of class counsel's claimed lodestar.  *See also Managing Class Action Litigation: A*

*Pocket Guide for Judges*, Federal Judicial Center 2009.

Federal courts have generally followed the Federal Judicial Center guidelines and

endeavored to accurately value claims-made settlements when awarding attorney's fees.  They

do not simply use the amount made available to the class when calculating a percentage

attorney's fee, but they wait for the claims to come in and calculate the fee based upon the

amount actually paid out to the class members.  *See e.g., In re Compact Disc Minimum*

*Advertised Price Litig.*, 370 F. Supp. 2d 320 (D. Me. 2005) (awarding attorney's fees of 30% of

value of redeemed coupons, which was 30% of claimed lodestar).  *See also In re Excess Value*

*Ins. Coverage Litig.*, 2005 U.S. Dist. LEXIS 45104 (SDNY 2006) at \*28-33 (awarding class

counsel fees in the amount of 50% of vouchers redeemed, which was 35% of lodestar).

> Recognizing that percentage of funds is the preferred method of assessing fees in
> a settlement like this, with lodestar analysis providing only a check, I can
> effectively gauge appropriate attorney fees only if I know the total value of the
> settlement.  But although I am satisfied that the coupon settlement has value to the
> class, I am not confident of the redemption rate that has been projected and thus
> of the settlement's total value.  Therefore, I have determined to delay award of
> attorney fees until experience shows how many vouchers are exercised and thus
> how valuable the settlement really is.

*In re Compact Disc Minimum Advertised Price Antitrust Litig.*, 292 F. Supp. 2d 184, 189-90 (D.

Me. 2003) (Hornby, D.J.).

> The percentage of Settlement approach cannot be reasonably employed at this
> point because the Settlement's actual value to the Class is unclear and cannot
> accurately be assessed until the rate at which Class Members redeem UPS
> Vouchers is known... "Particularly where the common benefits are in the form of
> discounts, coupons, options or declaratory or injunctive relief, estimates of the
> value or even the existence of a common fund may be unreliable, rendering
> application of any percentage-of-recovery approach inappropriate.  Where there is

3

no secondary market for coupon redemption, the judge can conclude that the stated value of the coupons ... does not provide a sufficiently firm foundation to support a fee award..."

*In re Excess Value Ins. Coverage Litig.,* 2004 U.S. Dist. LEXIS 14822 (S.D.N.Y. 2004) at *58

(quoting Manual for Complex Litigation § 14.121).

## NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING

Class Member Pentz intends to appear at the Fairness Hearing scheduled for September 25, 2012 through his undersigned counsel.

Respectfully Submitted,

Steve A. Miller (CA Bar No. 171815)
Steve A. Miller, P.C.
1625 Larimer St., Suite 2905
Denver, CO 80202
Telephone: 303-892-9933
Facsimile: 303-892-8925
Email: sampc01@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 16, 2012 a true copy of the foregoing was filed with the Clerk of the Court using CM/ECF and as a result has been served on all counsel of record and he mailed a true copy of the foregoing document by First Class US Mail to the following:

John G. Jacobs                          Henry A. Weissman
122 S. Michigan Ave., Suite 1850        355 Grand Ave., 35th floor
Chicago, IL 60603                       Los Angeles, CA 90071-1560

Moore v Verizon Settlement Administrator
PO Box 4655
Portland, OR 97208-4655

Steve A. Miller

4

Verizon Third Party Billing Settlement
Class Action Settlement Administrator
c/o Epiq Systems
Moore v. Verizon, Case No. CV-09-1823 SBA
PO Box 4655
Portland, OR 97208-4655
www.verizonthirdpartybillingsettlement.com
1-877-772-0219

PRESORTED
FIRST-CLASS MAIL
AUTO
U.S. POSTAGE
PAID
PORTLAND, OR
PERMIT NO. 2462

9571870349-2

JOHN J PENTZ JR
1 HIGHLAND RD
E STROUDSBURG PA 18301-2301

**AS-IS**
Document
Control

67725
60
142

"Moore v. Verizon"

Page 1 of 1

# Verizon Third Party Billing Settlement
## Moore et al., v. Verizon et al.

Class Action Settlement
United States Class Action for the Northern District of California

**AS-IS**
Document
Control

## Request a Free Summary of Third-Party Charges You Were Billed

Congratulations

Thank you for your request. Your summary of all Third-Party Charges that you have been billed during the claim period will be emailed to you at the email address you provided in approximately 14 days.

Your confirmation number is: VYZOVY88.

[ Print Confirmation Here ]

If you have multiple Verizon Account Members and wish to request another account or submit a request for a super account here for multiple accounts without having to re-enter all of your contact information, please click "Submit a Request for another Account Number" below. If you have multiple accounts and/or think you have not contacted Class Counsel at 877-293-6589 for assistance in submitting a request for a billing summary for multiple accounts.

Submit a Request for another Account Number

062S0000413323

$0.440
US POSTAGE
FIRST-CLASS
FROM 80202
AUG 16 2012
stamps
.com

LAW OFFICES
STEVE A. MILLER, P. C.

THE BARCLAY, NO. 2905

1825 LARIMER STREET

DENVER, COLORADO 80202-1539

Moore v. Verizon Settlement Adminis
PO Box 4655
Portland OR 97208-4655

# FANETTE POLLACK

RECEIVED

JUL 3 0 2012

LEGAL SERVICES

**Moore v Verizon CA3071**



**Objection #**

**600000006**

## Special Request
Tracking # SP 2500

# Document Range

0307105

**Begin:**

6

**End:**

—

**Quantity:**

1

| Prepped by: | QC: | Stats: | Scanned by: |
|---|---|---|---|
| ID #: 14/C 7-31-12 | ✓ | AG 8/1/12 | AG 8/1/12 |

**Route to:** Vault          **\*Route to:** _____

Fanette Pollack
544 First Street
Brooklyn NY 11215
July 23, 2012
My Verizon number 718-788-3822

Re Moore v. Verizon Case no. CV 09-1823 SBA

Clerk of the Court
1301 Clay Street
Suite 400 S.
Oakland, CA 94612

John G. Jacobs
122 S. Michigan Avenue Suite 1850
Chicago Illinois 60603

✓Henry A. Weissmann
355 S. Grand Ave. 35th floor
Los Angeles CA 90071-1560

Moore v. Verizon Settlement Administrator
PO Box 4655
Portland Oregon 97208-4655

Dear Sir or Madam:

I am writing as a Verizon customer and class member who was charged with
unauthorized billing.  I have found the settlement process in this case to be riddled
with errors, sloppy and inefficient.  Class counsel is asking for $7,500,000 in
attorneys' fees and expenses.  If their handling of the case was anything like their
implementation of the settlement process for Verizon customers, they should not be
paid anything approaching that number, and I object to that award of fees.

I initially applied on line for a listing of my  third party charges immediately after
receiving a Class Action Settlement Notice in the mail, which I believe was in May.
I received confirmation by e-mail (undated) that my charges would be provided in
approximately 14 days. Nothing came.  I put in another request and printed out
another confirmation.  Again nothing came. The confirmation numbers are
VMNYOBOO and F3UKZDII.  Several weeks later on July 1 (copy enclosed, Ex. A)  I
wrote again asking for my charges.  I noted that <u>without sending information to
class members who have requested it, there is no basis for asking the court for
attorneys' fees for settling the case.</u>

Even this e-mail  was not sufficient to get  the charges from the Settlement
Administrator.

I received a reply e-mail on July 11 from the Settlement Administrator stating :
"Verizon has been working on a process that will make it much easier for a person
to review their charges and they want to implement that for the convenience of
everyone concerned before they proceed." A copy of that e-mail is also enclosed,
also Ex. A. What does that mean? I had submitted two requests over a month
earlier. Why was no process in place at that time when documents were promised
within 14 days?  The author also stated that class members have until November 15
to file and mailings (of charges) will take place "in plenty of time to meet that
deadline". However November is much too late to file an objection to the
settlement, if any class member had such an objection, which must be done by
August 17.

On July 13, I received yet another e-mail from Verizon Services stating that said the
charges were provided as an attachment. Exhibit B. However, nothing was attached.
I wrote back yet another time informing the sender that nothing had been attached.
Exhibit C. Finally a few days later I received my charges.

Your average consumer would not jump through these hoops to pursue their claim.
If the purpose of the lawsuit is to compensate the customers of Verizon and not to
enrich the attorneys, more attention should have been paid to the settlement
process and less to the application for attorneys' fees and expenses.

I do not have the entire record, so I cannot express an opinion of how much the
plaintiffs' attorneys should be paid. I can only register my great objection to a
claims process that was sloppy, inaccurate, duplicative and cumbersome, and not
designed to serve the interests of the class. And this was the experience of one
claimant who highlighted the issue of payment of fees to the settlement
administrator.

I do not intend to be present at the Final Approval hearing, but on behalf of Verizon
customers and members of this class, I express my extreme unhappiness with the
extremely poor claims procedure. I accordingly object to the request for attorneys'
fees by class counsel which fees, in my view, will ultimately be passed on to Verizon
customers. This is my question for the Court in considering the fee application:
How much  time claimed by the attorneys which was wasted in implementing the
claims procedure was also wasted in other sloppy or inaccurate work performed
throughout the case?

Very truly yours,

Fanette Pollack

· **From:** Moore v Verizon Settlement Administrator <questions@verizonthirdpartybillingsettlement.com>
**To:** fanettep <fanettep@aol.com>
**Subject:** RE: prior claims for charges
**Date:** Wed, Jul 11, 2012 5:33 pm

Dear Fanette Pollack,

Thank you for your email.

We confirm receipt of your request. Verizon has been working on a process that will make it much easier for a person to review their charges and they want to implement that for the convenience of everyone concerned before they proceed. We thank you for your patience, and would remind you that everyone has until November 15th to file. Mailings will take place in plenty of time to meet that deadline.

If you should have any further questions please don't hesitate to call our toll free number, (877) 772-6219 or visit the website www.verizonthirdpartybillingsettlement.com.

Regards,

Moore v Verizon Settlement Administrator

**From:** fanettep@aol.com [mailto:fanettep@aol.com]
**Sent:** Sunday, July 01, 2012 1:26 PM
**To:** Moore v Verizon Settlement Administrator
**Subject:** prior claims for charges

To class counsel and settlement administrator:

Several weeks ago, I submitted via your web-site two requests for summary of third party charges on the case of Moore v. Verizon.

Neither request has been responded to.

I assume the attorneys are requesting attorneys' and other fees for their work on this case for the benefit of the class.   If you do not submit the requested information to class members,   you will have no basis for asking the court for fees.

Kindly respond.

Confirmation number F3UKZDII
and confirmation number VMNYOB0O.

If you cannot locate these files, the account is the name of Fanette Pollack 544 First Street, Brooklyn NY 11215 718-788-3822.

Thank you.

Ex. A

**From:** Verizon Services <verizon-services@verizon.com>
**To:** fanettep <fanettep@aol.com>
**Subject:** Summary of Third-Party Charges - Moore et al. v. Verizon et al., Case No. 09-cv-1823 SBA
**Date:** Fri, Jul 13, 2012 5:59 pm

Can't view this email properly? Click here for the online version



Attached is the summary of Third-Party charges that you requested in connection with the class action settlement in Moore et al., v. Verizon et al. (Case No. 09-cv-1823 SBA), United States District Court for the Northern District of California. Please do not respond to this e-mail. If you have questions about this summary, you may email the Claims Administrator at questions@verizonthirdpartybillingsettlement.com.

For detailed instructions on how to submit a claim under the settlement, please visit www.verizonthirdpartybillingsettlement.com/Filing.aspx. If you elect to submit a Full Claim, please note that you must submit this summary report indicating which charges you claim were unauthorized along with your completed claim form to the Settlement Administrator.

If the Settlement Administrator approves your claim, partially or in full, you will either receive a credit on your telephone bill, or payment by check mailed to the address that you provide on your claim form.

Note —
There is no attachment

Ex. B

From: fanettep <fanettep@aol.com>
To: FANETTEP <FANETTEP@aol.com>
Subject: Fwd: Summary of Third-Party Charges - Moore et al. v. Verizon et al., Case No. 09-cv-1823 SBA
Date: Fri, Jul 13, 2012 9:36 pm

-----Original Message-----
From: fanettep <fanettep@aol.com>
To: questions <questions@verizonthirdpartybillingsettlement.com>
Sent: Fri, Jul 13, 2012 6:48 pm
Subject: Fwd: Summary of Third-Party Charges - Moore et al. v. Verizon et al., Case No. 09-cv-1823 SBA

I do not see an attachment with a summary of charges .

-----Original Message-----
From: Verizon Services <verizon-services@verizon.com>
To: fanettep <fanettep@aol.com>
Sent: Fri, Jul 13, 2012 5:59 pm
Subject: Summary of Third-Party Charges - Moore et al. v. Verizon et al., Case No. 09-cv-1823 SBA

Can't view this email properly? Click here for the online version



Attached is the summary of Third-Party charges that you requested in
connection with the class action settlement in Moore et al., v. Verizon et
al. (Case No. 09-cv-1823 SBA), United States District Court for the
Northern District of California. Please do not respond to this e-mail. If
you have questions about this summary, you may email the Claims
Administrator at questions@verizonthirdpartybillingsettlement.com.
For detailed instructions on how to submit a claim under the settlement,
please visit www.verizonthirdpartybillingsettlement.com/Filing.aspx. If
you elect to submit a Full Claim, please note that you must submit this
summary report indicating which charges you claim were unauthorized
along with your completed claim form to the Settlement Administrator.
If the Settlement Administrator approves your claim, partially or in full,
you will either receive a credit on your telephone bill, or payment by
check mailed to the address that you provide on your claim form.

EX. C

# RICHARD PRICE

**RECEIVED**

AUG 2 0 2012

LEGAL SERVICES

**Moore v Verizon CA3071**



**Objection #**      **600000012**

# Document Range

0307105

**Begin:**           **End:**           **Quantity:**

**Prepped by:**     **QC:**     **Stats:**     **Scanned by:**

| ID #: | | | |
|---|---|---|---|
| | | | |

**Route to:**   Vault        **\*Route to:** _____

Richard Price
688 Fourth Ave,
Troy, NY 12180
Tel: 518-794-7586

August 16, 2012

Moore v. Verizon Settlement Administrator
PO Box 4655
Portland, OR 97208-4655


RE:     Settlement in *Moore v. Verizon*, Case No. CV 09-1823 SBA

Dear Sir or Madam:

        As a class member, I object to the settlement in this case.
I feel my incurred expenses are much higher then the proposed $40 settlement,
and I would suspect other Verizon consumers were also.

        Not only did I incur these third party charges, but after several times being
told they would be reversed only to be charged late fees and other billing issues
which eventually led to my account being charged off for $85 and affecting my
credit rating. As of this day, I have not received my request for third party billing
that was put in weeks ago.

        I have enclosed a letter I sent to Verizon in September of 2009, which
hopefully will offer some understanding of the most horrible customer experience
I have ever had, through Verizon.  I would like further representation in this
matter or know if I should proceed on the outcome of this settlement in a claims
case against Verizon.  Thank you for your time.

Sincerely,

*[signature]*

Richard Price


(Enclosures)

September 29, 2009

Verizon Online
Attn: Disputes
P.O. Box 12045
Trenton, NJ 08650-2045

Re:    Richard Price
       688 4th Avenue
       Troy, NY 12180
       Verizon Account # 518 237 1753 831 24 1
       Contact # 518-794-7586

Dear Verizon Representative,

I am writing this letter in dispute of charges on my Verizon online & phone account. I already know they are two entities based on my experiences and there seems to be no "one" department for accounts like mine. I have spent six and a quarter hours on the phone and words can't describe how I feel about Verizon's customer service handling. That being said, I will save those details for the many Websites dedicated to Verizon's customer service, where I can share my experiences with others who have had or will have similar experiences. This was supposed to be a basic, simple account and I was told my monthly bill would be around $45. This was not a case of not wanting to pay a bill like I see some people complain about. I will detail the accounting side here and I guess wait to see what happens. One thing I have learned is there is no guarantee with anything Verizon.

I have numbered all attached paperwork in the bottom left corner for reference.

The problems began on my 2/22/09 bill (page 1-2). I was charged a $14.99 "shipping and activation fee" when no modem was shipped or needed.

The next bill on 3/22/09 (Pages 3-4) showed a charge of $33.76 from a so-called company called "Zero Plus Dialing"(Page 5). After spending time on the phone with a Verizon Rep, I learned about this company; was even connected to them 3-way by the Verizon Rep, where they actually wanted my address. I refused even though the Verizon representative that told me the phone had been "crammed" by this bogus company said nothing to defend my position, but did say the charges would be reversed and he would put an "cramming block" on my line. Thanks after the fact. He would also protect my account from late fees occurred because of this charge, which I would soon learn never would happen.

