# EXHIBIT 4

# William H. Clark Funeral Home, Inc.

### John J. Pentz, Jr.
(September 2, 1927 - June 28, 2012)



John J. Pentz Jr., 84, died Thursday, June 28, 2012 at home. He was the loving husband of Connie Pentz, with whom he shared 54 years of marriage last August.

Born on Sept. 2, 1927 in DuBois, he was a son of the late John J. Pentz Sr. and Mabel Ruth (Peterson) Pentz. John graduated from Mercersburg Academy in 1945 and served in the U.S. Navy. He graduated from Princeton University in 1951 and the University of Michigan Law School in 1954. John was a member of the Monroe County Bar Association and the Pennsylvania Bar Association. He was a well-known attorney in Stroudsburg for 50 years. He was a member of the Grace Lutheran Church in East Stroudsburg and served as a Sunday school teacher and council member. He also volunteered in many capacities with the Boy Scouts for several years and was a longtime member of the Kiwanis Club of the Stroudsburgs.

In addition to his wife, Connie, he is survived by three sons, John J. Pentz III and his wife, Hannah, of Sudbury, MA, James "Jamie" Evans Pentz and his wife, Lisa, of Niwot, CO. and David R. Pentz of East Stroudsburg. He is also survived by four grandchildren, Carter and Julia Pentz of Niwot, CO. and Jacob and George Pentz of Sudbury, MA; a brother, William H. Pentz and his wife, Marcia, of Berwyn; a brother-in-law, King W. Beers of East Stroudsburg; and several nieces, nephews and cousins. In addition to his parents, he was preceeded in death by two sisters, Mary Joan Pentz and Helen Jean Bennett.

There will be a viewing on Sunday, July 1, from 2:30pm to 5:00pm at the William H. Clark Funeral Home, 1003 Main Street, Stroudsburg. The funeral service will be on Monday, July 2 at 10:30AM in St. John's Lutheran Church, 9 North 9th Street, Stroudsburg with the Rev. Gail H. Kees officiating. Burial will follow in the Stroudsburg Cemetery.

John loved the Lord Jesus Christ with all his heart, and the family requests that memorial remembrances may be made to a church or charity of one's choice.

Back