# EXHIBIT 5

| MUST BE POSTMARKED BY APRIL 1, 2013 | UNITED STATES OF AMERICA<br>FEDERAL TRADE COMMISSION<br>Claims Administration Center<br>P.O. Box 2877<br>Faribault, MN 55021-8677 | FOR OFFICIAL USE ONLY<br><br>03 |

Page 1 of 2



# FTC V. IOVATE CLAIM FORM

**CLASS MEMBER INFORMATION:**

First Name: _____

Last Name: _____

Address: _____

City: _____ State: ____ ____ Zip Code: ____ ____ ____ ____ ____

Country: _____

Telephone: ( ____ ____ ____ ) ____ ____ ____ - ____ ____ ____ ____

Email Address: _____

**PURCHASE INFORMATION:**

Please complete the information below for each product purchased between January 2006 and July 2010.

| Product | | Quantity (circle one) | | | | | Estimated Amount Paid |
|---|---|---|---|---|---|---|---|
| ☐ | Accelis | 1 | 2 | 3 | 4 | 5 | $ _____ |
| ☐ | nanoSLIM | 1 | 2 | 3 | 4 | 5 | $ _____ |
| ☐ | Cold MD | 1 | 2 | 3 | 4 | 5 | $ _____ |
| ☐ | Germ MD | 1 | 2 | 3 | 4 | 5 | $ _____ |
| ☐ | Allergy MD | 1 | 2 | 3 | 4 | 5 | $ _____ |

Consumers are eligible to claim up to a quantity of 5 for a single product for a total claim of no more than 10 products.







## DECLARATION

I hereby declare under penalty of perjury that the information I have provided is true and correct, and that I have not previously received a refund from a state class action settlement involving Cold MD.

Signature: _____ Signature Date: ___ ___ / ___ ___ / ___ ___ ___ ___

Printed Name: _____

## PRIVACY ACT NOTICE

The information requested on the Claim Form is being collected in order to make a distribution of funds paid to the Federal Trade Commission pursuant to a judgment resolving allegations of deceptive acts and practices and false advertisement in violation of Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a) and 52. In addition, the information may be disclosed for other purposes authorized by the Privacy Act, 5 U.S.C. § 552a, as described in the applicable FTC system of records notice, http://www.ftc.gov/foia/sysnot/i 1.pdf, including disclosure to other government agencies. Submission of the requested information is voluntary, but failure to provide the requested information could delay processing or be a basis for rejection of your claim.