The next bill on 4/22/09 (Pages 6-7) added additional charges of $4.62 (Page 8) onto the account phone again Zero Plus Dialing. The wrong charges were now totaling $38.38, and I was deducting them and still paying my bill, which should have been $44.46. I called Verizon again and was informed that a credit was issued but it would take up to two billing cycles to show up. OK I understand, I guess.

On the 5/22/09 bill (Pages 9-10) new charges were normal with the exception I feel of the late fee. That being said, I once again subtracted the Zero Plus charges and paid $94.14 of the bill. Still no sign of any credit.

Next month's bill, 6/22/09 (Pages 11-12) Still no sign of the credit, which is exactly equal to what the previous balance owed is. I was charged a $5. late fee on these charges in dispute, which I was told I would not be. This time I do have a problem with the late fee because my "true bill" was paid in full. This prompted another call to Verizon's billing department.

Now for the 7/22/09 Bill (Pages 13-15) which issues are related to Verizon Online and not the phone portion of the bill.
The Internet Services potion of the bill now totaled $114.62 versus the normal $19.99 round about usual amount. This is where my customer service nightmare really began. An assortment of charges were added, and the "My Verizon:Bill Details" on Page 15 showed why...I was now being charged for two separate account #'s.

Account # 009332 6908519 and also #009332 4942715.

I spent a great deal of time on the phone being shuffled around, and no representative could see this on my account. They only saw one account number. I finally had a lady representative who could see it and said it was under a woman's name, but she could do nothing and transferred me back to Verizon's over-sea's customer department. My online charges still should have been in the $19.99 range like previous months.

On the 8/22/09 bill (pages 16-17) the billing saga continues as you can see. Details of the billing were shown again on the "My Verizon:Bill Details" (Page 18) At this time, I was fed up with both Verizon phone and online and told a representative I wanted to cancel my account but did not want to be charged the $75 early termination fee. I felt I should have not been charged for leaving based on the service I was receiving or at least been transferred to a representative capable of handling a now intense customer service situation. She said that was not possible and after a long time on the phone offered to reverse charges and give a $15 discount on my internet charges, which would now be $4.99 a month. Sounded great. I should have paid the early termination fee and left instead. My Bill for my little old account was now upwards of $336.46 and still climbing....

My recent Bill 9/22/09 (Pages 19-20) continued the Internet Services fees and now included a charge for a "promotion reimbursement" of $100 (wouldn't a reimbursement be a credit?) and a very complicated list of other items except what should be there....either a $19.99 charge or a $4.99 charge that was offered for my satisfaction the month before. The month's bill added $100 to my growing incorrect balance.
This was my last bill received to date of this letter, and by this time both services had long been shut off and I set up account with Time-Warner. I have also filed an online complaint with the FTC; I am not calling Verizon anymore.
I am sure there will be another bill coming, and I will continue to see more fees and most undoubtedly the early termination fee. I will continue to pursue this matter as I have invested so much time in a simple problem that is now seems like it has become a job. I would welcome any contact from Verizon to resolve these issues at the above number or address.
Regards,


Richard Price



| Manage Your Account | Phone Number | Account Number | Billing Date |
|---|---|---|---|
| My Account at verizon.com/billview | 518-237-1753 | 518 237 1753 831 24 1 | 2/22/2009 |

RICHARD PRICE
PO BOX 176
WEST LEBANON NY  12195-0176

## Quick Bill Summary

| | |
|---|---|
| Previous Balance | $117.63 |
| Payments Received Feb 23 | –$117.63 |
| Balance Forward | . $.00 |

**New Charges**

| | | |
|---|---|---|
| Voice Services | (See pg 3) | $13.85 |
| Internet Services | | $46.59 |
| Taxes, Fees & Other Charges | | $10.62 |
| Total New Charges Due by March 19, 2009 | | $71.06 |

**Total Amount Due by March 19, 2009**     **$71.06**

These monthly charges are for your service from February 22 to March 21.

---

### ░ ░ Verizon News ░ ░

**Moving? 1–866–VZ–MOVES**

One call gets you up & running! Count on the Verizon network to make at least one part of your move easier. Across the street or across the nation all you need is one call to Verizon to set up your Internet, phone & digital TV in your new home in no time. Service availability varies.

**Your Bill is Getting a Makeover!**

We are redesigning the bill so it's easier to read. Quick Bill Summary will show a snapshot of your charges, which will now be grouped by Bundle, Voice, TV or Internet. If you have a bundle, its price will be displayed separately. For an itemized view, go to Breakdown of Charges on page 3.

---

| Direct Payment Enrollment | Online Billing & Payment | Questions about your bill? |
|---|---|---|
| verizon.com/billpay | verizon.com/billview | verizon.com or 1–800–VERIZON (1–800–837–4966) |

**Please return this remit slip with payment**

| New Charges Due | Mar 19, 2009 |
|---|---|
| Account Number | 518 237 1753 831 24 1 |

Total Amount Due: $71.06          022209

Make Check Payable to Verizon

$  ☐☐.☐☐

00015867 01 AT  0.346  V2403711 0056 XX
RICHARD PRICE                          V11
PO BOX 176
WEST LEBANON NY  12195-0176

VERIZON
PO BOX 1100
ALBANY NY  12250-0001

0200518237175383102411 00      0908900000000000000000710602



| | Phone Number | Account Number | Date Due | Page |
|---|---|---|---|---|
| | 518-237-1753 | 518 237 1753 831 24 1 | Mar 19, 2009 | 3 of 4 |

**Verizon Online Account**
0093324942715

## Breakdown of Charges

### Voice Services

| | |
|---|---|
| Monthly Charge for Dial Tone | 13.85 |
| **Total Voice Services** | **$13.85** |

### Internet Services

| | |
|---|---|
| Verizon High Speed Internet  Jan 14 – Jan 31 | 11.61 |
| Verizon High Speed Internet  Feb 1 – Feb 28 | 19.99 |
| Shipping and Activation Fee | 14.99 |
| **Total Internet Services** | **$46.59** |

### Taxes, Fees & Other Charges

Voice

| | |
|---|---|
| Federal Tax | .63 |
| NY State/Local Sales Tax | 1.74 |
| 911 Surcharge | .35 |
| Federal USF Surcharge | .73 |
| Surcharge(s) | .75 |
| FCC Line Charge | 6.42 |
| **Total Taxes, Fees & Other Charges** | **$10.62** |



| Manage Your Account | Phone Number | Account Number | Billing Date |
|---|---|---|---|
| My Account at verizon.com/billview | 518-237-1753 | 518 237 1753 831 24 1 | 3/22/2009 |

RICHARD PRICE
PO BOX 176
WEST LEBANON NY  12195-0176

## Quick Bill Summary

*Pd. Chk #
$120.52*

| | |
|---|---|
| **Previous Balance** | $71.06 |
| **Balance Forward** | $71.06 |

**New Charges**

| | | |
|---|---|---|
| Voice Services | (See pg 3) | $13.85 |
| Internet Services | | $19.99 |
| Taxes, Fees & Other Charges | | $15.62 |
| Other Providers | (See pg 4) | $33.76 |
| Total New Charges Due by April 16, 2009 | | $83.22 |

| **Total Amount Due** | **$154.28** |
|---|---|

These monthly charges are for your service from March 22 to April 21.

```
            154.28
CREDIT    - 33.76
          $120.52
```

### Verizon News

**Moving? 1–866–VZ–MOVES**

One call gets you up & running! Count on the Verizon network to make at least one part of your move easier. Across the street or across the nation all you need is one call to Verizon to set up your Internet, phone & digital TV in your new home in no time. Service availability varies.

| Direct Payment Enrollment | Online Billing & Payment | Questions about your bill? |
|---|---|---|
| verizon.com/billpay | verizon.com/billview | verizon.com or 1–800–VERIZON (1–800–837–4966) |



| Phone Number | Account Number | Date Due | Page |
|---|---|---|---|
| 518–237–1753 | 518 237 1753 831 24 1 | Apr 16, 2009 | 3 of 6 |

**Questions?**
Visit verizon.com
or call 1–800–VERIZON
(1–800–837–4966)

**Verizon Online Account**
0093324942715

## Breakdown of Charges

**Voice Services**

| | |
|---|---|
| Monthly Charge for Dial Tone | 13.85 |
| Total Voice Services | $13.85 |

**Internet Services**

| | |
|---|---|
| Verizon High Speed Internet  Mar 1 — Mar 31 | 19.99 |
| Total Internet Services | $19.99 |

**Taxes, Fees & Other Charges**

Voice

| | |
|---|---|
| Federal Tax | .63 |
| NY State/Local Sales Tax | 1.74 |
| 911 Surcharge | .35 |
| Federal USF Surcharge | .73 |
| Surcharge(s) | .75 |
| FCC Line Charge | 6.42 |
| Miscellaneous | |
| Late Payment Charge | 5.00 |
| Total Taxes, Fees & Other Charges | $15.62 |



| Phone Number | Account Number | Date Due | Page |
|---|---|---|---|
| 518-237-1753 | 518 237 1753 831 24 1 | Apr 16, 2009 | 4 of 6 |

## Other Providers

## Zero Plus Dialing Inc

If you have questions concerning this portion of your bill, please contact Zero Plus Dialing Inc at 1–888–506–0734 or on the web at www.billview.com/zpdi

This portion of your bill is provided as a service to Zero Plus Dialing Inc.

Your local telephone service will not be disconnected for failure to pay the charges on this portion of your bill. If you fail to pay these charges, the service provider may pursue collections independently.

Called from 518 237 1753

Account Number: 5182371753831

### Breakdown of Charges

**Zero Plus Dialing Inc Summary**

| | |
|---|---|
| Collect Calls | 27.15 |
| Miscellaneous Charges and Credits | 5.68 |
| New York gross receipts tax surcharge | .93 |
| **Total** | **$33.76** |

### Call Detail

**Collect Calls**

| Date | Time | Received from | Number | Rate period | Min:Sec | Amount |
|---|---|---|---|---|---|---|
| Billed on behalf of Custom TeleConnect | | | | | | |
| Directly Dialed | | | | | | |
| Feb 17 | 5:06 pm | Winterpark FL | 407 672 2099 | day | 3.00 | 27.15 |
| Total | | | | | | $27.15 |

### Miscellaneous Charges and Credits

| Date | Description | Amount |
|---|---|---|
| Billed on behalf of Custom TeleConnect | | |
| Feb 17 | Feduniversal Svc Fund | 3.18 |
| Feb 17 | USF Carrier Admin Fee | 2.50 |
| Total | | $5.68 |



| Manage Your Account | Phone Number | Account Number | Billing Date |
|---|---|---|---|
| My Account at verizon.com/billview | 518-237-1753 | 518 237-1753 831 24 1 | 4/22/2009 |

RICHARD PRICE
PO BOX 176
WEST LEBANON NY 12195-0176

## Quick Bill Summary

| | |
|---|---|
| Previous Balance | $154.28 |
| Payments Received Apr 10 | −$120.52 |
| Balance Forward | $33.76 |

**New Charges**

| | | |
|---|---|---|
| Voice Services | (See pg 3) | $13.85 |
| Internet Services | | $19.99 |
| Taxes, Fees & Other Charges | | $10.62 |
| Other Providers | (See pg 4) | $4.62 |
| Total New Charges Due by May 18, 2009 | | $49.08 |

**Total Amount Due**                                    **$82.84**

These monthly charges are for your service from April 22 to May 21.

*(handwritten):*
82.84
− 38.38
44.46

33.76
+ 4.62
38.38

---

### Verizon News

**Moving? 1–866–VZ–MOVES**

One call gets you up & running! Count on the Verizon network to make at least one part of your move easier. Across the street or across the nation all you need is one call to Verizon to set up your Internet, phone & digital TV in your new home in no time. Service availability varies.

**Verizon Foundation**

Visit Thinkfinity.org for thousands of FREE educational resources for teachers, students, parents and the after–school community.

| Direct Payment Enrollment | Online Billing & Payment | Questions about your bill? |
|---|---|---|
| verizon.com/billpay | verizon.com/billview | verizon.com or 1–800–VERIZON (1–800–837–4966) |



| | Phone Number | Account Number | Date Due | Page |
|---|---|---|---|---|
| | 518–237–1753 | 518 237 1753 831 24 1 | May 18, 2009 | 3 of 5 |

**Questions?**
Visit verizon.com
or call 1–800–VERIZON
(1–800–837–4966)

**Verizon Online Account**
0093324942715

# Breakdown of Charges

**Voice Services**

| | |
|---|---|
| Monthly Charge for Dial Tone | 13.85 |
| **Total Voice Services** | **$13.85** |

**Internet Services**

| | |
|---|---|
| Verizon High Speed Internet  Apr 1 — Apr 30 | 19.99 |
| **Total Internet Services** | **$19.99** |

**Taxes, Fees & Other Charges**

Voice

| | |
|---|---|
| Federal Tax | .63 |
| NY State/Local Sales Tax | 1.74 |
| 911 Surcharge | .35 |
| Federal USF Surcharge | .73 |
| Surcharge(s) | .75 |
| FCC Line Charge | 6.42 |
| **Total Taxes, Fees & Other Charges** | **$10.62** |



| Phone Number | Account Number | Date Due | Page |
|---|---|---|---|
| 518-237-1753 | 518 237 1753 831 24 1 | May 18, 2009 | 4 of 5 |

## Other Providers

## Zero Plus Dialing Inc

If you have questions concerning this portion of your bill, please contact Zero Plus Dialing Inc at 1–888–506–0734 or on the web at www.billview.com/zpdi

This portion of your bill is provided as a service to Zero Plus Dialing Inc.

Your local telephone service will not be disconnected for failure to pay the charges on this portion of your bill. If you fail to pay these charges, the service provider may pursue collections independently.

Called from 518 237 1753

Account Number: 5182371753831

### Breakdown of Charges

**Zero Plus Dialing Inc Summary**

| | |
|---|---|
| Miscellaneous Charges and Credits | 4.49 |
| New York gross receipts tax surcharge | .13 |
| Total | $4.62 |

### Miscellaneous Charges and Credits

| Date | Description | Amount |
|---|---|---|
| Billed on behalf of Custom TeleConnect | | |
| Feb 17 | Reassessment Fee | 1.50 |
| Feb 28 | Lec Bill Fee | 2.99 |
| Total | | $4.49 |



| Manage Your Account | Phone Number | Account Number | Billing Date |
|---|---|---|---|
| My Account at verizon.com/billview | 518–237–1753 | 518 237 1753 831 24 1 | 5/22/2009 |

Verizon News

**Switch Now & Surf Twice as Fast**

Upgrade your Verizon High Speed Internet & get speeds up to 7M. It's easy! Just call 1–888–251–9655 & pay $29.99 for the 1st 6 months & only $39.99/mo for mos 7–12. Plus 250MB Verizon Online Back–up & Sharing. Availability & speeds vary. Other charges, taxes & terms apply.

**Talk Endlessly Without Time Limit**

With Verizon Freedom Value you can keep in touch with unlimited calling across the U.S. and Canada. Sign up for only $44.99/mo & call your loved ones without worrying about the bill. Call 1–877–765–1113 today. Subject to taxes, fees & terms.

## Quick Bill Summary for

RICHARD PRICE

| | |
|---|---|
| Previous Balance | $82.84 |
| No Payment Received | $.00 |
| Balance Forward | $82.84 |

**New Charges**

| | | |
|---|---|---|
| Voice Services | (See pg 3) | $14.03 |
| Internet Services | | $19.99 |
| Taxes, Fees & Other Charges | | $15.66 |
| Total New Charges Due by June 16, 2009 | | $49.68 |

**Total Amount Due** $132.52

These monthly charges are for your service from May 22 to June 21.

*SHOULD BE CREDITS FOR $38.38    Pd. $94.14    CHK 6/16*

| Direct Payment Enrollment | Online Billing & Payment | Questions about your bill? |
|---|---|---|
| verizon.com/billpay | verizon.com/billview | verizon.com or 1–800–VERIZON (1–800–837–4966) |



| Phone Number | Account Number | Date Due | Page |
|---|---|---|---|
| 518-237-1753 | 518 237 1753 831 24 1 | Jun 16, 2009 | 3 of 4 |

**Questions?**
Visit verizon.com
or call 1–800–VERIZON
(1–800–837–4966)

**Verizon Online Account**
0093324942715

# Breakdown of Charges

### Voice Services

| | |
|---|---|
| Verizon Local Calls (see Call Detail) | .18 |
| Monthly Charge for Dial Tone | 13.85 |
| **Total Voice Services** | **$14.03** |

### Internet Services

| | |
|---|---|
| Internet 1/384  May 1 – May 31 | 19.99 |
| **Total Internet Services** | **$19.99** |

### Taxes, Fees & Other Charges
**Voice**

| | |
|---|---|
| Federal Tax | .64 |
| NY State/Local Sales Tax | 1.76 |
| 911 Surcharge | .35 |
| Federal USF Surcharge | .73 |
| Surcharge(s) | .76 |
| FCC Line Charge | 6.42 |
| Miscellaneous | |
| Late Payment Charge | 5.00 |
| **Total Taxes, Fees & Other Charges** | **$15.66** |

## Call Detail

### Verizon Local Calls

| Place called | Charge per call | Number of calls | Period | Amount |
|---|---|---|---|---|
| Refer to your phone book for rates and discount information. | | | | |
| A | .09 | 2 | day | |
| **Total** | | | | **$.18** |

With message rate service you pay a set price for each local call you make no matter how long you talk.



| Manage Your Account | Phone Number | Account Number | Billing Date |
|---|---|---|---|
| My Account at verizon.com/billview | 518 237 1753 | 518 237 1753 831 24 1 | 6/22/2009 |

### ▒▒▒ Verizon News ▒▒▒

**Talk Endlessly Without Time Limit**

With Verizon Freedom Value you can keep in touch with unlimited calling across the U.S. and Canada. Sign up for only $44.99/mo. & call your loved ones w/o worrying about the bill. Call 1–888–240–8918 today. Subject to taxes, fees & terms.

**Double Your Web Surfing Speed Now**

It's easy to upgrade your Verizon High Speed Internet to speeds up to 7M. Call 1–888–251–9657 & get $10 off the first 6 mos & only pay $39.99/mo for mos 7–12. No installation required & you even keep your email address. Availability & speeds vary. Other charges, taxes and terms apply.

**Moving? 1–866–VZ–MOVES**

One call gets you up & running! Count on the Verizon network to make at least one part of your move easier. Across the street or across the nation all you need is one call to Verizon to set up your Internet, phone & digital TV in your new home in no time. Service availability varies.

## Quick Bill Summary for

RICHARD PRICE

| | |
|---|---|
| Previous Balance | $132.52 |
| Payments Received Jun 18 | −$94.14 |
| Balance Forward | $38.38 |

*37.32*

**New Charges**

| | | |
|---|---|---|
| Voice Services | (See pg 3) | $16.02 |
| Internet Services | | $19.99 |
| Taxes, Fees & Other Charges | | $15.96 |
| Total New Charges Due by July 17, 2009 | | $51.97 |

**Total Amount Due**     **$90.35**

−37.32
59.03

These monthly charges are for your service from June 22 to July 21.

*ZERO PLUS DIALING*
*PO BOX 29206*
*SAN ANTONIO, TX 78229*

| Direct Payment Enrollment | Online Billing & Payment | Questions about your bill? |
|---|---|---|
| verizon.com/billpay | verizon.com/billview | verizon.com or 1–800–VERIZON (1–800–837–4966) |

Please return this remit slip with payment



| | | |
|---|---|---|
| New Charges Due | Jul 17, 2009 | |
| Account Number | 518 237 1753 831 24 1 | |
| Total Amount Due: $90.35 | | 062209 |

Make Check Payable to Verizon

$ 5 3 . 0 3

00019315 01 AT  0.357  V2412111 0079 XX
RICHARD PRICE     V11
PO BOX 176
WEST LEBANON NY  12195–0176

VERIZON
PO BOX 1100
ALBANY NY 12250-0001

0200518237175383102411.00   0920800000038380000000903500



| Phone Number | Account Number | Date Due | Page |
|---|---|---|---|
| 518-237-1753 | 518 237 1753 831 24 1 | Jul 17, 2009 | 3 of 4 |

**Questions?**
Visit verizon.com
or call 1-800-VERIZON
(1-800-837-4966)

**Verizon Online Account**
0093324942715

## Breakdown of Charges

### Voice Services

| | |
|---|---|
| Verizon Local Calls (see Call Detail) | .09 |
| Monthly Charge for Dial Tone Jun 20 – Jul 21 | 15.93 |
| **Total Voice Services** | **$16.02** |

### Internet Services

| | |
|---|---|
| Internet 1/384  Jun 1 – Jun 30 | 19.99 |
| **Total Internet Services** | **$19.99** |

### Taxes, Fees & Other Charges

Voice

| | |
|---|---|
| Federal Tax | .70 |
| NY State/Local Sales Tax | 1.92 |
| 911 Surcharge | .35 |
| Federal USF Surcharge | .73 |
| Surcharge(s) | .84 |
| FCC Line Charge | 6.42 |
| Miscellaneous | |
| Late Payment Charge | 5.00 |
| **Total Taxes, Fees & Other Charges** | **$15.96** |

## Call Detail

### Verizon Local Calls

| Place called | Charge per call | Number of calls | Period | Amount |
|---|---|---|---|---|
| Refer to your phone book for rates and discount information. | | | | |
| A | .09 | 1 | ngt | |
| **Total** | | | | **$.09** |

With message rate service you pay a set price for each local call you make no matter how long you talk.



| Manage Your Account | Phone Number | Account Number | Billing Date |
|---|---|---|---|
| My Account at verizon.com/billview | 518-237-1753 | 518 237-1753 831 24 1 | 7/22/2009 |

## Verizon News

### Talk Endlessly Without Time Limit

With Verizon Freedom Value you can keep in touch with unlimited calling across the U.S. and Canada. Sign up for only $44.99/mo & call your loved ones w/o worrying about the bill. Call 1−888−240−8918 today. Subject to taxes, fees & terms.

### Get Hooked on an Easy & Affordable In−Home Entertainment Experience

Verizon Games on Demand & Starz® Play Entertainment Bundle offers unlimited access and downloads to 1,300+ full version PC games and 2,500+ movie and video selections at only $16/mo, over 20% savings. Call 1−888−267−9124 now! Other charges, taxes & terms apply.

### Moving? 1−866−VZ−MOVES

One call gets you up & running! Count on the Verizon network to make at least one part of your move easier. Across the street or across the nation all you need is one call to Verizon to set up your Internet, phone & digital TV in your new home in no time. Service availability varies.

## Quick Bill Summary for

RICHARD PRICE

*(handwritten: 800- 567- 6789 Billing Dept. 8-6  518 890-1500  390 6464)*

| | |
|---|---|
| Previous Balance | $90.35 |
| No Payment Received | $.00 |
| Balance Forward | $90.35 |

### New Charges

| | | |
|---|---|---|
| Voice Services | (See pg 3) | $15.80 |
| Internet Services | | $114.62 |
| Taxes, Fees & Other Charges | | $18.09 |
| Total New Charges Due by August 17, 2009 | | $148.51 |
| **Total Amount Due** | | **$238.86** |

These monthly charges are for your service from July 22 to August 21.

---

| Direct Payment Enrollment | Online Billing & Payment | Questions about your bill? |
|---|---|---|
| verizon.com/billpay | verizon.com/billview | verizon.com or 1−800−VERIZON (1−800−837−4966) |

Please return this remit slip with payment

| | |
|---|---|
| New Charges Due | Aug 17, 2009 |
| Account Number | 518 237 1753 831 24 1 |

Total Amount Due: $238.86                072209

Make Check Payable to Verizon

$ ☐☐☐.☐☐

00019869 01 AT  0.357  V2414211 0081 XX
RICHARD PRICE                        V11
PO BOX 176
WEST LEBANON NY  12195−0176

VERIZON
PO BOX 1100
ALBANY NY 12250-0001

0200518237175383102411000   0923800000903500000023886D5

*(handwritten: 13)*



| | Phone Number | Account Number | Date Due | Page |
|---|---|---|---|---|
| | 518-237-1753 | 518 237 1753 831 24 1 | Aug 17, 2009 | 3 of 4 |

**Questions?**
Visit verizon.com
or call 1-800-VERIZON
(1-800-837-4966)

**Verizon Online Account**
0093324942715

# Breakdown of Charges

**Voice Services**

| | |
|---|---|
| Monthly Charge for Dial Tone | 15.80 |
| **Total Voice Services** | **$15.80** |

**Internet Services**

| | |
|---|---|
| Internet 3/768  May 26 – Jun 15 | 27.09 |
| Internet Bundle Discount  May 26 – Jun 15 | -6.77 |
| Internet 3/768  Jun 16 – Jul 15 | 39.99 |
| Internet Bundle Discount  Jun 16 – Jul 15 | -10.00 |
| Shipping and Activation Fee | 14.99 |
| Modem @ 39.99 Payment 1 of 3 | 13.33 |
| Verizon Unlimited Games + Starz(R) Play Pak  May 23 – Jun 22 | 20.98 |
| Gaming Starz Play Bundle Discount  May 23 – Jun 22 | -4.98 |
| Internet 1/384  Jul 1 – Jul 31 | 19.99 |
| **Total Internet Services** | **$114.62** |

**Taxes, Fees & Other Charges**
Voice

| | |
|---|---|
| Federal Tax | .69 |
| NY State/Local Sales Tax | 1.92 |
| 911 Surcharge | .35 |
| Federal USF Surcharge | .90 |
| Surcharge(s) | .84 |
| FCC Line Charge | 6.40 |
| Internet | |
| State Tax | 1.00 |
| County Tax | .99 |
| Miscellaneous | |
| Late Payment Charge | 5.00 |
| **Total Taxes, Fees & Other Charges** | **$18.09** |

Verizon.com Online Bill

Internet and Phone Numbers
Visit verizon.com 24 hours a day or call 1-800-VERIZON (1-800-837-4966)

Enter your ten digit number 518-237-1753
Use 831 if asked for the three digits following your account number.

| | |
|---|---|
| Billing Questions and Bill Balance | - say 'Billing' or press '1' |
| Amount of Payment Due or Payment Arrangements | - say 'Payment' or press '1' |
| 24 Hour Repair or Technical Support | - say 'Repair and Tech Support ' or press '2' |
| To Order New Products | - say 'New Products' or press '3' |
| For Pending Orders | - say 'Order Status' or press '4' |
| Centro Hispano de Verizon | verizon.com/espanol or 1-800-837-4966 |
| Preguntas de Pagos | verizon.com/ or 1-800-837-4966 |

New Charges
  New Charges

| | | |
|---|---|---|
| Voice Services | | $15.80 |
| | | |
|    Monthly Charge for Dial Tone | $15.80 | |
|    Verizon Single Rate Long Distance | $0.00 | |
| | | |
| Internet Services | | $114.62 |
|   New Charges for Account 0093326908519 | | |
|   New Charges for Account 0093324942715 | | |
|   Shipping and Activation Fee | $14.99 | |
|   Modem @ 39.99 Payment 1 of 3 | $13.33 | |
|   Verizon Unlimited Games + Starz(R) Play Pak May 23 - Jun 22 | $20.98 | |
|   Gaming Starz Play Bundle Discount May 23 - Jun 22 | -$4.98 | |
|   Internet 1/384 Jul 1 - Jul 31 | $19.99 | |
| | | |
| Taxes, Fees and Other Charges | | $18.09 |
|   Voice | | |
|     Federal Excise Tax | $0.69 | |
|     State Tax | $1.92 | |
|     Surcharge(s) | $0.84 | |
|     911 Surcharge | $0.35 | |
|     Federal Universal Service Fund Charge | $0.90 | |
|     FCC Line Charge | $6.40 | |
|   Internet | | |
|     State Tax | $1.00 | |
|     County Tax | $0.99 | |
|   Miscellaneous | | |
|     Late Payment Fee | $5.00 | |
| | | |
| Total Charges | | $148.51 |

Messages from Verizon



| Manage Your Account | Phone Number | Account Number | Billing Date |
|---|---|---|---|
| My Account at verizon.com/billview | 518–237–1753 | 518 237 1753 831 24 1 | 8/22/2009 |

---

## Verizon News

### Staying In Touch Made Easy!

Get unlimited residential calling across the U.S. and to Canada with Verizon Freedom Value for a great low price of just $44.99/mo. One low price and the best of the Network. Call 1–877–896–6077 for details. Terms & restrictions apply.

### Great Entertainment for Less

Verizon Games on Demand & Starz® Play Entertainment Bundle offers unlimited access and downloads to 1,400+ full version PC games and 2,500+ movie and video selections at only $16/mo, over 20% savings. Call 1–888–658–8090 now for easy & affordable entertainment. Other charges, taxes & terms apply.

### Get More, Save More.

At Verizon, we want to make sure you're getting the best services at the best value – from phone and Internet, to TV and money–saving bundles. Call 1–888–652–8111 today, and together we'll evaluate your current services, and find ways to save you even more.

---

## Quick Bill Summary for

RICHARD PRICE

| | |
|---|---|
| Previous Balance | $238.86 |
| No Payment Received | $.00 |
| Balance Forward | $238.86 |

**New Charges**

| | | |
|---|---|---|
| Voice Services | (See pg 3) | $10.80 |
| Internet Services | | $69.31 |
| Taxes, Fees & Other Charges | | $17.49 |
| Total New Charges Due by September 16, 2009 | | $97.60 |

**Total Amount Due**　$336.46

These monthly charges are for your service from August 22 to September 21.

---

| Direct Payment Enrollment | Online Billing & Payment | Questions about your bill? |
|---|---|---|
| verizon.com/billpay | verizon.com/billview | verizon.com or 1–800–VERIZON (1–800–837–4966) |

Please return this remit slip with payment



| New Charges Due | Sep 16, 2009 |
|---|---|
| Account Number | 518 237 1753 831 24 1 |

| Total Amount Due: $336.46 | 082209 |
|---|---|

Make Check Payable to Verizon

$ ☐☐☐.☐☐

00020711 01 AT  0.357  V2416511 0082 XX
RICHARD PRICE                          V11
PO BOX 176
WEST LEBANON NY  12195–0176

VERIZON
PO BOX 1100
ALBANY NY  12250–0001



| Phone Number | Account Number | Date Due | Page |
|---|---|---|---|
| 518-237-1753 | 518 237 1753 831 24 1 | Sep 16, 2009 | 3 of 4 |

Questions?
Visit verizon.com
or call 1–800–VERIZON
(1–800–837–4966)

**Verizon Online Account**
0093324942715

# Breakdown of Charges

### Voice Services

| | |
|---|---|
| Monthly Charge for Dial Tone | 15.80 |
| HSI $15 Bundle Offer | –5.00 |
|     This credit will apply to your bill up to and including your Jan 22, 2010 bill. | |
| **Total Voice Services** | **$10.80** |

### Internet Services

| | |
|---|---|
| Internet 3/768  Jul 16 – Aug 15 | 39.99 |
| Internet Bundle Discount  Jul 16 – Aug 15 | –10.00 |
| Modem @ 39.99 Payment 2 of 3 | 13.33 |
| Verizon Unlimited Games + Starz(R) Play Pak  Jun 23 – Jul 22 | 20.98 |
| Gaming Starz Play Bundle Discount  Jun 23 – Jul 22 | –4.98 |
| Internet 1/384  Aug 1 – Aug 31 | 19.99 |
| HSI $15 Bundle Offer | –10.00 |
|     This credit will apply to your bill up to and including your Jan 22, 2010 bill. | |
| **Total Internet Services** | **$69.31** |

### Taxes, Fees & Other Charges

**Voice**

| | |
|---|---|
| Federal Tax | .69 |
| NY State/Local Sales Tax | 1.50 |
| 911 Surcharge | .35 |
| Federal USF Surcharge | .83 |
| Surcharge(s) | .72 |
| FCC Line Charge | 6.41 |

**Internet**

| | |
|---|---|
| State Tax | 1.00 |
| County Tax | .99 |

**Miscellaneous**

| | |
|---|---|
| Late Payment Charge | 5.00 |
| **Total Taxes, Fees & Other Charges** | **$17.49** |

My Verizon: Bill Details

Page 1 of 1



Español | My Verizon | Sign Out | Location: WEST LEBANON, NY 12195

**Residential     Business     Wireless**

Enter a search term

Internet          TV          Phone          Bundles          Support          My Verizon

## My Verizon

**Welcome, RICHARD PRICE.**

Viewing Account: 518 237 1753

Overview | My Bill | My Services | My Profile | Customer Service |

| | |
|---|---|
| Account Summary | **Breakdown of Charges** |
| Recent Activity | My Bill for: 22 Jul 09    Change |
| Custom Reports | |
| ONE-BILL® | **New Charges** |
| Paperless Billing | |
| Payment Information | |

Print and Download ▼

Back

| | |
|---|---|
| **My Bill Actions** | + Voice Services |
| View My Bill | − Internet Services |
| Print and Download Options | New Charges for Account 0093326908519 |
| Setup Payment Reminder | New Charges for Account 0093324942715 |
| Change Billing Address | Shipping and Activation Fee |
| Request Past Bill Copy | Modem @ 39.99 Payment 1 of 3 |
| Billing Terms | Verizon Unlimited Games + Starz(R) Play Pak May 23 - Jun 22 |
| Payment Locations | Gaming Starz Play Bundle Discount May 23 - Jun 22 |
| View Refund Status | Internet 1/384 Jul 1 - Jul 31 |

+ Voice Services ................................ $15.80

− Internet Services ............................ $114.62

Shipping and Activation Fee ........... $14.99
Modem @ 39.99 Payment 1 of 3 ........ $13.33
Verizon Unlimited Games + Starz(R) Play Pak May 23 - Jun 22 .... $20.98
Gaming Starz Play Bundle Discount May 23 - Jun 22 ... -$4.98
Internet 1/384 Jul 1 - Jul 31 ........... $19.99

+ Taxes, Fees and Other Charges ........ $18.09

**Total Charges** ............................... $148.51

+ Messages from Verizon

+ How to Reach VERIZON

**Bill FAQs**

How do I make payment arrangements?

How do I dispute a charge on my bill?

Enter for the Chance to
**WIN a 2010 Silver
Toyota Prius**
or Instant Win Prize!

Get Your
Vroom
On

Enter to Win

About Us | Contact Us | Store Locator | Careers | Verizon Foundation | Site Map | Privacy Policy | Terms and Conditions | Site Feedback

© 2009 Verizon

BHOP1IRCOVA05V





| Manage Your Account | Phone Number | Account Number | Billing Date |
|---|---|---|---|
| My Account at verizon.com/billview | 518-237-1753 | 518 237 1753 831 24 1 | 9/22/2009 |

## Quick Bill Summary for

RICHARD PRICE

| | | |
|---|---|---|
| Previous Balance | | $336.46 |
| No Payment Received | | $.00 |
| Adjustments | (See pg 3) | -$19.99 |
| **Balance Forward** | | **$316.47** |
| | | |
| **New Charges** | | |
| Voice Services | (See pg 3) | $10.80 |
| Internet Services | | $92.01 |
| Taxes, Fees & Other Charges | | $17.49 |
| Total New Charges Due by October 19, 2009 | | $120.30 |
| **Total Amount Due** | | **$436.77** |

These monthly charges are for your service from September 22 to October 21.

---

### Verizon News

### Staying In Touch Made Easy!

Get unlimited residential calling across the U.S. and to Canada with Verizon Freedom Value for a great low price of just $44.99/mo. One low price and the best of the Network. Call 1–888–747–5772 for details. Terms & restrictions apply.

### Answers And Fixes 24/7, 365

Now you can count on Verizon for more with Premium Technical Support. Wireless not working? Setting up a new PC for school? We're here for many issues. PC, peripherals and beyond. Just $9.99/mo 1st 3 mos. plus taxes. Call 1–888–747–4977.

### Get More, Save More

At Verizon, we want to make sure you're getting the best services at the best value – from phone and Internet, to TV and money–saving bundles. Call 1–888–652–8111 today, and together we'll evaluate your current services, and find ways to save you even more.

---

| Direct Payment Enrollment | Online Billing & Payment | Questions about your bill? |
|---|---|---|
| verizon.com/billpay | verizon.com/billview | verizon.com or 1–800–VERIZON (1–800–837–4966) |

Please return this remit slip with payment

| | |
|---|---|
| New Charges Due | Oct 19, 2009 |
| Account Number | 518 237 1753 831 24 1 |

Total Amount Due: $436.77          092209

Make Check Payable to Verizon

$ ☐☐☐.☐☐

00019562 01 AT  0.357  V2418511 0071 XX
RICHARD PRICE                                V11
PO BOX 176
WEST LEBANON NY  12195–0176

VERIZON
PO BOX 15124
ALBANY NY 12212–5124



02005182371753831024 1100      0930100000316470000004367706



| Phone Number | Account Number | Date Due | Page |
|---|---|---|---|
| 518-237-1753 | 518 237 1753 831 24 1 | Oct 19, 2009 | 3 of 4 |

**Questions?**
Visit verizon.com
or call 1-800-VERIZON
(1-800-837-4966)

**Verizon Online Account**
0093326908519

## Adjustments

Internet
Access Credit Aug 28 ............................................ −19.99
**Total Adjustments** ............................................ **−$19.99**

## Breakdown of Charges

**Voice Services**

Monthly Charge for Dial Tone ................................ 15.80
HSI $15 Bundle Offer ........................................... −5.00
   This credit will apply to your bill up to and including your
   Jan 22, 2010 bill.
**Total Voice Services** ......................................... **$10.80**

**Internet Services**

Internet 3/768  Jul 28 – Aug 15 ............................. −18.38
Promotion Reimbursement .................................... 100.00
Modem @ 39.99 Payment 3 of 3 ........................... 13.33
Verizon Unlimited Games + Starz(R) Play Pak .......... −8.46
State Tax .......................................................... −.24
County Tax ........................................................ −.24
Verizon Unlimited Games + Starz(R) Play Pak  Jul 23 – Aug 22 ... 20.98
Gaming Starz Play Bundle Discount  Jul 23 – Aug 22 ... −4.98
HSI $15 Bundle Offer ........................................... −10.00
   This credit will apply to your bill up to and including your
   Jan 22, 2010 bill.
**Total Internet Services** ...................................... **$92.01**

**Taxes, Fees & Other Charges**
Voice
Federal Tax ........................................................ .69
NY State/Local Sales Tax ...................................... 1.50
911 Surcharge .................................................... .35
Federal USF Surcharge .......................................... .83
Surcharge(s) ...................................................... .72
FCC Line Charge ................................................. 6.41
Internet
State Tax ........................................................... 1.00
County Tax ........................................................ .99
Miscellaneous
Late Payment Charge ........................................... 5.00
**Total Taxes, Fees & Other Charges** ...................... **$17.49**

CREDIT REPORT / EQUIFAX

CHARGE-OFF FROM VERIZON

**VERIZON NEW YORK**
500 TECHNOLOGY DR
WELDON SPRING MO 63304
(877) 325-5156
**Partial account number**
5182371175....

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance | Status: Account charged off. $85 written off. $85 past due as of Jun 2010. |
|---|---|---|---|---|---|---|
| Mar 2008 | Apr 2009 | Utility | Individual | Unknown | $85 as of Jun 2010 | |
| Reported since | Last reported | Terms | | High balance | | Account history: |
| Apr 2009 | Jun 2010 | 1 Months | | NA | | Charge Off as of Jun 2010, Dec 2009, Oct 2009, Jun 2009, Apr 2009 |
| | | Monthly payment | | | | This account is scheduled to continue on record until Apr 2015. |
| | | NA | | | | Your Statement: *"Y ITEM DISPUTED BY CONSUMER"* |
| | | | | | | Creditor's statement: *"Account closed at credit grantor's request."* |
| | | | | | | This item was verified and updated on Oct 2009. |
| | | | | | | Address identification number: 25731397 |



PLEASE PRESS FIRMLY

PLEASE PRESS FIRMLY



PS00001000014

UNITED STATES POSTAL SERVICE

PRIORITY MAIL®

Flat Rate Mailing Envelope

Visit us at usps.com

INTERNATIONAL RESTRICTIONS APPLY.
Customs forms are required. Consult the
International Mail Manual (IMM) at pe.usps.gov
or ask a retail associate for details.



UNITED STATES POSTAL SERVICE

PRIORITY MAIL®

For Domestic
and International Use



From  R. Parce
688 4ᵗʰ Ave.
Troy, NY 12180

TO  Moore v. Verizon Settlement Admin.
PO Box 4655
Portland, OR 97208-4655

Label 228, January 2008



RECEIVED

AUG 2 2 2012

LEGAL SERVICES

**Moore v Verizon CA3071**

**Objection #**

600000018

# Document Range

0307105

**Begin:**

**End:**

**Quantity:**

**Prepped by:**

**QC:**

**Stats:**

**Scanned by:**

ID #:

**Route to:**   Vault

**\*Route to:**_____

Richard Price
688 Fourth Ave,
Troy, NY 12180
Tel: 518-794-7586

August 16, 2012

Henry A. Weissmann
355 S. Grand, Ave., 35th Fl.
Los Angeles, CA. 90071-1560

RE:     Settlement in *Moore v. Verizon*, Case No. CV 09-1823 SBA

Dear Sir:

As a class member, I object to the settlement in this case.
I feel my incurred expenses are much higher then the proposed $40 settlement.

Not only did I incur these third party charges, but after several times being
told they would be reversed only to be charged late fees and other billing issues
which eventually led to my account being charged off for $85 and affecting my
credit rating.

I have enclosed a letter I sent to Verizon in September of 2009, which
hopefully will offer some understanding of the most horrible customer experience
I have ever had, through Verizon.  I would like further representation in this
matter or know if I should proceed on the outcome of this settlement in a claims
case against Verizon.  Thank you for your time.

Sincerely,

Richard Price

(Enclosures)

September 29, 2009

Verizon Online
Attn: Disputes
P.O. Box 12045
Trenton, NJ 08650-2045

Re:   Richard Price
      688 4th Avenue
      Troy, NY 12180
      Verizon Account # 518 237 1753 831 24 1
      Contact # 518-794-7586

Dear Verizon Representative,

I am writing this letter in dispute of charges on my Verizon online & phone account. I already know they are two entities based on my experiences and there seems to be no "one" department for accounts like mine. I have spent six and a quarter hours on the phone and words can't describe how I feel about Verizon's customer service handling. That being said, I will save those details for the many Websites dedicated to Verizon's customer service, where I can share my experiences with others who have had or will have similar experiences. This was supposed to be a basic, simple account and I was told my monthly bill would be around $45. This was not a case of not wanting to pay a bill like I see some people complain about. I will detail the accounting side here and I guess wait to see what happens. One thing I have learned is there is no guarantee with anything Verizon.

I have numbered all attached paperwork in the bottom left corner for reference.

The problems began on my 2/22/09 bill (page 1-2). I was charged a $14.99 "shipping and activation fee" when no modem was shipped or needed.

The next bill on 3/22/09 (Pages 3-4) showed a charge of $33.76 from a so-called company called "Zero Plus Dialing"(Page 5). After spending time on the phone with a Verizon Rep, I learned about this company; was even connected to them 3-way by the Verizon Rep, where they actually wanted my address. I refused even though the Verizon representative that told me the phone had been "crammed" by this bogus company said nothing to defend my position, but did say the charges would be reversed and he would put an "cramming block" on my line. Thanks after the fact. He would also protect my account from late fees occurred because of this charge, which I would soon learn never would happen.

The next bill on 4/22/09 (Pages 6-7) added additional charges of $4.62 (Page 8) onto the account phone again Zero Plus Dialing. The wrong charges were now totaling $38.38, and I was deducting them and still paying my bill, which should have been $44.46. I called Verizon again and was informed that a credit was issued but it would take up to two billing cycles to show up. OK I understand, I guess.

On the 5/22/09 bill (Pages 9-10) new charges were normal with the exception I feel of the late fee. That being said, I once again subtracted the Zero Plus charges and paid $94.14 of the bill. Still no sign of any credit.

Next month's bill, 6/22/09 (Pages 11-12) Still no sign of the credit, which is exactly equal to what the previous balance owed is. I was charged a $5. late fee on these charges in dispute, which I was told I would not be. This time I do have a problem with the late fee because my "true bill" was paid in full.  This prompted another call to Verizon's billing department.

Now for the 7/22/09 Bill (Pages 13-15) which issues are related to Verizon Online and not the phone portion of the bill.
The Internet Services potion of the bill now totaled $114.62 versus the normal $19.99 round about usual amount.  This is where my customer service nightmare really began.  An assortment of charges were added, and the "My Verizon:Bill Details" on Page 15 showed why...I was now being charged for two separate account #'s.

Account # 009332 6908519 and also #009332 4942715.

I spent a great deal of time on the phone being shuffled around, and no representative could see this on my account. They only saw one account number.  I finally had a lady representative who could see it and said it was under a woman's name, but she could do nothing and transferred me back to Verizon's over-sea's customer department. My online charges still should have been in the $19.99 range like previous months.

On the 8/22/09 bill (pages 16-17) the billing saga continues as you can see. Details of the billing were shown again on the "My Verizon:Bill Details" (Page 18)  At this time, I was fed up with both Verizon phone and online and told a representative I wanted to cancel my account but did not want to be charged the $75 early termination fee.  I felt I should have not been charged for leaving based on the service I was receiving or at least been transferred to a representative capable of handling a now intense customer service situation.  She said that was not possible and after a long time on the phone offered to reverse charges and give a $15 discount on my internet charges, which would now be $4.99 a month. Sounded great.  I should have paid the early termination fee and left instead.  My Bill for my little old account was now upwards of $336.46 and still climbing....

My recent Bill 9/22/09 (Pages 19-20) continued the Internet Services fees and now included a charge for a "promotion reimbursement" of $100  (wouldn't a reimbursement be a credit?) and a very complicated list of other items except what should be there....either a $19.99 charge or a $4.99 charge that was offered for my satisfaction the month before. The month's bill added $100 to my growing incorrect balance.
This was my last bill received to date of this letter, and by this time both services had long been shut off and I set up account with Time-Warner.  I have also filed an online complaint with the FTC; I am not calling Verizon anymore.
I am sure there will be another bill coming, and I will continue to see more fees and most undoubtedly the early termination fee. I will continue to pursue this matter as I have invested so much time in a simple problem that is now seems like it has become a job.  I would welcome any contact from Verizon to resolve these issues at the above number or address.
Regards,

Richard Price



| Manage Your Account | Phone Number | Account Number | Billing Date |
|---|---|---|---|
| My Account at verizon.com/billview | 518-237-1753 | 518 237 1753 831 24 1 | 2/22/2009 |

RICHARD PRICE
PO BOX 176
WEST LEBANON NY 12195-0176

## Quick Bill Summary

| | |
|---|---|
| Previous Balance | $117.63 |
| Payments Received Feb 23 | –$117.63 |
| Balance Forward | $.00 |

**New Charges**

| | | |
|---|---|---|
| Voice Services | (See pg 3) | $13.85 |
| Internet Services | | $46.59 |
| Taxes, Fees & Other Charges | | $10.62 |
| Total New Charges Due by March 19, 2009 | | $71.06 |

**Total Amount Due by March 19, 2009**          **$71.06**

These monthly charges are for your service from February 22 to March 21.

### ✦ Verizon News ✦

**Moving? 1—866—VZ—MOVES**

One call gets you up & running! Count on the Verizon network to make at least one part of your move easier. Across the street or across the nation all you need is one call to Verizon to set up your Internet, phone & digital TV in your new home in no time. Service availability varies.

**Your Bill is Getting a Makeover!**

We are redesigning the bill so it's easier to read. Quick Bill Summary will show a snapshot of your charges, which will now be grouped by Bundle, Voice, TV or Internet. If you have a bundle, its price will be displayed separately. For an itemized view, go to Breakdown of Charges on page 3.

| Direct Payment Enrollment | Online Billing & Payment | Questions about your bill? |
|---|---|---|
| verizon.com/billpay | verizon.com/billview | verizon.com or 1-800-VERIZON (1-800-837-4966) |

*Please return this remit slip with payment*

**verizon**

| | |
|---|---|
| New Charges Due | Mar 19, 2009 |
| Account Number | 518 237 1753 831 24 1 |

Total Amount Due: $71.06          022209

Make Check Payable to Verizon

$ ☐☐.☐☐

00015867 01 AT  0.346  V2403711 0056 XX
RICHARD PRICE                    V11
PO BOX 176
WEST LEBANON NY 12195-0176

VERIZON
PO BOX 1100
ALBANY NY 12250-0001



| | Phone Number | Account Number | Date Due | Page |
|---|---|---|---|---|
| | 518–237–1753 | 518 237 1753 831 24 1 | Mar 19, 2009 | 3 of 4 |

Verizon Online Account
0093324942715

## Breakdown of Charges

**Voice Services**

| | |
|---|---|
| Monthly Charge for Dial Tone | 13.85 |
| **Total Voice Services** | **$13.85** |

**Internet Services**

| | |
|---|---|
| Verizon High Speed Internet  Jan 14 – Jan 31 | 11.61 |
| Verizon High Speed Internet  Feb 1 – Feb 28 | 19.99 |
| Shipping and Activation Fee | 14.99 |
| **Total Internet Services** | **$46.59** |

**Taxes, Fees & Other Charges**
Voice

| | |
|---|---|
| Federal Tax | .63 |
| NY State/Local Sales Tax | 1.74 |
| 911 Surcharge | .35 |
| Federal USF Surcharge | .73 |
| Surcharge(s) | .75 |
| FCC Line Charge | 6.42 |
| **Total Taxes, Fees & Other Charges** | **$10.62** |



| Manage Your Account | Phone Number | Account Number | Billing Date |
|---|---|---|---|
| My Account at verizon.com/bilMew | 518–237–1753 | 518 237 1753 831.24 1 | 3/22/2009 |

RICHARD PRICE
PO BOX 176
WEST LEBANON NY  12195-0176

## Quick Bill Summary

*Pd. Chk#*
*$ 120.52*

| | |
|---|---|
| Previous Balance | $71.06 |
| **Balance Forward** | **$71.06** |

**New Charges**

| | | |
|---|---|---|
| Voice Services | (See pg 3) | $13.85 |
| Internet Services | | $19.99 |
| Taxes, Fees & Other Charges | | $15.62 |
| Other Providers | (See pg 4) | $33.76 |
| Total New Charges Due by April 16, 2009 | | $83.22 |

| **Total Amount Due** | **$154.28** |
|---|---|

These monthly charges are for your service from March 22 to April 21.

### Verizon News

**Moving? 1–866–VZ–MOVES**

One call gets you up & running! Count on the Verizon network to make at least one part of your move easier. Across the street or across the nation all you need is one call to Verizon to set up your Internet, phone & digital TV in your new home in no time. Service availability varies.

*154.28*
*CREDIT  – 33.76*
*120.52*

| Direct Payment Enrollment | Online Billing & Payment | Questions about your bill? |
|---|---|---|
| verizon.com/billpay | verizon.com/billview | verizon.com or 1–800–VERIZON (1–800–837–4966) |



| | Phone Number | Account Number | Date Due | Page |
|---|---|---|---|---|
| | 518–237–1753 | 518 237 1753 831 24 1 | Apr 16, 2009 | 3 of 6 |

**Questions?**
Visit verizon.com
or call 1–800–VERIZON
(1–800–837–4966)

**Verizon Online Account**
0093324942715

## Breakdown of Charges

**Voice Services**

| | |
|---|---|
| Monthly Charge for Dial Tone | 13.85 |
| **Total Voice Services** | **$13.85** |

**Internet Services**

| | |
|---|---|
| Verizon High Speed Internet  Mar 1 – Mar 31 | 19.99 |
| **Total Internet Services** | **$19.99** |

**Taxes, Fees & Other Charges**

Voice

| | |
|---|---|
| Federal Tax | .63 |
| NY State/Local Sales Tax | 1.74 |
| 911 Surcharge | .35 |
| Federal USF Surcharge | .73 |
| Surcharge(s) | .75 |
| FCC Line Charge | 6.42 |
| Miscellaneous | |
| Late Payment Charge | 5.00 |
| **Total Taxes, Fees & Other Charges** | **$15.62** |

y



| | Phone Number | Account Number | Date Due | Page |
|---|---|---|---|---|
| | 518-237-1753 | 518 237 1753 831 24 1 | Apr 16, 2009 | 4 of 6 |

## Other Providers

## Zero Plus Dialing Inc

If you have questions concerning this portion of your bill, please contact Zero Plus Dialing Inc at 1-888-506-0734 or on the web at www.billview.com/zpdi

This portion of your bill is provided as a service to Zero Plus Dialing Inc.

Your local telephone service will not be disconnected for failure to pay the charges on this portion of your bill. If you fail to pay these charges, the service provider may pursue collections independently.

Called from 518 237 1753

Account Number: 5182371753831

### Breakdown of Charges

**Zero Plus Dialing Inc Summary**

| | |
|---|---|
| Collect Calls | 27.15 |
| Miscellaneous Charges and Credits | 5.68 |
| New York gross receipts tax surcharge | .93 |
| **Total** | **$33.76** |

### Call Detail

**Collect Calls**

| Date | Time | Received from | Number | Rate period | Min:Sec | Amount |
|---|---|---|---|---|---|---|
| Billed on behalf of Custom TeleConnect | | | | | | |
| Directly Dialed | | | | | | |
| Feb 17 | 5:06 pm | Winterpark FL | 407 672 2099 | day | 3.00 | 27.15 |
| Total | | | | | | $27.15 |

### Miscellaneous Charges and Credits

| Date | Description | Amount |
|---|---|---|
| Billed on behalf of Custom TeleConnect | | |
| Feb 17 | Feduniversal Svc Fund | 3.18 |
| Feb 17 | USF Carrier Admin Fee | 2.50 |
| Total | | $5.68 |



| Manage Your Account | Phone Number | Account Number | Billing Date |
|---|---|---|---|
| My Account at verizon.com/billview | 518–237–1753 | 518 237 1753 831 24 1 | 4/22/2009 |

RICHARD PRICE
PO BOX 176
WEST LEBANON NY  12195-0176

## Quick Bill Summary

| | |
|---|---|
| Previous Balance | $154.28 |
| Payments Received Apr 10 | –$120.52 |
| Balance Forward | $33.76 |

**New Charges**

| | | |
|---|---|---|
| Voice Services | (See pg 3) | $13.85 |
| Internet Services | | $19.99 |
| Taxes, Fees & Other Charges | | $10.62 |
| Other Providers | (See pg 4) | $4.62 |
| Total New Charges Due by May 18, 2009 | | $49.08 |

**Total Amount Due**            **$82.84**

These monthly charges are for your service from April 22 to May 21.

$82.84
– 38.38
44.46

33.76
+ 4.62
38.38

### Verizon News

**Moving? 1–866–VZ–MOVES**

One call gets you up & running! Count on the Verizon network to make at least one part of your move easier. Across the street or across the nation all you need is one call to Verizon to set up your Internet, phone & digital TV in your new home in no time. Service availability varies.

**Verizon Foundation**

Visit Thinkfinity.org for thousands of FREE educational resources for teachers, students, parents and the after–school community.

| Direct Payment Enrollment | Online Billing & Payment | Questions about your bill? |
|---|---|---|
| verizon.com/billpay | verizon.com/billview | verizon.com or 1–800–VERIZON (1–800–837–4966) |



| Phone Number | Account Number | Date Due | Page |
|---|---|---|---|
| 518–237–1753 | 518 237 1753 831 24 1 | May 18, 2009 | 3 of 5 |

**Questions?**
Visit verizon.com
or call 1–800–VERIZON
(1–800–837–4966)

**Verizon Online Account**
0093324942715

# Breakdown of Charges

**Voice Services**

| | |
|---|---|
| Monthly Charge for Dial Tone | 13.85 |
| **Total Voice Services** | **$13.85** |

**Internet Services**

| | |
|---|---|
| Verizon High Speed Internet  Apr 1 – Apr 30 | 19.99 |
| **Total Internet Services** | **$19.99** |

**Taxes, Fees & Other Charges**

Voice

| | |
|---|---|
| Federal Tax | .63 |
| NY State/Local Sales Tax | 1.74 |
| 911 Surcharge | .35 |
| Federal USF Surcharge | .73 |
| Surcharge(s) | .75 |
| FCC Line Charge | 6.42 |
| **Total Taxes, Fees & Other Charges** | **$10.62** |



| Phone Number | Account Number | Date Due | Page |
|---|---|---|---|
| 518-237-1753 | 518 237 1753 831 24 1 | May 18, 2009 | 4 of 5 |

## Other Providers

### Zero Plus Dialing Inc

If you have questions concerning this portion of your bill, please contact Zero Plus Dialing Inc at 1–888–506–0734 or on the web at www.billview.com/zpdi

This portion of your bill is provided as a service to Zero Plus Dialing Inc.

Your local telephone service will not be disconnected for failure to pay the charges on this portion of your bill. If you fail to pay these charges, the service provider may pursue collections independently.

Called from 518 237 1753

Account Number: 5182371753831

### Breakdown of Charges

**Zero Plus Dialing Inc Summary**

| | |
|---|---|
| Miscellaneous Charges and Credits | 4.49 |
| New York gross receipts tax surcharge | .13 |
| **Total** | **$4.62** |

### Miscellaneous Charges and Credits

| Date | Description | Amount |
|---|---|---|
| Billed on behalf of Custom TeleConnect | | |
| Feb 17 | Reassessment Fee | 1.50 |
| Feb 28 | Lec Bill Fee | 2.99 |
| **Total** | | **$4.49** |





| Manage Your Account | Phone Number | Account Number | Billing Date |
|---|---|---|---|
| My Account at verizon.com/billview | 518-237-1753 | .518 237 1753 831 24 1 | - 5/22/2009 |

<table>
<tr><th colspan="2">Verizon News</th></tr>
</table>

**Switch Now & Surf Twice as Fast**

Upgrade your Verizon High Speed Internet & get speeds up to 7M. It's easy! Just call 1–888–251–9655 & pay $29.99 for the 1st 6 months & only $39.99/mo for mos 7–12. Plus 250MB Verizon Online Back–up & Sharing. Availability & speeds vary. Other charges, taxes & terms apply.

**Talk Endlessly Without Time Limit**

With Verizon Freedom Value you can keep in touch with unlimited calling across the U.S. and Canada. Sign up for only $44.99/mo & call your loved ones without worrying about the bill. Call 1–877–765–1113 today. Subject to taxes, fees & terms.

## Quick Bill Summary for

**RICHARD PRICE**

| | |
|---|---|
| Previous Balance | $82.84 |
| No Payment Received | $.00 |
| Balance Forward | $82.84 |

**New Charges**

| | | |
|---|---|---|
| Voice Services | (See pg 3) | $14.03 |
| Internet Services | | $19.99 |
| Taxes, Fees & Other Charges | | $15.66 |
| Total New Charges Due by June 16, 2009 | | $49.68 |

**Total Amount Due**  $132.52

These monthly charges are for your service from May 22 to June 21.

*SHOULD BE CREDITS FOR $ 38.38*

*Pd. $ 94.14  CHK  6/16*

| Direct Payment Enrollment | Online Billing & Payment | Questions about your bill? |
|---|---|---|
| verizon.com/billpay | verizon.com/billview | verizon.com or 1–800–VERIZON (1–800–837–4966) |

9



| Phone Number | Account Number | Date Due | Page |
|---|---|---|---|
| 518-237-1753 | 518 237 1753 831 24 1 | Jun 16, 2009 | 3 of 4 |

**Questions?**
Visit verizon.com
or call 1–800–VERIZON
(1–800–837–4966)

**Verizon Online Account**
0093324942715

# Breakdown of Charges

**Voice Services**

| | |
|---|---:|
| Verizon Local Calls (see Call Detail) | .18 |
| Monthly Charge for Dial Tone | 13.85 |
| **Total Voice Services** | **$14.03** |

**Internet Services**

| | |
|---|---:|
| Internet 1/384  May 1 – May 31 | 19.99 |
| **Total Internet Services** | **$19.99** |

**Taxes, Fees & Other Charges**
Voice

| | |
|---|---:|
| Federal Tax | .64 |
| NY State/Local Sales Tax | 1.76 |
| 911 Surcharge | .35 |
| Federal USF Surcharge | .73 |
| Surcharge(s) | .76 |
| FCC Line Charge | 6.42 |
| Miscellaneous | |
| Late Payment Charge | 5.00 |
| **Total Taxes, Fees & Other Charges** | **$15.66** |

## Call Detail

### Verizon Local Calls

| Place called | Charge per call | Number of calls | Period | Amount |
|---|---|---|---|---|
| Refer to your phone book for rates and discount information. | | | | |
| A | .09 | 2 | day | |
| **Total** | | | | **$.18** |

With message rate service you pay a set price for each local call you make no matter how long you talk.



| Manage Your Account | Phone Number | Account Number | Billing Date |
|---|---|---|---|
| My Account at verizon.com/billview | 518-237-1753 | 518 237 1753 831 24 1 | 6/22/2009 |

### Verizon News

**Talk Endlessly Without Time Limit**
With Verizon Freedom Value you can keep in touch with unlimited calling across the U.S. and Canada. Sign up for only $44.99/mo. & call your loved ones w/o worrying about the bill. Call 1-888-240-8918 today. Subject to taxes, fees & terms.

**Double Your Web Surfing Speed Now**
It's easy to upgrade your Verizon High Speed Internet to speeds up to 7M. Call 1-888-251-9657 & get $10 off the first 6 mos & only pay $39.99/mo for mos 7-12. No installation required & you even keep your email address. Availability & speeds vary. Other charges, taxes and terms apply.

**Moving? 1-866-VZ-MOVES**
One call gets you up & running! Count on the Verizon network to make at least one part of your move easier. Across the street or across the nation all you need is one call to Verizon to set up your internet, phone & digital TV in your new home in no time. Service availability varies.

## Quick Bill Summary for

RICHARD PRICE

| | |
|---|---|
| Previous Balance | $132.52 |
| Payments Received Jun 18 | -$94.14 |
| Balance Forward | $38.38 |

_37.32_

**New Charges**

| | | |
|---|---|---|
| Voice Services | (See pg 3) | $16.02 |
| Internet Services | | $19.99 |
| Taxes, Fees & Other Charges | | $15.96 |
| Total New Charges Due by July 17, 2009 | | $51.97 |
| **Total Amount Due** | | **$90.35** |

_- 37.32_
_59.03_

These monthly charges are for your service from June 22 to July 21.

_ZERO PLUS DIALING_
_PO BOX 29206_
_SAN ANTONIO, TX  78229_

| Direct Payment Enrollment | Online Billing & Payment | Questions about your bill? |
|---|---|---|
| verizon.com/billpay | verizon.com/billview | verizon.com or 1-800-VERIZON (1-800-837-4966) |

Please return this remit slip with payment

### verizon

| | | |
|---|---|---|
| New Charges Due | Jul 17, 2009 | |
| Account Number | 518 237 1753 831 24 1 | |
| **Total Amount Due: $90.35** | | 062209 |

Make Check Payable to Verizon

$ **5 3 . 0 3**

00019315 01 AT  0.357  V2412111 0079 XX
RICHARD PRICE                              V11
PO BOX 176
WEST LEBANON NY  12195-0176

VERIZON
PO BOX 1100
ALBANY NY  12250-0001

0200518237175383102411000920800000038380000000903500



| Phone Number | Account Number | Date Due | Page |
|---|---|---|---|
| 518-237-1753 | 518 237 1753 831 24 1 | Jul 17, 2009 | 3 of 4 |

Questions?
Visit verizon.com
or call 1–800–VERIZON
(1–800–837–4966)

Verizon Online Account
0093324942715

## Breakdown of Charges

### Voice Services

| | |
|---|---|
| Verizon Local Calls (see Call Detail) | .09 |
| Monthly Charge for Dial Tone Jun 20 – Jul 21 | 15.93 |
| **Total Voice Services** | **$16.02** |

### Internet Services

| | |
|---|---|
| Internet 1/384  Jun 1 – Jun 30 | 19.99 |
| **Total Internet Services** | **$19.99** |

### Taxes, Fees & Other Charges

| | |
|---|---|
| Voice | |
| Federal Tax | .70 |
| NY State/Local Sales Tax | 1.92 |
| 911 Surcharge | .35 |
| Federal USF Surcharge | .73 |
| Surcharge(s) | .84 |
| FCC Line Charge | 6.42 |
| Miscellaneous | |
| Late Payment Charge | 5.00 |
| **Total Taxes, Fees & Other Charges** | **$15.96** |

## Call Detail

### Verizon Local Calls

| Place called | Charge per call | Number of calls | Period | Amount |
|---|---|---|---|---|
| Refer to your phone book for rates and discount information. | | | | |
| A | .09 | 1 | ngt | |
| **Total** | | | | **$.09** |

With message rate service you pay a set price for each local call you make no matter how long you talk.



| Manage Your Account | Phone Number | Account Number | Billing Date |
|---|---|---|---|
| My Account at verizon.com/billview | 518-237-1753 | 518 237 1753 831 24 1 | 7/22/2009 |

## Verizon News

### Talk Endlessly Without Time Limit

With Verizon Freedom Value you can keep in touch with unlimited calling across the U.S. and Canada. Sign up for only $44.99/mo & call your loved ones w/o worrying about the bill. Call 1–888–240–8918 today. Subject to taxes, fees & terms.

### Get Hooked on an Easy & Affordable In–Home Entertainment Experience

Verizon Games on Demand & Starz® Play Entertainment Bundle offers unlimited access and downloads to 1,300+ full version PC games and 2,500+ movie and video selections at only $16/mo, over 20% savings. Call 1–888–267–9124 now! Other charges, taxes & terms apply.

### Moving? 1–866–VZ–MOVES

One call gets you up & running! Count on the Verizon network to make at least one part of your move easier. Across the street or across the nation all you need is one call to Verizon to set up your Internet, phone & digital TV in your new home in no time. Service availability varies.

## Quick Bill Summary for    860-567-6789
RICHARD PRICE
                                                     Billing Dept. 8-6
                                            518 890 1500
                                              390 6464

| | |
|---|---|
| Previous Balance | $90.35 |
| No Payment Received | $.00 |
| Balance Forward | $90.35 |

**New Charges**

| | | |
|---|---|---|
| Voice Services | (See pg 3) | $15.80 |
| Internet Services | | $114.62 |
| Taxes, Fees & Other Charges | | $18.09 |
| Total New Charges Due by August 17, 2009 | | $148.51 |

**Total Amount Due** | **$238.86**

These monthly charges are for your service from July 22 to August 21.

| Direct Payment Enrollment | Online Billing & Payment | Questions about your bill? |
|---|---|---|
| verizon.com/billpay | verizon.com/billview | verizon.com or 1–800–VERIZON (1–800–837–4966) |

Please return this remit stp with payment

New Charges Due          Aug 17, 2009
Account Number           518 237 1753 831 24 1

Total Amount Due: $238.86          072209

Make Check Payable to Verizon

$ ☐☐☐ . ☐☐

00019869 01 AT  0.357  V2414211 0081 XX
RICHARD PRICE                    V11
PO BOX 176
WEST LEBANON NY  12195–0176

VERIZON
PO BOX 1100
ALBANY NY  12250-0001



0200518237175383102411 00   0923800000090350000002388605



| Phone Number | Account Number | Date Due | Page |
|---|---|---|---|
| 518–237–1753 | 518 237 1753 831 24 1 | Aug 17, 2009 | 3 of 4 |

**Questions?**
Visit verizon.com
or call 1–800–VERIZON
(1–800–837–4966)

**Verizon Online Account**
0093324942715

# Breakdown of Charges

**Voice Services**

| | |
|---|---|
| Monthly Charge for Dial Tone | 15.80 |
| **Total Voice Services** | **$15.80** |

**Internet Services**

| | |
|---|---|
| Internet 3/768  May 26 – Jun 15 | 27.09 |
| Internet Bundle Discount  May 26 – Jun 15 | –6.77 |
| Internet 3/768  Jun 16 – Jul 15 | 39.99 |
| Internet Bundle Discount  Jun 16 – Jul 15 | –10.00 |
| Shipping and Activation Fee | 14.99 |
| Modem @ 39.99 Payment 1 of 3 | 13.33 |
| Verizon Unlimited Games + Starz(R) Play Pak  May 23 – Jun 22 | 20.98 |
| Gaming Starz Play Bundle Discount  May 23 – Jun 22 | –4.98 |
| Internet 1/384  Jul 1 – Jul 31 | 19.99 |
| **Total Internet Services** | **$114.62** |

**Taxes, Fees & Other Charges**
Voice

| | |
|---|---|
| Federal Tax | .69 |
| NY State/Local Sales Tax | 1.92 |
| 911 Surcharge | .35 |
| Federal USF Surcharge | .90 |
| Surcharge(s) | .84 |
| FCC Line Charge | 6.40 |
| Internet | |
| State Tax | 1.00 |
| County Tax | .99 |
| Miscellaneous | |
| Late Payment Charge | 5.00 |
| **Total Taxes, Fees & Other Charges** | **$18.09** |

Verizon.com Online Bill

Internet and Phone Numbers
Visit verizon.com 24 hours a day or call 1-800-VERIZON (1-800-837-4966)

Enter your ten digit number 518-237-1753
Use 831 if asked for the three digits following your account number.

| | |
|---|---|
| Billing Questions and Bill Balance | - say 'Billing' or press '1' |
| Amount of Payment Due or Payment Arrangements | - say 'Payment' or press '1' |
| 24 Hour Repair or Technical Support | - say 'Repair and Tech Support ' or press '2' |
| To Order New Products | - say 'New Products' or press '3' |
| For Pending Orders | - say 'Order Status' or press '4' |
| Centro Hispano de Verizon | verizon.com/espanol or 1-800-837-4966 |
| Preguntas de Pagos | verizon.com/ or 1-800-837-4966 |

New Charges

New Charges

| | | |
|---|---|---|
| Voice Services | | $15.80 |
| Monthly Charge for Dial Tone | $15.80 | |
| Verizon Single Rate Long Distance | $0.00 | |
| | | |
| Internet Services | | $114.62 |
| New Charges for Account 0093326908519 | | |
| New Charges for Account 0093324942715 | | |
| Shipping and Activation Fee | $14.99 | |
| Modem @ 39.99 Payment 1 of 3 | $13.33 | |
| Verizon Unlimited Games + Starz(R) Play Pak May 23 - Jun 22 | $20.98 | |
| Gaming Starz Play Bundle Discount May 23 - Jun 22 | -$4.98 | |
| Internet 1/384 Jul 1 - Jul 31 | $19.99 | |
| | | |
| Taxes, Fees and Other Charges | | $18.09 |
| Voice | | |
| Federal Excise Tax | $0.69 | |
| State Tax | $1.92 | |
| Surcharge(s) | $0.84 | |
| 911 Surcharge | $0.35 | |
| Federal Universal Service Fund Charge | $0.90 | |
| FCC Line Charge | $6.40 | |
| Internet | | |
| State Tax | $1.00 | |
| County Tax | $0.99 | |
| Miscellaneous | | |
| Late Payment Fee | $5.00 | |
| | | |
| Total Charges | | $148.51 |

Messages from Verizon





| Manage Your Account | Phone Number | Account Number | Billing Date |
|---|---|---|---|
| My Account at verizon.com/billview | 518-237-1753 | 518 237 1753 831 24 1 | 8/22/2009 |

### Verizon News

## Staying In Touch Made Easy!

Get unlimited residential calling across the U.S. and to Canada with Verizon Freedom Value for a great low price of just $44.99/mo. One low price and the best of the Network. Call 1–877–896–6077 for details. Terms & restrictions apply.

## Great Entertainment for Less

Verizon Games on Demand & Starz® Play Entertainment Bundle offers unlimited access and downloads to 1,400+ full version PC games and 2,500+ movie and video selections at only $16/mo, over 20% savings. Call 1–888–658–8090 now for easy & affordable entertainment. Other charges, taxes & terms apply.

## Get More, Save More.

At Verizon, we want to make sure you're getting the best services at the best value – from phone and Internet, to TV and money-saving bundles. Call 1–888–652–8111 today, and together we'll evaluate your current services, and find ways to save you even more.

## Quick Bill Summary for

RICHARD PRICE

| | |
|---|---|
| Previous Balance | $238.86 |
| No Payment Received | $.00 |
| **Balance Forward** | **$238.86** |

**New Charges**

| | | |
|---|---|---|
| Voice Services | (See pg 3) | $10.80 |
| Internet Services | | $69.31 |
| Taxes, Fees & Other Charges | | $17.49 |
| Total New Charges Due by September 16, 2009 | | $97.60 |

| **Total Amount Due** | **$336.46** |
|---|---|

These monthly charges are for your service from August 22 to September 21.

---

| Direct Payment Enrollment | Online Billing & Payment | Questions about your bill? |
|---|---|---|
| verizon.com/billpay | verizon.com/billview | verizon.com or 1–800–VERIZON (1–800–837–4966) |

*Please return this remit slip with payment*

**verizon**

| New Charges Due | Sep 16, 2009 |
|---|---|
| Account Number | 518 237 1753 831 24 1 |

| Total Amount Due: $336.46 | 082209 |
|---|---|

Make Check Payable to Verizon

$ ☐☐☐.☐☐

00020711 01 AT  0.357  V2416511 0082 XX
RICHARD PRICE                              V11
PO BOX 176
WEST LEBANON NY  12195–0176

VERIZON
PO BOX 1100
ALBANY NY  12250-0001





| Phone Number | Account Number | Date Due | Page |
|---|---|---|---|
| 518-237-1753 | 518 237 1753 831 24 1 | Sep 16, 2009 | 3 of 4 |

**Questions?**
Visit verizon.com
or call 1–800–VERIZON
(1–800–837–4966)

**Verizon Online Account**
0093324942715

## Breakdown of Charges

**Voice Services**

| | |
|---|---|
| Monthly Charge for Dial Tone | 15.80 |
| HSI $15 Bundle Offer | –5.00 |
| This credit will apply to your bill up to and including your Jan 22, 2010 bill. | |
| **Total Voice Services** | **$10.80** |

**Internet Services**

| | |
|---|---|
| Internet 3/768  Jul 16 – Aug 15 | 39.99 |
| Internet Bundle Discount  Jul 16 – Aug 15 | –10.00 |
| Modem ⊕ 39.99 Payment 2 of 3 | 13.33 |
| Verizon Unlimited Games + Starz(R) Play Pak  Jun 23 – Jul 22 | 20.98 |
| Gaming Starz Play Bundle Discount  Jun 23 – Jul 22 | –4.98 |
| Internet 1/384  Aug 1 – Aug 31 | 19.99 |
| HSI $15 Bundle Offer | –10.00 |
| This credit will apply to your bill up to and including your Jan 22, 2010 bill. | |
| **Total Internet Services** | **$69.31** |

**Taxes, Fees & Other Charges**

| | |
|---|---|
| Voice | |
| Federal Tax | .69 |
| NY State/Local Sales Tax | 1.50 |
| 911 Surcharge | .35 |
| Federal USF Surcharge | .83 |
| Surcharge(s) | .72 |
| FCC Line Charge | 6.41 |
| Internet | |
| State Tax | 1.00 |
| County Tax | .99 |
| Miscellaneous | |
| Late Payment Charge | 5.00 |
| **Total Taxes, Fees & Other Charges** | **$17.49** |

My Verizon: Bill Details

Page 1 of 1

**Residential     Business     Wireless**

Internet     TV     Phone     Bundles     Support     My Verizon

## My Verizon

Welcome, RICHARD PRICE.

Viewing Account: 518 237 1753

Overview | My Bill | My Services | My Profile | Customer Service |

| Account Summary |
| Recent Activity |
| Custom Reports |
| ONE-BILL® |
| Paperless Billing |
| Payment Information |

**My Bill Actions**

View My Bill
Print and Download
Options
Setup Payment
Reminder
Change Billing Address
Request Past Bill Copy
Billing Terms
Payment Locations
View Refund Status

**Bill FAQs**

How do I make a payment
arrangement?
How do I dispute a
charge on my bill?

Breakdown of Charges

My Bill for: '22 Jul 09'   Change

Print and Download ▼

Back

| | |
|---|---|
| **New Charges** | |
| ➕ **Voice Services** | $15.80 |
| ➖ **Internet Services** | $114.62 |
| New Charges for Account 0093326908519 | |
| New Charges for Account 0093324942715 | |
| Shipping and Activation Fee | $14.99 |
| Modem @ 39.99 Payment 1 of 3 | $13.33 |
| Verizon Unlimited Games + Starz(R) Play Pak May 23 - Jun 22 | $20.98 |
| Gaming Starz Play Bundle Discount May 23 - Jun 22 | -54.98 |
| Internet 1/384 Jul 1 - Jul 31 | $19.99 |
| ➕ **Taxes, Fees and Other Charges** | $18.09 |
| **Total Charges** | $148.51 |

➕ **Messages from Verizon**

➕ **How to Reach VERIZON**

Enter for the Chance to
WIN a 2010 Silver
**Toyota Prius**
or Instant Win Prize!

Get Your
On

Enter to Win

About Us | Contact Us | Store Locator | Careers | Verizon Foundation | Site Map | Privacy Policy | Terms and Conditions | Site Feedback

© 2009 Verizon

BHDP1IRCOVAOSV





| Manage Your Account | Phone Number | Account Number | Billing Date |
|---|---|---|---|
| My Account at verizon.com/billview | 518-237-1753 | 518 237 1753 831 24 1 | 9/22/2009 |

### Verizon News

**Staying In Touch Made Easy!**
Get unlimited residential calling across the U.S. and to Canada with Verizon Freedom Value for a great low price of just $44.99/mo. One low price and the best of the Network. Call 1–888–747–5772 for details. Terms & restrictions apply.

**Answers And Fixes 24/7, 365**
Now you can count on Verizon for more with Premium Technical Support. Wireless not working? Setting up a new PC for school? We're here for many issues. PC, peripherals and beyond. Just $9.99/mo 1st 3 mos. plus taxes. Call 1–888–747–4977.

**Get More, Save More**
At Verizon, we want to make sure you're getting the best services at the best value – from phone and Internet, to TV and money–saving bundles. Call 1–888–652–8111 today, and together we'll evaluate your current services, and find ways to save you even more.

## Quick Bill Summary for
RICHARD PRICE

| | | |
|---|---|---|
| Previous Balance | | $336.46 |
| No Payment Received | | $.00 |
| Adjustments | (See pg 3) | –$19.99 |
| Balance Forward | | $316.47 |
| | | |
| **New Charges** | | |
| Voice Services | (See pg 3) | $10.80 |
| Internet Services | | $92.01 |
| Taxes, Fees & Other Charges | | $17.49 |
| Total New Charges Due by October 19, 2009 | | $120.30 |
| **Total Amount Due** | | **$436.77** |

These monthly charges are for your service from September 22 to October 21.

| Direct Payment Enrollment | Online Billing & Payment | Questions about your bill? |
|---|---|---|
| verizon.com/billpay | verizon.com/billview | verizon.com or 1–800–VERIZON (1–800–837–4966) |

Please return this remit slip with payment

| New Charges Due | Oct 19, 2009 |
|---|---|
| Account Number | 518 237 1753 831 24 1 |

Total Amount Due: $436.77          092209

Make Check Payable to Verizon

$ ☐☐☐.☐☐

00019562 01 AT  0.357  V2418511 0071 XX
RICHARD PRICE                                    V11
PO BOX 176
WEST LEBANON NY 12195–0176

VERIZON
PO BOX 15124
ALBANY NY 12212-5124

0200518237175383102411100   09301000003164700000043677 06



**verizon**

| | Phone Number | Account Number | Date Due | Page |
|---|---|---|---|---|
| | 518–237–1753 | 518 237 1753 831 24 1 | Oct 19, 2009 | 3 of 4 |

**Questions?**
Visit verizon.com
or call 1–800–VERIZON
(1–800–837–4966)

**Verizon Online Account**
0093326908519

## Adjustments

Internet

| | |
|---|---|
| Access Credit Aug 28 | –19.99 |
| **Total Adjustments** | **–$19.99** |

## Breakdown of Charges

**Voice Services**

| | |
|---|---|
| Monthly Charge for Dial Tone | 15.80 |
| HSI $15 Bundle Offer | –5.00 |
| This credit will apply to your bill up to and including your Jan 22, 2010 bill. | |
| **Total Voice Services** | **$10.80** |

**Internet Services**

| | |
|---|---|
| Internet 3/768  Jul 28 – Aug 15 | –18.38 |
| Promotion Reimbursement | 100.00 |
| Modem @ 39.99 Payment 3 of 3 | 13.33 |
| Verizon Unlimited Games + Starz(R) Play Pak | –8.46 |
| State Tax | –.24 |
| County Tax | –.24 |
| Verizon Unlimited Games + Starz(R) Play Pak  Jul 23 – Aug 22 | 20.98 |
| Gaming Starz Play Bundle Discount  Jul 23 – Aug 22 | –4.98 |
| HSI $15 Bundle Offer | –10.00 |
| This credit will apply to your bill up to and including your Jan 22, 2010 bill. | |
| **Total Internet Services** | **$92.01** |

**Taxes, Fees & Other Charges**

Voice

| | |
|---|---|
| Federal Tax | .69 |
| NY State/Local Sales Tax | 1.50 |
| 911 Surcharge | .35 |
| Federal USF Surcharge | .83 |
| Surcharge(s) | .72 |
| FCC Line Charge | 6.41 |
| Internet | |
| State Tax | 1.00 |
| County Tax | .99 |
| Miscellaneous | |
| Late Payment Charge | 5.00 |
| **Total Taxes, Fees & Other Charges** | **$17.49** |

CREDIT REPORT / EQUIFAX

CHARGE-OFF FROM VERIZON

**VERIZON NEW YORK**
500 TECHNOLOGY DR
WELDON SPRING MO 63304
(877) 325-5156
**Partial account number**
518237175....

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount |
|---|---|---|---|---|
| Mar 2008 | Apr 2009 | Utility | Individual | Unknown |
| Reported since | Last reported | Terms | | High balance |
| Apr 2009 | Jun 2010 | 1 Months | | NA |
| | | Monthly payment | | |
| | | NA | | |

Recent balance
$85  as of Jun 2010

Status: Account charged off. $85 written off. $85  past due as of Jun 2010.

Account history:
Charge Off as of Jun 2010, Dec 2009, Oct 2009, Jun 2009, Apr 2009

This account is scheduled to continue on record until Apr 2015.

Your Statement: "* ITEM DISPUTED BY CONSUMER"

Creditor's statement: "Account closed at credit grantor's request."

This item was verified and updated on Oct 2009.

Address identification number:
25731397



# RICHARD PRINCIPIO

US district Court

I feel it is unfair
to have to pay for my
Own attorney's fees. But
I would like my money
that's s due me

Richard Principio
53 middle street
Geneva, NY 14456
moore et alv veizon et
ali, case no  09 - cv 1823 SOH

# CHARLES F. QUINN

Charles F. Quinn                                    Mailed 8/ 10/ 12 from the
50 Bluestone drive                                  beautiful , & culturally
Chadds Ford Pa 19317-9311                           enriched Chadds Ford
PH (landline) 610-388-7855
Verizon class member


Henry Weissman
355 S. Grand Ave.
35th  floor
Los Angeles ( A/K/A/ Tinseltown) CA 90071-1560

Re: Objection to paying $7,500,000.00 to *plaintiffs' lawyers*

Dear Henry:

You got yourself a nice "gig" representing Verizon and I am sure that you
have made out very well. My objection is not to you and your service . I am
objecting to the stable of *judicially approved whores from the  Ninth (9th)
circuit , who are in line to make …...$7,500,000.00 …...for representing my
$40 claim.* We here in the east——particularly those of us who had practiced
law before the 3rd circuit— have long recognized the infamous 9th circuit as a
playground for plaintiff's attorneys and  self-benefitting class action lawsuits.
We here on the east coast marvel at the ludicrous fees that are approved by
the  9th and we wonder aloud if Bernie Madoff might have done better as a
plaintiff's attorney on the west coast. Good old Bernie  would not be sitting in
a federal "pokey"  right now . That's for sure !!!!!

Let the court know that I am objecting to the payment of $7,500,000.00 to
Johnny Jacobs (included as a covering copy distributee)   and payment of
anything over $ 500 to Ms. Moore.

I will however collect my $40 and have made application for same. Some
might think I am being mean-spirited and ungrateful.  $40 is a handsome sum
of money in any venue, even Tinseltown ,  but …$7,500,000.00 for
representing a $40 claim ?  It strikes me   as *"just a tad  extravagant"* .

Many of us back here on the east coast pray for the day that a courageous figure will begin a serious investigation of the 9th circuit court. We pray that, as a consequence of such investigation, most of its members will be stripped of judicial office and released back into the wild from whence they came.

Most respectfully,

Charles F Quinn
CC: Johnny Jacobs, counsel for the plaintiff's class
    looking to "cash in" big time,
    122 S. Michigan Avenue, suite 1850
    Rahm Emanuel's garden city of CHICAGO
    zipcode: 60603

    Clerk of the Court
    1301 Clay St., 400 South
    Riot — ridden OAKLAND CA.
    ZIPPER: 94612
    (to be treated by recipient as a "filing")

w/enclosure

Subject: Class Action Settlement Notice Ordered By Federal Court in Moore et al v. Verizon et al., Case No. 09-cv-1823 SBA

From: Verizon Services <verizon-services@verizon.com>

Date: 6/26/2012 7:02 PM

To: cfquinn@verizon.net

Can't view this email properly? Click here for the online version

## CLASS ACTION SETTLEMENT NOTICE

A federal court authorized this Notice. Read this Notice carefully. Your legal rights may be affected.

THIS IS NOT A SOLICITATION. THIS IS NOT A NOTICE THAT YOU HAVE BEEN SUED. THIS IS TO NOTIFY YOU THAT YOU MAY BE ENTITLED TO BENEFITS.

United States District Court for the Northern District of California

Moore et al. v. Verizon et al., Class Action Case No. 09-cv-1823 SBA

(Para ver este aviso en español, se puede visitar www.verizonthirdpartybillingsettlement.com/espanol.)

# You Received This Notice Because Verizon's Records Indicate You Were Billed For Third-Party Charges Between April 27, 2005 And February 28, 2012 And May Be Entitled To A Payment From this Class Action Settlement.

A Settlement has been preliminarily approved by the Court in a class action lawsuit against Verizon alleging that it billed landline phone customers for unauthorized charges from third-party companies (a practice known as "cramming"), in violation of federal and state law. Verizon denies any wrongdoing. The Court has not decided in favor of either the plaintiffs or defendants. Instead, both sides have agreed to settle the lawsuit in order to avoid the cost, delay, and uncertainty of litigation. The Settlement calls for payments to Class Members who

# RONALD RILEY

June 1, 2012

Class Counsel John G. Jacobs
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603

Verizon Counsel Henry Weissman
355 S. Grand Ave., 35th Fl.
Los Angeles, CA 90071-1560

Re:   Verizon Class Action Settlement Notice
      United States District Court for the Northern District of California
      Moore et al. v. Verizon et al., Case No. 09- cv-1823 SBA

Please be advised that my name is Ronald L. Riley at Verizon telephone number (909) 572-9407 and I have been identified as a class member affected by the pending final court decision on the class action settlement identified above. Please also be advised that I requested, by telephone, at the number 1 (877) 772-6219 provided in the notice, a copy of the Claim Forms and Summary of Charges on May 17, 2012 at 1:15 pm. I have not yet received the requested information and it apparently has not been mailed within the 5 working days as explained in the telephone response.

Please be further advised that I have written to Verizon on several previous occasions requesting they cease charges on my telephone bill for services I have not received. Verizon has continuously ignored my request and provided no response to my request. I would appreciate it if you would send me a copy of the requested forms and summary in order for me to provide a timely appropriate response, as your notice advises is my legal right. If I do not receive a response by June 17, 2012 you may consider this notice as my request to be excluded from the settlement class.

Sincerely,
Ronald Riley
P.O. Box 905
La Verne, CA 91750
(909) 892-9407

cc. U.S. District Court for Northern District of California
Clerk of the Court
1301 Clay Street, Suite 400S.
Oakland, CA 94612

P.S. The Settlement Notice



R.L. Raby
P.O. Box 903
La Verne, CA 91750

U.S. District Court for Northern District of California
Clerk of the Court
1301 Clay Street, Suite 400 S
Oakland, CA 94612



# DAVID ROURKE

Dear
Court

Verizon Third Party Billing Settlement
Class Action Settlement Administrator
c/o Epiq Systems
Moore v Verizon, Case No. CV-09-1823 SBA
PO Box 4655
Portland, OR 97208-4655
www.verizonthirdpartybillingsettlement.com
1-877-772-6219

PRESORTED
FIRST-CLASS MAIL
AUTO
U.S. POSTAGE
PAID
PORTLAND, OR
PERMIT NO. 2082

*This is a Court-ordered Notice. This is
not a solicitation from a lawyer  This notice
is only a summary.*

307121643315

DAVID ROURKE
PO BOX 332
WEST WARWICK RI  02893-0332

75765
103
166

## CLASS ACTION SETTLEMENT NOTICE

A federal court authorized this Notice  Read this Notice carefully  Your legal rights may be affected
whether you act or not  (en español, si desea recibir este aviso en español, visite www.verizonthirdpartybillingsettlement.com/espanol

Settlement Class Members may apply for (1) a Flat Payment Claim for $40, or (2) a Full Payment Claim for the full amount
(i.e., 100%) of all unauthorized Third-Party Charges that you paid on your Verizon phone bills between April 27, 2005 and February
28, 2012 (the "Class Period"). To help decide whether to submit a Full Payment Claim, you can request a summary of all
third-party charges for which you were billed during the Class Period for free. Some Class Members may have a claim for
less than $40. Class counsel contends that some Class Members may have a claim for hundreds of dollars or more. To request
a summary of charges, a Claim Form or more information contact  the Settlement Administrator  at
www.verizonthirdpartybillingsettlement.com, 1-877-772-6219  or questions@verizonthirdpartybillingsetlement.com  To
receive, if any benefit you must submit a Claim Form by November 15, 2012. In order to file a claim or to request a summary of
charges you were billed, you must use the following:

Settlement has been preliminarily approved by the Court in a class action lawsuit against Verizon alleging that it billed landline
telephone customers for charges from third-party companies that were not authorized (known as "cramming"), in violation of federal
and state law  Verizon denies any wrongdoing  Both sides have agreed to settle the lawsuit to avoid the cost, delay, and uncertainty
of litigation  The Settlement provides monetary and injunctive relief  The Settlement Class is defined as: All current and former
Verizon landline customers billed for third-party charges submitted to Verizon by Aggregators, as defined in the Settlement
Agreement, from April 27, 2005 to February 28, 2012.  For a more complete definition of the class, go to
www.verizonthirdpartybillingsettlement.com  unless you exclude yourself, you will be in the Class, and if the Settlement is
approved, will be bound by it and release claims against Released Persons, as defined in the Settlement Agreement. To exclude
yourself, you must mail a  signed, written request to be excluded from Moore v Verizon, with your name, address, and phone
number, to the Settlement Administrator postmarked by August 17, 2012. If you do not exclude yourself, you or your lawyer have
the right to object to the Settlement, Class Counsel's request for attorneys' fees & expenses ($7,500,000) and/or incentive awards
($20, 00 total), by mailing objections in writing to John C. Jacobs, Esq., 122 S. Michigan Ave., St 1850, Chicago, IL 60603,
and Henry A. Waisenmann, 355 S. Grand Ave, 15th Fl., Los Angeles, CA  90071-1560 and filing it with the Clerk of the Court at
1301 Clay Street, Sd. 400 S., Oakland, CA 94612 by August 17, 2012. The Court has scheduled a Final Approval Hearing on
September 25, 2012 at 1:00 p.m. at the U.S District Court, Northern District California, 1301 Clay Street, Oakland, CA.
Courtroom 1  You do not need to attend the hearing unless you wish to object in person, which is required to preserve your right
to appeal the Settlement or award of attorney's fees  No one will be permitted to appear at the final approval hearing to present an
objection unless that person has complied with the requirements set forth for filing a timely written objection  For complete
information about the Settlement, go to www.verizonthirdpartybillingsettlement.com or call 1-877-772-6219.

I Got Severe Damages&Mental
Anguish; I ObJecT To This
VeRiZON Owes me, They
TuRNed in incorrect credit
RePoRTs on me Ruinning my
credit For years Now

David A. Rourke
PO Box 332
West Warwick RI 02893-0332

9461285212

U.S. District court clerk
1301 Clay Street
400 S-OAKLANd CALifornia

94612

Equality
FOREVER

# PATRICK RUDD

**RECEIVED**

JUN 0 1 2012

LEGAL SERVICES

**Moore v Verizon CA3071**



**Objection #**                    **600000004**

# Document Range

0307105

**Begin:**                **End:**                **Quantity:**

**Prepped by:**          **QC:**          **Stats:**          **Scanned by:**

ID #:

**Route to:**  Vault              **\*Route to:**_____

U,S,Dist CT - N/D Cal
Moore et al v Verizon

09/CV 1823
SBA

OBJECTOR
PATRICK Rudd
44 Arch St
Providence RA
02907
401-751-5606-803

TO  Class Counsel
John G, Jacobs
122 S, Michigan Ave.
Suite 1850
Chicago Il 60603

cc  Verizon Counsel
Henry Weissmann 35-th fl
355 S, Grand Ave
Los Angeles Cal. 90071

cc Clerk of Ct · U.S D.C,
1301 Clay St, Suite 400
S, Oakland Cal 94612

patrick rudd
objector to overcharges


COMAU   PHONE: (248) 377-4700  FAX: (248) 377-4754



Patrick Rudd
44 Arch St.
Providence, RI 02907-2310

PROVIDENCE RI 028
24 MAY 2012 PM 3 L

Senior Counsel
Henry W. Grossmann
355 S. Grand Ave
Los Angeles Cal
90071

9C0713316

# LARRY STOVER

Larry Stover

2557 SW 45th Street

Corvallis, OR 97333



July 26, 2012

Clerk of the Court

1301 Clay Street, St. 400 S.

Oakland, CA 94612

Re: Moore v. Verizon, Case No. CV 09-1823 SBA

Dear Clerk:

I am a Class Member by phone number 760-564-7273.  I hereby object to the amount of the attorney fees of $7.5 million.  This is an outrageous amount for a nuisance settlement and will only encourage these attorneys to file more of these.

Sincerely,

Larry Stover

26 JUL

Clerk of the Court
1301 Clay Street St. 400 S.
Oakland, CA 94612

94612552212

STOVER NEYHART & CO., P.C.
Certified Public Accountants
777 NW 9th St. #408
Corvallis, OR 97330

# FORREST TURKISH

RECEIVED

AUG 2 4 2012

LEGAL SERVICES

**Moore v Verizon CA3071**

**Objection #**

600000014

# Document Range

0307105

| Begin: | End: | Quantity: |
|---|---|---|
| 14 | — | 1 |

| Prepped by: | QC: | Stats: | Scanned by: |
|---|---|---|---|
| ID #: 98 MN <br> 8-24-12 | ✓ | AG <br> 8/24/12 | AG <br> 8/24/12 |

**Route to:**  Vault          **\*Route to:**_____

1    Darrell Palmer (SBN 125147)
     darrell.palmer@palmerlegalteam.com
2    Law Offices of Darrell Palmer PC
     603 North Highway 101, Suite A
3    Solana Beach, California 92075
     Telephone: (858) 792-5600
4    Facsimile: (858) 792-5655

5    Attorney for Objector Forrest Turkish

6

7

8                  UNITED STATES DISTRICT COURT

                 NORTHER DISTRICT OF CALIFORNIA

9

10    DESIREE MOORE and KAREN JONES,      )    Case No. 4:09-cv-01823-SBA
     individually and on behalf of a class of similarly   )
11    situated individuals,                     )    **OBJECTIONS OF FORREST TURKISH TO**
                                    )    **THE FINAL APPROVAL OF THE**
12                Plaintiffs,        )    **PROPOSED SETTLEMENT AND NOTICE**
                                      )    **OF INTENT TO APPEAR AT HEARING**
13    vs.                                     )
                                      )
14    VERIZON COMMUNICATIONS INC., a     )
     Delaware corporation, VERIZON CALIFORNIA, )
15    INC., a California corporation, VERIZON      )    Date: September 25, 2012
     CORPORATE SERVICES GROUP INC., a New   )    Time: 1:00 p.m.
16    York corporation, VERIZON SERVICES CORP., )    Judge: Hon. Saundra Brown Armstrong
     a Delaware corporation, TELESECTOR       )
17    RESOURCES GROUP, a Delaware corporation, )
     VERIZON SERVICES OPERATIONS INC., a    )
18    Delaware corporation, VERIZON SERVICES    )
     ORGANIZATION, INC., a Delaware corporation, )
19    VERIZON CORPORATE SERVICES CORP., a    )
20    Delaware corporation, VERIZON DATA       )
     SERVICES, INC., a Delaware corporation, and    )
21    DOES 1 through 25,                     )
22                                       )
              Defendants.       )
23                                       )

24

25         Class member Forrest Turkish hereby objects to the final approval of the proposed settlement.

26    His Verizon telephone numbers end in 9321, 8866 and 9613 and his present address is in New Jersey.

27    He hereby gives notice of his counsel's intention to appear at the fairness hearing, under objection. All

28    communication regarding this objection should be directed to his attorney of record.

                                                   4:09-cv-01823-SBA
OBJECTIONS OF FORREST TURKISH AND NOTICE OF INTENT TO APPEAR AT HEARING
                                                        1

Forrest Turkish objects to the settlement on the following grounds:

1. The claims procedure contains unnecessary hurdles designed to minimize the amount paid out by Verizon. While there is no defined amount to the common fund, there is no minimum amount Verizon must disgorge.

2. The requirements that an objector or his counsel be present at the fairness hearing to preserve a class member's right to appeal goes far beyond the language of Rule 23 and frustrates the purpose behind allowing class members to object.

3. The Notice does not disclose that there is in fact a *cy pres* component to the settlement, discussed in Section F, page 12 of the settlement. This failure to disclose this *cy pres* component in the Notice smacks of unfairness in that the class members were not fairly apprised of this aspect of the settlement. Further, while this settlement was negotiated prior to the Ninth Circuit's decision in *Dennis v. Kellogg,* July 13, 2012, the *Dennis* decision reveals that the *cy pres* component, as presently framed, does not meet Ninth Circuit standards. This conclusion could have been anticipated, as the *Dennis* decision simply clarifies existing law.

## I. THE CLAIMS PROCEDURE CONTAINS UNNECESSARY HURDLES TO PROCESSING PAYMENTS TO CLASS MEMBERS

While Turkish appreciates the offer to reimburse 100% of the improper third-party charges, he does not understand the requirement of submitting documentation **provided by Verizon:** "You must provide information or documentation from the summary of third party charges provided to you by Verizon." Notice at section 10. It seems designed simply as a hurdle to reduce the number of claims, since this information could be provided directly to the administrator by Verizon.

Even after Verizon provides a class member with a summary of the unauthorized charges, Verizon is authorized to challenge the claimed amount, with the Settlement Administrator having the final authority. Notice at section 11. Interestingly, the identity of the administrator is never disclosed. Accordingly, it is unclear whether the Settlement Administrator is a disinterested third party, or if the administrator is an arm of Verizon itself. This leaves a class member wondering whether his claim will be handled fairly. The Notice does not provide this essential information and is therefore insufficient.

Ultimately, one is given no information regarding how much Verizon is expected to disgorge. While there is no "cap," there is also no floor.  Perhaps there should be.

## II. THE REQUIREMENT THAT AN OBJECTOR APPEAR AT THE FAIRNESS HEARING TO PRESERVE HIS RIGHT TO APPEAL UNDERMINES THE PURPOSES OF RULE 23, IS CONTRARY TO LAW, AND MUST BE STRUCK

Section 18 of the Notice contains the following objectionable language:  "No appeal may be taken from the approval of this Settlement unless the person appears **in person** or through counsel at the Final Approval Hearing."  This requirement is patently objectionable in a nationwide settlement, and prejudices class members who do not reside near Oakland, California.

Rule 23(e)(5) states that "Any class member may object to the proposal if it requires court approval under this subdivision (e); the objection may be withdrawn only with the court's approval." There is no language imposing a requirement that an objector be present at the fairness hearing.  As such, the language in the present Notice imposes unreasonable hurdles designed only to stymie the RIGHT to object.

The requirement that an objector must appear at the fairness hearing to preserve the right to appeal lacks any foundation or support at law and is clearly designed to chill objectors.  Rule 23 describes class actions as <u>representative</u> suits, and therefore only the representatives need fulfill standing requirements as plaintiffs or appellants.  Rule 23(f), governing appeals, contains no provision that objectors under (e)(5) must demonstrate their own standing requirements and appear "in person" at the fairness hearing to pursue their appeal.  In fact, to allow objectors to lodge objections in district court, and then deny them the right to appeal an adverse decision turns principles of due process on their head: one has the right to lodge an objection, but has no recourse if that objection is overruled.  This result makes the legislative <u>right</u> to object under (e)(5) hollow, and essentially meaningless if one has a right to appear in court, but no right for redress of that decision.

Case law also respects the right to object.  Chief Justice Rose Bird stated that "Class members have a **due process interest** in expressing their own views to the courts." *State of California v. Levi Strauss & Co.*, 41 Cal.3d 460, 484 (1986)(C.J. Bird, concurring)(emphasis added).  Having a right to object, but not appeal does not square with this concept of due process.

Other case law interpreting Rule 23 underscores the fact that only the representative class member need comply with procedural standing requirements to preserve the right to appeal:

> Federal case law is clear that the question of standing in class actions involves the standing of the class representative and not the class members. "Generally standing in a class action is assessed solely with respect to class representatives, not unnamed members of the class." (*In re General Motors Corporation Dex-Cool Products Liability Litigation,* 241 F.R.D. 305, 310 (S.D.Ill. 2007); see 1 Newberg & Conte, Newberg on Class Actions (3d ed. 1992) §2.07, p. 2-41 ["the standing issue focuses on whether the plaintiff is properly before the court, not whether absent class members are properly before the court"].) . . . "If that court, guided by the nature and purpose of the substantive law on which the plaintiffs base their claims, properly applies Rule 23, then the certified class must necessarily have standing **as an entity.**" (*Vuyanich v. Republic National Bank of Dallas,* 82 F.R.D. 420, 428 (N.D.Tex. 1979).

*In re Tobacco II Cases,* 46 Cal.4[th] 298, 318-19 (2009)(emphasis added). Interestingly, the named representatives do not even need to appear at the fairness hearing to preserve their right to appeal. Why, then, must an unnamed representative dissatisfied with the fairness of the settlement jump through additional requirements not described by Rule 23? These additional hurdles must be struck for what they are: a barrier to objectors who have a statutory and due process right to lodge objections when their rights are being adjudicated and released. Accordingly, Turkish objects to this patently unfair requirement not even imposed on named representatives.

## III. THE *CY PRES* COMPONENT OF THE SETTLEMENT WAS NOT ADEQUATELY DISCLOSED TO THE CLASS, AND IS NOT SUFFICIENTLY DESCRIBED TO WITHSTAND NINTH CIRCUIT SCRUTINY

The class notice describes the benefits of the settlement, and yet omits an important component of the settlement which typically must be described and disclosed to class members for approval: the *cy pres* component. The settlement agreement references uncashed checks, which will be earmarked for an unchosen, unnamed charity subject to agreement by the parties and approval by the Court. This afterthought, which is a guaranteed event (uncashed checks), requires further development in the settlement, disclosure to the class, and actual selection to ensure that the purposes for which the suit was brought are fulfilled in the charitable selection. Although these principles have been developed in the Ninth Circuit, as described in *Six Mexican Workers v. Arizona Citrus Growers,* 904 F.2d 1301 (9th Cir. 1990), the most recent Ninth Circuit pronouncement fully clarifies that the charity must be identified in

the settlement agreement, and must align with the goals of the suit, rather than just be a nice charity.  In *Dennis v. Kellogg*, 2012 WL 2870128 (July 13, 2012), the court specifically struck down a *cy pres* provision identical to the present one:

> A *cy pres* award must be "guided by (1) the objectives of the underlying statutes and (2) the interests of the silent class members," *id.* at 1039, and must not benefit a group "too remote from the plaintiff class," *Six Mexican Workers*, 904 F.2d at 1308.... **Our concerns are not placated by the settlement provision that the charities will be identified at a later date and approved by the court** – a decision from which the Objectors might again appeal.... The difficulty here is that, by failing to identify the *cy pres* recipients, the parties have restricted our ability to undertake the searching inquiry that our precedent requires.  The *cy pres* problem present in this case is of the parties' own making, and encouraging multiple costly appeals by punting down the line our review of the settlement agreement is no solution.

*Dennis*, at *4, *6 (emphasis added).  By failing to identify appropriate recipients, the settlement in front of the Court suffers from the same deficiency struck by the *Dennis* court.

## IV. CONCLUSION

For the foregoing reasons, objector Turkish prays that the Court:

A.  Sustain these objections;

B.  Enter such Orders as are necessary and just to adjudicate these Objections and to alleviate the inherent unfairness, inadequacies and unreasonableness of the proposed settlement; and

C.  Award an incentive fee to this Objector for his service as unnamed Class Member in this litigation.

LAW OFFICES OF DARRELL PALMER PC

Dated:  August 17, 2012                         By: _____

Joseph Darrell Palmer
Attorney for Objector Forrest Turkish



US POSTAGE
$1.30

08/11/12
Mailed From 92075
08 1P00

From: LAW OFFICES OF DARRELL PALMER
603 N. HWY 101, SUITE A
SOLANA BEACH, CA 92075

MOORE V VERIZON
SETTLEMENT ADMINISTRATOR
PO BOX 4655
PORTLAND OR 97208

# DOLORES WARNER

<u>DR. D. WARNER, J.D.</u>

P.O. BOX 88563
LOS ANGELES, CA 90009
August 4, 2012

U.S. District Court
Northern District California
1301 Clay Street
Oakland, CA
Courtroom 1

Dear Judge, Courtroom 1:

I have received notice (Enclosed) that I am a plaintiff in a class action suit against
Verizon.

I contacted the plaintiff's attorney John G. Jacobs to request a summary of all third-party
charges for which I was billed during the Class Period. He repeatedly assured me that he
would do so and requested extensive information from me, which I provided (See
Enclosed).

Despite his repeated assurances as late as July 25, 2012 he has done nothing. From the
dates on the enclosed documents it is clear that I have been struggling to assert my rights
as a plaintiff since June 1, 2012. As a result I do not know whether to exclude or join in
the action. The deadline for acting is August 17, 2012.

As a Doctor of Jurisprudence I understand that without this accounting I am
disadvantaged as to my rights in this matter, which Mr. Jacobs is being paid to protect. I
called his office yesterday but was told he was not available to answer my questions of
which he has full knowledge.

I object to the manner in which this law-suit is going forward and justifiably doubt that
the rights of the plaintiff are fully protected when Mr. Jacobs won't even tell me whether
he has filed a claim in my behalf or not.

Please respond to my concerns which focus on the trend at this time, in this country,
toward Class Action lawsuits because representation is questionable when the attorney
fails to respond to questions from the clients they represent which is, after all, what they
are being paid to do. If plaintiffs are not involved in finalization of the Class Action, why
involve them at its initiation?

Sincerely,

Dr. D. Warner, J.D.

DW:mg
cc: U.S. Dept. of Justice
Civil Rights Division
Enc.

# ENCLOSURES

# Warner/Jacobs

Verizon Third Party Billing Settlement
Class Action Settlement Administrator
c/o Epiq Systems
Moore v Verizon, Case No. CV-09-1823 SBA
PO Box 4655
Portland, OR 97208-4655
www.verizonthirdpartybillingsettlement.com

PRESORTED
FIRST-CLASS MAIL
AUTO
U.S. POSTAGE
PAID
PORTLAND, OR
PERMIT NO. 2582

*This is a Court-ordered Notice. This is
not a solicitation from a lawyer. This notice
is only a summary.*

307114857193

**You Received This Notice
Because Verizon's Records
Indicate That You Are A
Former Verizon Landline
Customer And Were Billed
For Third-Party Charges
Between April 27, 2005 And
February 28, 2012, And You
May Be Entitled To A
Payment From This Class
Action Settlement.**

DR DOLORES WARNER
PO BOX 88563
LOS ANGELES CA  90009-8563

76159
02
84
181

## CLASS ACTION SETTLEMENT NOTICE

*A federal court authorized this Notice. Read this Notice carefully. Your legal rights may be affected.*
(Para ver un aviso en español, se puede visitar www.verizonthirdpartybillingsettlement.com/espanol)

Settlement Class Members may apply for (1) a Flat Payment Claim for $40, or (2) a Full Payment Claim for the full amount of unauthorized Third-Party Charges you paid on your Verizon phone bills between April 27, 2005 and February 28, 2012 (the "Class Period"). To help decide whether to submit a Full Payment Claim, you can request a summary of all third-party charges for which you were billed during the Class Period for free. Some Class Members may have a claim for less than $40. Class counsel contends that some Class Members may have a claim for hundreds of dollars or more. To request a summary of charges, a Claim Form, or more information contact the Settlement Administrator at www.verizonthirdpartybillingsettlement.com, by email at questions@verizonthirdpartybillingsettlement.com. To receive a payment, you must submit a Claim Form by November 15, 2012. In order to file a Claim or to request a summary of charges you were billed, you must use the following PIN: 1880401677732. Please do not lose this PIN. It is important.

A Settlement has been preliminarily approved by the Court in a class action lawsuit against Verizon alleging that it billed landline phone customers for charges from third-party companies that were not authorized (known as "cramming"), in violation of federal and state law. Verizon denies any wrongdoing. Both sides have agreed to settle the lawsuit to avoid the cost, delay, and uncertainty of litigation. The Settlement provides monetary and injunctive relief. The Settlement Class is defined as: All current and former Verizon landline customers billed for third-party charges submitted to Verizon by Aggregators, as defined in the Settlement Agreement, from April 27, 2005 to February 28, 2012. For a more complete definition of the class, go to www.verizonthirdpartybillingsettlement.com. Unless you exclude yourself, you will be in the Class, and if the Settlement is approved, will be bound by it and release claims against Released Persons, as defined in the Settlement Agreement. To exclude yourself, you must mail a signed, written request to be excluded from Moore v. Verizon, with your name, address, and phone number, to the Settlement Administrator postmarked by August 17, 2012. If you do not exclude yourself, you or your lawyer have the right to object to the Settlement. Class Counsel's request for attorneys' fees & expenses ($7,500,000) and/or incentive awards ($10,000 each) by mailing objections, in writing, to John G. Jacobs, Esq., 122 S. Michigan Ave., St. 1850, Chicago, IL 60603, and Henry A. Waismann and B. Grinnell, Esq., 396 Fl., Los Angeles, CA. 90071-1560 and filing it with the Clerk of the Court at 1301 Clay Street, St. 400 S., Oakland, CA. 94612 by August 17, 2012. The Court has scheduled a Final Approval Hearing on September 25, 2012 at 1:00 p.m. at the U.S. District Court, Northern District California, 1301 Clay Street, Oakland, CA, Courtroom 1. You do not need to attend the hearing unless you wish to object in person, which is required to preserve your right to appeal the Settlement or award of attorney's fees. No one will be permitted to appear at the final approval hearing to present an objection unless that person has complied with the requirements set forth for filing a timely written objection. For complete information about the Settlement, go to www.verizonthirdpartybillingsettlement.com or call 1-877-772-6219.

## Moore v. Verizon Your letter dated June1

From: **John G. Jacobs** (jgjacobs@jacobskolton.com)
Sent:  Fri 6/15/12 10:02 AM
To:    warner808@hotmail.com (warner808@hotmail.com)

Dear Dr. Warner:

Remarkable mail service.  I got your letter dated June 1 yesterday.   Not very good.

Do I understand correctly that you have both a former account with Verizon and a current account for a Verizon landline?  You got a postcard (which went to customers with closed accounts); did you also receive a yellow insert in your bill if you still have Verizon service?

If you would be kind enough to answer these questions, and tell me whether you would prefer to have your billing summaries sent to you by email (which is faster) or by regular mail, I will see that the request gets properly lodged with the Settlement Administrator.  Thanks much.

Kind regards,

John Jacobs

Class Counsel


John G. Jacobs

Jacobs Kolton, Chtd.

122 South Michigan Avenue

Suite 1850

Chicago, Illinois 60603

Telephone: (312) 427-4000

Telefax: (312) 427-1850

Hotmail Print Message                                                                                    Page 1 of 2

# ATTN: J. G. JACOBS Verizon CLS ACT SUIT: RESPONSE TO YOUR INSTRUCTIONS

From: **Dolores Warner** (warner808@hotmail.com)
Sent: Sun 6/03/12 2:19 PM
To:  jgjacobs@jacobkolton.com

June 1, 2012

John G Jacobs, Esq.

122 S. Michigan Ave #1850

Chicago, Illinois 60603

Dear Mr. Jacobs:

Thank you for your prompt response to my request for Verizon damages in connection with the ongoing litigation.

In compliance with your message I am providing the following information:

1. My email address is: warner808@hotmail.com

2. My Mailing address is: P.O. Box 88563 Los Angeles, CA 90009

3. Telephone: 310-821-2142

4. Account Number: ▓▓▓▓▓▓▓▓▓▓

5. PIN: ▓▓▓▓▓▓

Should you need anymore information please do not hesitate to contact me. I look forward to receiving the summary of my claim and any other information which is relevant as to which I will comply, according to your instructions. I am also responding to you via US Mail.

Sincerely,

Dr. D Warner, J.D.

DW:mg

    cc: Andrew Karlin, Esq.

Dear Mr. Jacobs:

In response to your most recent letter, my postcard regarding the Verizon Third Party Billing Settlement did not have a yellow marker.  I did not receive a yellow insert in my Verizon telephone bill.

I have been a continuing Verizon customer since 1952.  Since my telephone billing for my Los Angeles office and Laguna Beach office amounts to approximately $400.00 per month there may be substantial improper third-party billing as to my account.

Please send my billing summaries to me by e-mail and U.S. mail.

I appreciate your intervention in order to accomplish receipt of my billing summaries from the Settlement Administrator.   Do not hesitate to let me know if you need further information from me.

Best Regards,

Dr. D. Warner, J.D.

Page I o:

7-4-12

Dear Mr. Jacobs:

I continue to receive Verizon orders (a copy of which I sent to you on 6-27-12) revoking my rights to mediation and/or class action suit, instructing me to use arbitration and/or small claims action instead. I have not received any damages list from Verizon. Please elucidate. Thank you. Dr. D. Warner, J.D.

---

From: warner808@hotmail.com
To: jgjacobs@jacobskolton.com
Subject: RE: Verizon Your billing summary
Date: Wed, 27 Jun 2012 21:56:33 -0700

Dear Mr. Jacobs:                          6-27-12


Please see attachment Verizon e-mailed to all customers curtailing our rights to mediation and legal action as well us any more class-action law suits! I have not received my disclosure of damages as yet. I look forward to receipt of same. Thank you.   Kindest Regards, Dr. Dolores Warner

---

From: jgjacobs@jacobskolton.com
To: warner808@hotmail.com
Date: Sun, 17 Jun 2012 15:04:47 -0700
Subject: Verizon Your billing summary

ExternalClass ExternalClass ExternalClass div.ecxMsoNormal Calibri ExternalClass a:link ExternalClass color:blue;text-decoration:underline ExternalClass a:visited ExternalClass span.ecxMsoHyperlinkFollowed color:purple;text-decoration:underline ExternalClass ExternalClass Calibri WordSection1 size:8.5in 11.0in ExternalClass div.ecxWordSection1 WordSection1 I found my prior email to you and it sounds like in the letter you sent me (which I don't have with me, of course), you gave me the information I need in order to make the billing summary request for you.   You can send me a phone number if you want (if it is not already in your letter), but I won't call you unless I need to.  Thanks much, and enjoy the day.

Kind regards,

John Jacobs

Hotmail Print Message

# RE: VERIZON BILLING SUMMARY

From: **Dolores Warner** (warner808@hotmail.com)
Sent: Sun 6/17/12 1:48 PM
To:   jgjacobs@jacobskolton.com

6/17/2012

VIA U.S. MAIL AND EMAIL

Dear Mr. Jacobs:

In response to your most recent letter, my postcard regarding the Verizon Third Party Billing Settlement did not have a yellow marker. I did not receive a yellow insert in my Verizon telephone bill.

I have been a continuing Verizon customer since 1952. Since my telephone billing for my Los Angeles office and Laguna Beach office amounts to approximately $400.00 per month there may be substantial improper third-party billing as to my account.

Please send my billing summaries to me by e-mail and U.S. mail.

I appreciate your intervention in order to accomplish receipt of my billing summaries from the Settlement Administrator. Do not hesitate to let me know if you need further information from me.

Best Regards,

Dr. D. Warner, J.D.

Page 1 of

Dear Mr. Jacobs:                          6-27-12

Please see attachment Verizon e-mailed to all customers curtailing our rights to mediation and legal action as well as any more class-action law suits! I have not received my disclosure of damages as yet. I look forward to receipt of same. Thank you.    Kindest Regards, Dr. Dolores Warner

From: jgjacobs@jacobskolton.com
To: werner808@hotmail.com
Date: Sun, 17 Jun 2012 15:04:47 -0700
Subject: Verizon Your billing summary

I found my prior email to you and it sounds like in the letter you sent me (which I don't have with me, of course), you gave me the information I need in order to make the billing summary request for you.   You can send me a phone number if you want (if it is not already in your letter), but I won't call you unless I need to.  Thanks much, and enjoy the day.

Kind regards,

John Jacobs

