# EXHIBIT 7

1    HENRY WEISSMANN (SBN 132418)       JEFFREY F. KELLER (SBN 148005)
     **MUNGER, TOLLES & OLSON LLP**      **KELLER GROVER, LLP**
2    355 South Grand Avenue, Thirty-Fifth Floor    1965 Market Street
     Los Angeles, CA 90071-1560        San Francisco, California 94103
3    Telephone:   (213) 683-9100        Telephone: (415) 543-1305
     Facsimile:    (213) 687-3702        Facsimile: (415) 543-7861
4    E-mail: henry.weissmann@mto.com      jfkeller@kellergrover.com

5    Attorneys for Defendants             Attorneys for Plaintiffs
     VERIZON COMMUNICATIONS INC.,     DESIREE   MOORE,   KAREN   JONES,   AND
6    VERIZON CALIFORNIA INC., VERIZON    THE SETTLEMENT CLASS
     CORPORATE SERVICES GROUP INC.,
7    VERIZON SERVICES CORP.,          *[Additional Counsel on Signature Page]*
     TELESECTOR RESOURCES GROUP, INC.
8    d/b/a VERIZON SERVICES GROUP,
     VERIZON SERVICES OPERATIONS INC.,
9    VERIZON SERVICES ORGANIZATION,
     INC., VERIZON CORPORATE SERVICES
10   CORP., and VERIZON DATA SERVICES,
     INC.

11

12              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**

13

14   DESIREE MOORE and KAREN JONES      CASE NO.  CV 09-1823 SBA
     individually and on behalf of a class of similarly
15   situated individuals,                  **[PROPOSED] AGREED FINAL**
                                     **APPROVAL ORDER AND**
16               Plaintiffs,            **JUDGMENT**

17         vs.                            Hon. Saundra Brown Armstrong
     VERIZON COMMUNICATIONS INC., VERIZON
18   CALIFORNIA, INC., VERIZON CORPORATE
     SERVICES GROUP INC., VERIZON SERVICES
19   CORP., TELESECTOR RESOURCES GROUP,
     INC. d/b/a VERIZON SERVICES GROUP,
20   VERIZON SERVICES OPERATIONS INC.,
     VERIZON SERVICES ORGANIZATION, INC.,
21   VERIZON CORPORATE SERVICES CORP.,
     VERIZON DATA SERVICES, INC., and DOES 1
22   through 25

23              Defendants.

24

25

26

27

28

1    WHEREAS, plaintiffs Desiree Moore and Karen Jones, individually and in their

2    representative capacities (collectively, "Plaintiffs" or "Class Representatives"), and defendants

3    Verizon Communications Inc., Verizon California Inc., Verizon Corporate Services Group Inc.,

4    Verizon Services Corp., Telesector Resources Group, Inc. d/b/a Verizon Services Group, Verizon

5    Services Operations Inc., Verizon Services Organizations, Inc., Verizon Corporate Services

6    Corp., and Verizon Data Services Inc. (collectively, "Verizon" or "Defendants" and collectively

7    with Plaintiffs, the "Parties"), have reached a proposed class action settlement of the above-

8    captioned Action (the "Settlement");

9    WHEREAS, Plaintiffs previously filed a notice of motion and motion for preliminary

10   approval of the proposed Settlement on the terms and conditions set forth in the Stipulation of

11   Settlement and the attached exhibits ("Settlement Agreement");

12   WHEREAS, on February 28, 2012, this Court entered an Order granting Preliminary

13   Approval of the Proposed Settlement ("Preliminary Approval Order"), *inter alia*, (i) certifying,

14   for settlement purposes only, a settlement class consisting of all Persons who are current or

15   former Verizon landline customers billed for third-party charges submitted to Verizon by Billing

16   Concepts Inc. a/k/a Billing Services Group Clearing Solutions or BSG d/b/a USBI and ZPDI,

17   ACI Billing Services Inc. d/b/a OAN, Enhanced Services Billing, Inc. d/b/a ESBI, and HBS

18   Billing Services Company (collectively, "Billing Concepts Inc."), The Billing Resource d/b/a

19   Integretel, The Billing Resource LLC (collectively, "The Billing Resource"), ILD Teleservices,

20   Inc. ("ILD"), Transaction Clearing, LLC ("Transaction Clearing") and PaymentOne Corp., d/b/a

21   PaymentOne or Ebillit ("Payment One") from April 27, 2005 to the date of preliminary approval,

22   February 28, 2012, excluding (1) customers billed for only the following charges:  (a) message

23   telephone services ("MTS") usage charges; (b) charges that relate to a change in the customer's

24   primary interexchange carrier ("PIC"); (c) charges billed by local telephone companies purchased

25   from Verizon by Frontier Communications Corporation, FairPoint Communications, Inc., and

26   Hawaiian Telcom; (2) any judicial officer to whom the Action is assigned; and (3) the U.S.

27   government and any State government or instrumentality thereof ("Settlement Class"); (ii)

28   appointing John G. Jacobs and David Schachman as Lead Class Counsel and appointing John G.

1   Jacobs, Bryan G. Kolton, David Schachman, Jeffrey F. Keller, and Jahan C. Sagafi as Class

2   Counsel; (iii) appointing Plaintiffs as Class Representatives; (iv) preliminarily approving the

3   proposed Settlement; (v) approving the Parties' plan for providing notice to the Settlement Class

4   ("Notice Plan") and directing that notice be given to the Settlement Class in accordance with the

5   Notice Plan; (vi) appointing Epiq Systems, Inc. as the independent Settlement Administrator; and

6   (vii) setting a Final Approval Hearing and certain other dates in connection with the final

7   approval of the Settlement;

8           WHEREAS, on July 11, 2012, the Parties filed a Stipulation agreeing to certain revisions

9   to the Settlement Agreement relating to the injunction motion filed by the Federal Trade

10  Commission concerning the action entitled *Federal Trade Commission v. Inc21.com Corp., et.*

11  *al.*, Case No. 10-CV-00022 WHA.  (Docket No. 124) ("Inc21.com Stipulation") ;

12          WHEREAS, on March 1, 2013, the Parties filed a second Stipulation (Docket No. 158),

13  agreeing to certain revisions to the Settlement Agreement relating to the objections filed by the

14  Federal Trade Commission and the Department of Justice.  As used hereinafter, reference to the

15  "Settlement Agreement" shall refer to the Settlement Agreement as preliminarily approved by the

16  Court in its February 28, 2012 order and as modified by the two foregoing Stipulations;

17          WHEREAS, on September 27, 2012, pursuant to stipulation of the Parties, the Court

18  entered an order continuing the date of the Final Approval Hearing to February 19, 2013, so as to

19  allow for additional notice to be given to a small portion of the Settlement Class (Docket No.

20  149);

21          WHEREAS, on January 10, 2013, by stipulation of the Parties, the Court entered an order

22  continuing the date of the Final Approval Hearing to March 12, 2013 (Docket No. 152);

23          WHEREAS, on February 21, 2013, by stipulation of the Parties, the Court entered an

24  order continuing the date of the Final Approval Hearing to April 16, 2013 (Docket No. 156);

25          WHEREAS, on March 13, 2013, the Court entered an order continuing the date of the

26  Final Approval Hearing to May 9, 2013 (Dkt. No. 161);

27

28

1    WHEREAS, on April 10, 2013, by stipulation of the Parties, the Court entered an order

2    continuing the date of the Final Approval Hearing to July 16, 2013, so as to allow for additional

3    notice to be given to a small portion of the Settlement Class;

4    WHEREAS, on May 29, 2013, the Court entered an order advancing the date of the Final

5    Approval Hearing to July 9, 2013;

6    WHEREAS, Verizon and the Settlement Administrator have filed declarations with this

7    Court confirming that notice of the Settlement was provided to the Settlement Class;

8    WHEREAS, the Settlement Administrator has filed a declaration confirming that proper

9    and timely notice of the Settlement was given to the appropriate state and federal officials,

10    pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715;

11    WHEREAS, Class Counsel have filed a Notice of Motion and Motion For Approval Of

12    Attorneys' Fees And Expenses And Class Representatives Awards;  and

13    WHEREAS, a Final Approval Hearing was held on July 9, 2013, to determine, *inter alia*:

14    (i) whether the Settlement should be finally approved as fair, reasonable and adequate and in the

15    best interests of the Settlement Class; (ii) whether judgment should be entered dismissing the

16    Action with prejudice; (iii) whether Class Counsel's application for attorneys' fees, costs and

17    expenses should be approved; and (iv) whether  Class Counsel's request for a class representative

18    incentive award to Desiree Moore and Karen Jones should be approved;

19    NOW, THEREFORE, the Court, having considered the proposed Settlement and all

20    submissions filed in connection therewith, having considered the presentations of the Parties, all

21    objections filed or presented to the Court, the Parties' responses to such objections, and having

22    considered Class Counsel's application for an award of attorneys' fees, costs and expenses and

23    Class Counsel's request for approval of class representatives incentive awards, and materials in

24    support thereof, it is hereby ORDERED, ADJUDGED and DECREED THAT:

25    1.    The Stipulation and Settlement Agreement, including all exhibits thereto

26    ("Settlement Agreement"), is hereby incorporated by reference into this Final Order and

27    Judgment as if explicitly set forth herein and shall have the full force of an Order of this Court.

28

1    The capitalized terms used in this Final Order and Judgment shall have the same meaning as

2    defined in the Settlement Agreement as modified by the Stipulations referred to above.

3         2.    The Court has jurisdiction over the subject matter of this Action, the Parties, all

4    Persons within the Settlement Class, all Persons who obtain releases as a result of this settlement,

5    and all Persons who assert a challenge to any Claim Form filed in this Settlement. .

6         3.    The Court has reviewed the declarations filed by Verizon and the Settlement

7    Administrator regarding notice that was given in this case and finds that the notice provided to the

8    Settlement Class pursuant to the Notice Plan as set forth in the said declarations is the best notice

9    practicable under the circumstances and constitutes due and sufficient notice to the Settlement

10   Class of, *inter alia*, (a) the pendency and nature of the Action; (b) the definition of the class

11   certified; (c) the claims, issues and defenses in the Action; (d) that a Settlement Class Member

12   may enter an appearance through an attorney; (e) that the court will exclude from the class any

13   member who requests exclusion; (f) the time and manner for requesting exclusion; (g) the binding

14   effect of any judgment, whether favorable or not, on Persons within the Settlement Class who do

15   not request to be excluded; (h) the proposed Settlement; (i) the Final Approval Hearing; and (j)

16   the right of Persons within the Settlement Class who do not request to be excluded to object to the

17   Settlement, and/or Class Counsel's petition for attorneys' fees and expenses and class

18   representative incentive awards, consistent with the requirements of the Federal Rules of Civil

19   Procedure, the United States Constitution, and any other applicable law.

20        4.    The Court finds that the appropriate state and federal officials were properly and

21   timely notified of the Settlement, pursuant to 28 U.S.C. § 1715.  The Court has reviewed the

22   declaration of the Settlement Administrator and the CAFA notices and accompanying materials

23   supplied therein, and finds that they complied with applicable requirements.  This Final Approval

24   Order is being entered at least 90 days after the dates on which the appropriate federal and state

25   officials were served with the notice of proposed settlement.

26        5.    The Final Approval Motion is hereby granted.  The Settlement is approved and

27   found to be, in all respects, fair, reasonable, adequate and in the best interests of the Settlement

28   Class pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

1    Specifically, the Court finds that final approval of the Settlement is warranted in

2    light of the following factors:

3    (i)  The strength of Plaintiffs' case;

4    (ii)  The risk, expense, complexity, and likely duration of further litigation;

5    (iii) The risk of maintaining class action status throughout trial;

6    (iv)  The amount offered in settlement;

7    (v)  The extent of discovery completed and the stage of the proceedings;

8    (vi)  The experience and views of counsel; and

9    (vii) The reaction of the class members to the proposed settlement.

10   *See Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1026 (9th Cir. 1998).  The Court further finds that

11   the settlement is the product of good faith negotiations at arm's length, conducted with the

12   assistance and under the supervision of an experienced and independent mediator, the Honorable

13   Daniel H. Weinstein (ret.), after thorough factual and legal investigation, and is not the product of

14   fraud or collusion.  *Officers for Justice v. Civil Serv. Comm'n of the City and County of San*

15   *Francisco,* 688 F.2d 615, 625 (9th Cir. 1982).  The Parties are directed to implement the

16   Settlement Agreement in accordance with its terms.

17   6.    The Court finds and determines that the payment to Class Counsel in the amount

18   of $_____  in attorneys' fees and litigation costs and expenses, is fair and reasonable and

19   consistent with Ninth Circuit fee jurisprudence.  *See, e.g., Vizcaino v. Microsoft Corp.*, 290 F.3d

20   1043 (9th Cir. 2002).  The Court hereby gives final approval to and orders that payment of that

21   amount be made to Class Counsel in accordance with the terms of the Settlement Agreement.

22   The Court confirms and finds that Representative Plaintiffs Desiree Moore and Karen

23   Jones have fairly and adequately represented the interests of the Settlement Class.  The Court

24   finds and determines that an award of $ 5,000 each to Desiree Moore and Karen Jones, for their

25   services as the Class Representatives, in addition to any amounts that may be paid to them as

26   Settlement Class Members, is fair and reasonable.  The Court hereby gives final approval to and

27   orders that payment of such amounts be made to Desiree Moore and Karen Jones in accordance

28   with the terms of the Settlement Agreement.

7.     Due and adequate notice having been given to the Settlement Class, it is hereby determined that the Class Representatives and each and every Person within the definition of the Settlement Class, except those who filed timely and valid Requests for Exclusion as set forth in Appendix 1 hereto, and are identified in the reports filed with this Court by the Settlement Administrator, are bound by the Settlement Agreement and this Final Order and Judgment and are hereby permanently barred and enjoined from commencing or prosecuting any action or proceeding in any court or tribunal asserting any of the Released Claims, either directly, representatively, derivatively or in any other capacity, against any of the Released Persons. Annexed hereto as Appendix 1 is a schedule of all Persons who have been excluded from the Settlement Class.

8.     The Court has considered all objections to the settlement (regardless of whether the purported objector had standing or complied with the procedural requirements established by the Court for asserting objections) and finds that they are without merit and should be, and herewith are, overruled.  None presents a sufficient reason to reject the Settlement. The Court further finds that the following purported objectors — Joseph and Betty Fix, Mark Drozdov, Forrest Turkish, Dolores Warner, Steve Morrison, Richard Price, Ronald Riley, John J. Pentz, Jr., Ronald Green, Maxine Dillard/Sanae Dillard, and Mellisa Brown — are not class members and have no standing to object.

9.     The Settlement Administrator and the Parties shall take all steps required to implement the Settlement in accordance with the Settlement Agreement.  Without limiting the foregoing, the Settlement Administrator and the Parties shall take the following steps:

(a)     Claims Process & Payments.  The Settlement Administrator shall process all Claim Forms it finds to be timely submitted .  Any challenges to claims shall be resolved by either the Settlement Administrator or the Court in accordance with the Settlement Agreement. Payment of valid claims shall take place in accordance with the terms of same.

(b)     Injunctive Relief.  Subsequent to the entry of the Preliminary Approval Order, Verizon announced that it was going to exit the business of billing for enhanced or miscellaneous third party charges that Verizon has represented account for the bulk of all

1    cramming complaints, and has filed a declaration stating that as of December 31, 2012, it has in

2    fact ceased billing for such charges.  Therefore, if Verizon does not within two years of the

3    Effective Date reenter the business of allowing such charges on its bills, it is relieved from the

4    requirement to implement the measures set forth in Section II.A of the Settlement Agreement

5    (except for the provisions of Section II.A(3) relating to "Training"), provided, however, that (i)

6    should Verizon re-enter the business of allowing such charges on its bills within two years of the

7    Effective Date, Verizon shall, within 30 days of beginning such billings, implement the remaining

8    measures set forth in Section II.A of the Settlement Agreement.   Verizon may move the Court for

9    modification of any Injunctive Relief measures for good cause; by non-limiting example, good

10   cause shall exist if any provision is incompatible with or prohibited by the requirements imposed

11   by responsible state and federal agencies.

12          10.    It shall be the continuing responsibility of Class Counsel and the Settlement

13   Administrator to respond to all inquiries from Settlement Class Members with respect to the

14   Settlement.

15          11.    Upon the Effective Date, the Releasing Persons will be deemed to have, and by

16   operation of this Final Order and Judgment shall have, fully, finally and forever released and

17   discharged all Released Persons from all Released Claims, whether or not such Releasing Person

18   has made a Flat Payment Claim or Full Payment Claim or any claim at all; provided, however,

19   that in no event shall any of the Inc21.com Parties be released by this Order, nor shall any

20   Settlement Class Member billed by any of the Inc21.com entities identified in the Inc21.com

21   Stipulation be deemed to be a Releasing Party with respect to billing by those Inc21.com entities.

22          12.    If the Effective Date does not occur, or if the Settlement Agreement is terminated

23   for any reason, then: (a) the Settlement Agreement shall become null and void and shall have no

24   further force or effect; (b) the Settlement Agreement, the Parties' acceptance of its terms, and all

25   related negotiations, statements, documents and court proceedings shall be without prejudice to

26   the rights of the Parties, which shall be restored to their respective status in the Action

27   immediately prior to the execution of the Settlement Agreement; and (c) this Final Order and

28   Judgment, and all other orders entered pursuant to the Settlement Agreement, shall be vacated,

1    *nunc pro tunc* and *ab initio*, and the Action shall proceed as if the Settlement Agreement had

2    neither been entered into nor filed with the Court, and the Second Amended Complaint filed

3    pursuant to Section IX.A of the Settlement Agreement shall be stricken and the First Amended

4    Complaint shall be the operative pleading in this action.

5         13.    Neither this Final Order and Judgment, the Settlement Agreement, Verizon's

6    acceptance of its terms, nor any of the negotiations, statements, documents or court proceedings

7    related thereto shall be construed as or deemed to be evidence of any presumption, concession or

8    admission by Verizon or any of the Released Persons with respect to the truth of any fact alleged

9    in this Action, the validity of any claim that had been or could have been asserted in the Action,

10   the deficiency of any defense that had been or could have been asserted in the Action, or of any

11   liability or wrongdoing of Verizon or any of the Released Persons with respect to the Action.

12   Neither this Final Order and Judgment, the Settlement Agreement, nor any of the negotiations,

13   statements, documents or court proceedings related thereto shall be offered or received into

14   evidence or used for any purpose whatsoever, in this or any other action or proceedings, other

15   than to obtain approval of the Settlement, or to construe, enforce or implement the terms of the

16   Settlement Agreement.

17        14.    Any Customer Proprietary Network Information (as defined in 47 U.S.C. § 222

18   and Cal. Pub. Util. Code § 2891) received by the Parties, Class Counsel, Defendants' Counsel, or

19   the Settlement Administrator pursuant to, or in connection with, implementing the Settlement

20   shall be kept confidential and used solely for the purpose of implementing the Settlement.  Such

21   information shall not be disclosed or used for any other purpose without the consent of the

22   providing party or pursuant to an order of the Court.

23        15.    Within ninety (90) days of the later of the Effective Date or the date of the last

24   payment to Class Members pursuant to Section I.E of the Settlement Agreement, Class Counsel

25   shall return or destroy all documents produced or otherwise provided to Class Counsel by

26   Verizon during the course of discovery in this Action or in connection with administration of the

27   Settlement and all copies thereof.  If the documents are destroyed, Class Counsel shall certify in

28   writing to Defendants' Counsel the steps that Class Counsel has taken to ensure that such

documents have been destroyed in accordance with this Order.  Nothing herein shall obligate any Class Counsel to destroy (i) attorney work product, including, without limitation, attorneys' notes or memos and deposition summaries; (ii) any transcript of any deposition, hearing, or trial proceeding; or (iii) any pleading or paper served on another party or filed with the Court or the Mediator in the Action.

16.     Pursuant to the provisions of Paragraph I.F of the Settlement Agreement, in the event that there are any monies as a result of uncashed Settlement checks in accordance with the terms of the said Paragraph, such sums shall be paid to Consumers Union.

17.     The Court may, for good cause shown, extend the deadlines set forth in this Final Order and Judgment without further notice to the Settlement Class.

18.     Without affecting the finality of this Final Order and Judgment, this Court retains exclusive and continuing jurisdiction as to all matters relating to the implementation, administration, consummation, enforcement and interpretation of the Settlement and/or the Settlement Agreement, including the Releases contained therein, and any other matters related or ancillary to the foregoing; and over all Parties hereto, including Settlement Class Members and Released Persons, for the purpose of enforcing and administering the Settlement Agreement and the Action until each and every act agreed to be performed by the Parties has been performed pursuant to the Settlement Agreement.

19.     This Action is dismissed with prejudice and, except as provided herein or in the Settlement Agreement, without costs.  The Court finds that there is no just reason for delay and expressly directs Judgment and immediate entry by the Clerk.

**IT IS ORDERED.**                    BY THE COURT

Dated:_____

_____
The Honorable Saundra Brown Armstrong

ROSEMARIE T. RING (SBN 220769)
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:      (415) 512-4000
Facsimile:      (415) 512-4077
E-mail:  rose.ring@mto.com

Attorneys for Defendants
VERIZON COMMUNICATIONS INC.,
VERIZON CALIFORNIA INC.,
VERIZON CORPORATE SERVICES
GROUP INC., VERIZON SERVICES
CORP., TELESECTOR RESOURCES
GROUP, INC. d/b/a VERIZON
SERVICES GROUP, VERIZON
SERVICES OPERATIONS INC.,
VERIZON SERVICES
ORGANIZATION, INC., VERIZON
CORPORATE SERVICES CORP., and
VERIZON DATA SERVICES, INC.

JOHN G. JACOBS (*PRO HAC VICE*)
BRYAN G. KOLTON (*PRO HAC VICE*)
**JACOBS KOLTON, CHTD.**
55 West Monroe Street, Suite 2970
Chicago, Illinois 60603
Telephone: (312) 427-4000
Facsimile: (312) 268-2425
jgjacobs@ jacobskolton.com
bgkolton@ jacobskolton.com

DAVID SCHACHMAN (*PRO HAC VICE*)
**LAW OFFICES OF DAVID SCHACHMAN,
P.C.**
55 West Monroe Street, Suite 2970
Chicago, Illinois 60603
Telephone: (312) 427-9500
Facsimile: (312) 268-2425
ds@schachmanlaw.com

Michael W. Sobol (SBN 194857)
Jahan C. Sagafi (SBN 224887)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
msobol@lchb.com
jsagafi@lchb.com

Attorneys for Plaintiffs
DESIRÉE MOORE, KAREN JONES, AND THE
CLASS

**Moore v. Verizon**
Appendix 1 to Final Approval Order
List of Opt Outs

| Epiq Tracking # | Opt Out # | Opt Out Status | Name 1 | Name 2 |
|---|---|---|---|---|
| 5249932 | 900000641 | Complete | A A BARAGONA | |
| 3177864 | 900000152 | Complete | A C WRIGHT JR | |
| 7883034 | 900000286 | Complete | A F BIBIGHAUS | |
| 4806190 | 900000285 | Complete | A MAIS | |
| 4582256 | 900000174 | Complete | ADELE M JONES | |
| 1853137 | 900000099 | Complete | ADELINE DELGADO | |
| 4432752 | 900000296 | Complete | AGNES MOYSTON | |
| 6561177 | 900000014 | Complete | AL SELLARI JR | |
| 3620311 | 900000013 | Complete | ALAN FLYNN | |
| 1705110 | 900000340 | Complete | ALBERT A HUERTA, DECEASED | |
| 7998951 | 900000190 | Incomplete | ALBERTO PEREZ | |
| 5276095 | 900000563 | Complete | ALEX FOTOPOULOS | |
| 3763491 | 900000557 | Complete | ALFRED J LABBE | |
| 4601127 | 900000265 | Complete | ALICE LOUISE SLAUGHTER | |
| 3070772 | 900000395 | Complete | ALVARO MORALES | |
| 7094397 | 900000493 | Complete | AMY L YODERS | |
| 6612232 | 900000082 | Complete | AMY LEITZINGER | MARK A LEITZINGER |
| 3066053 | 900000209 | Complete | ANA M GONZALEZ | |
| 2521828 | 900000198 | Complete | ANA MARIA SAKALIAN | |
| 4997594 | 900000520 | Complete | ANGELO LOPEZ | |
| 5121045 | 900000609 | Complete | ANGELO LOPEZ | |
| 6531720 | 900000047 | Complete | ANNA MARTONFALVY | |
| 6964611 | 900000362 | Complete | ANNA SMOODY | |
| 6418156 | 900000486 | Complete | ANNA TROPIANO | |
| 1548959 | 900000335 | Complete | ANNE SACKETT | |
| 6696358 | 900000063 | Complete | ANNE W WINKLEBLECH | |
| 7913007 | 900000242 | Complete | ANTHONY EUSKAVECH | |
| 4057555 | 900000122 | Complete | ANTHONY VANNUCCI JR | |
| 939200 | 900000332 | Complete | ATM YOUSUF | |
| 7231784 | 900000377 | Complete | AUDREY ISENBERG | |
| 6531193 | 900000136 | Complete | AUDREY MANSPEAKER | KEVIN MANSPEAKER |
| 5137676 | 900000562 | Complete | AUDREY PETERSON | |
| 1037752 | 900000443 | Complete | B & H ENGINEERING INC | |
| 7391312 | 900000323 | Complete | B D SHELLY | |
| 2090857 | 900000128 | Complete | B E GALLES | |
| 2717253 | 900000135 | Complete | B J MAGO | |
| 1627891 | 900000585 | Complete | B STEPHEN WILLIAMS | |
| 7838848 | 900000483 | Complete | BARBARA A STEINMETZ | |
| 7248256 | 900000403 | Complete | BARBARA CIARAMELLA | |
| 6710705 | 900000506 | Complete | BARBARA L KENNEDY | |
| 219340 | 900000381 | Complete | BARBARA LUCAS | |
| 1539431 | 900000437 | Complete | BARBARA MC HONE | |
| 6327929 | 900000397 | Complete | BARBARA S GATTUSO | |
| 2460444 | 900000405 | Complete | BARBARA ZERN | |
| 6002030 | 900000575 | Complete | BARTON RYAN | |
| 7353718 | 900000303 | Complete | BEATRICE HOOL | |
| 8231370 | 900000421 | Complete | BERNARR SMITH | |
| 3189052 | 900000544 | Complete | BERT W ALLISON, DECEASED | GARY ALLISON |
| 6834990 | 900000314 | Complete | BERTHOLD BENISCH | |
| 3242503 | 900000317 | Complete | BETH BANKS | |
| 5847210 | 900000418 | Complete | BETTE WITTLINGER | |
| 7232696 | 900000524 | Duplicate | BETTY ABRAMS | |
| 7232696 | 900000578 | Complete | BETTY ABRAMS | |
| 2640402 | 900000572 | Complete | BETTY J MIYAOI | |
| 2845057 | 900000089 | Complete | BEVERLY BLUM | |
| 7016067 | 900000221 | Complete | BILLIE J CURRY | |
| 3362895 | 900000671 | Complete | BILLY RAY GLOOR | |
| 5185200 | 900000338 | Complete | BLANCA LLERENA | |
| 6793087 | 900000516 | Complete | BRENDA SULPIZIO | |

**Moore v. Verizon**

Appendix 1 to Final Approval Order

List of Opt Outs

| Epiq Tracking # | Opt Out # | Opt Out Status | Name 1 | Name 2 |
|---|---|---|---|---|
| 3979055 | 900000076 | Complete | BRIAN GOOLEY | SUSAN GOOLEY |
| 6347113 | 900000269 | Complete | BRUCE H HILL | |
| 5063411 | 900000297 | Complete | BRUNILDA RODRIGUEZ | |
| 1014248 | 900000096 | Complete | C & P TRANSFER LLC | |
| 1765991 | 900000320 | Complete | C A JEFFCOAT | |
| 4782413 | 900000115 | Complete | C A WARD | |
| 5321395 | 900000393 | Complete | C DE LOATCH | |
| 6633146 | 900000305 | Complete | C H LOEHR | |
| 7048544 | 900000045 | Complete | C N FERLAZZO | HOLIDAY CTY SO |
| 6350581 | 900000497 | Complete | C NORMAN FAMOUS JR, DECEASED | |
| 4129067 | 900000268 | Complete | CANELA DE HERNANDEZ | C/O MARIANA HERNANDEZ |
| 3562988 | 900000231 | Complete | CARL E LAGER JR | |
| 2115723 | 900000649 | Complete | CARL E NEVILLE | |
| 4045142 | 900000075 | Complete | CARLOS ROMAN | |
| 4441252 | 900000342 | Complete | CARMELLA ANGELO | |
| 6718073 | 900000374 | Complete | CARMELLA SHUSTER | |
| 7740073 | 900000485 | Complete | CAROL ANNE AZZINNARI | |
| 3811697 | 900000250 | Complete | CAROL B MEYER | |
| 4552173 | 900000032 | Complete | CAROL MOSHIER | |
| 1844672 | 900000597 | Complete | CAROL RIVERA | |
| 2123106 | 900000192 | Complete | CAROL SAMOSS | |
| 486824 | 900000107 | Complete | CAROLE MEOLA | |
| 16878334 | 900000661 | Incomplete | CAROLYN M STUYVESAUT | |
| 653633 | 900000427 | Complete | CATHERINE BAUMAN | |
| 4890452 | 900000326 | Complete | CATHERINE SALTAMACCHI | |
| 449076 | 900000363 | Complete | CATO M BATTLE | |
| 5737593 | 900000503 | Complete | CECELIA BEER | |
| 4932538 | 900000551 | Complete | CEFERINO DIAZ | |
| 7947582 | 900000559 | Complete | CHAN TO | |
| 5765736 | 900000081 | Complete | CHARLES E KERSEY JR | |
| 5765736 | 900000349 | Duplicate | CHARLES E KERSEY JR | |
| 2977284 | 900000371 | Complete | CHARLES GANDY | |
| 3088729 | 900000274 | Complete | CHARLES JONES | |
| 80156 | 900000619 | Late | CHARLES L GIBSON | |
| 883355 | 900000220 | Complete | CHARLES LINCOLN | |
| 7897144 | 900000353 | Complete | CHARLES W VERNA JR | |
| 1695974 | 900000302 | Complete | CHAS BUDD | |
| 3202213 | 900000126 | Complete | CHAUNCE N CHANEY | |
| 2958322 | 900000299 | Complete | CHEIKO YANO | |
| 4335374 | 900000315 | Complete | CHOI-FUN CHAN | |
| 7988355 | 900000085 | Complete | CHRIS OWENS | |
| 1616138 | 900000639 | Complete | CHRISTA M SNAPP | |
| 6698891 | 900000426 | Complete | CINDY WORKS | |
| 4504574 | 900000357 | Complete | CINTHA NICHOLS | |
| 6703810 | 900000567 | Complete | CLARA E DUPLER | |
| 7830472 | 900000494 | Complete | CLARENCE ROYCROFT | |
| 1751926 | 900000311 | Complete | CLARK HANDSHOE | |
| 7035679 | 900000519 | Complete | CLIFFORD BRESSLER | |
| 6991026 | 900000498 | Complete | CLIFFORD COPENHAVER | |
| 6991026 | 900000612 | Duplicate | CLIFFORD COPENHAVER | |
| 4636823 | 900000030 | Complete | COLLEEN GRANT | |
| 7120677 | 900000209 | Complete | COLLENE SHAFFER | |
| 7223365 | 900000037 | Complete | COLLENE SHAFFER | |
| 5876269 | 900000018 | Complete | COLLETTA E WEILAND | |
| 5876274 | 900000036 | Complete | COLLETTA WEILAND | |
| 4346796 | 900000197 | Complete | CONSTANCE COPPOLA | |
| 4434829 | 900000120 | Complete | CONSTANCE DRINKWINE | |
| 4534042 | 900000404 | Complete | CONSTANCE DRINKWINE | |
| 165447 | 900000636 | Late | CRACKER BARRELL OLD COUNTRY STORE INC VIRGINIA LOCATIONS | |

**Moore v. Verizon**
Appendix 1 to Final Approval Order
List of Opt Outs

| Epiq Tracking # | Opt Out # | Opt Out Status | Name 1 | Name 2 |
|---|---|---|---|---|
| 3110351 | 900000509 | Incomplete | CRISANTO GUERRA III, DECEASED | |
| 3092401 | 900000410 | Complete | CURTIS L PITTS | |
| 5459844 | 900000463 | Complete | D A LEISTRUM | |
| 6888034 | 900000022 | Complete | D L GEORGE | C/O CAROLE GEORGE |
| 1598812 | 900000102 | Complete | D M WARD | |
| 7832380 | 900000416 | Complete | D MATTERA | |
| 6901490 | 900000219 | Complete | D TURNER | |
| 3851024 | 900000004 | Complete | DAN BROWN | |
| 8425082 | 900000511 | Complete | DANA LYNN MOSS | |
| 7041156 | 900000021 | Complete | DANIEL ROGERS | |
| 592928 | 900000423 | Complete | DANNY PALMER | |
| 4773646 | 900000432 | Complete | DARIUSZ GANCARZ | |
| 5075429 | 900000226 | Complete | DAVID GREEN | |
| 226041 | 900000205 | Complete | DAVID H EARP | |
| 1992973 | 900000204 | Complete | DAVID HUERTA | EMILY HUERTA |
| 4078099 | 900000041 | Complete | DAVID ROSA | |
| 2104904 | 900000580 | Complete | DEBORAH LINDAMAN | |
| 3842972 | 900000501 | Complete | DEBORAH TRIPP | |
| 3842972 | 900000564 | Duplicate | DEBORAH TRIPP | |
| 6483947 | 900000165 | Complete | DEBRA J HALL | |
| 6788406 | 900000212 | Complete | DEBRA J HALL | |
| 5040077 | 900000257 | Complete | DENISE RAO | |
| 5040077 | 900000621 | Duplicate | DENISE RAO | |
| 566420 | 900000248 | Complete | DENISE ROGERS | |
| 7878656 | 900000535 | Complete | DENNIS CZONSTKA | |
| 6075763 | 900000379 | Complete | DERYL FESSLER | |
| 4072818 | 900000247 | Complete | DESIDERIO GALLAURESI | |
| 2645835 | 900000480 | Complete | DESIGN BUILD SPECIALISTS, INC | |
| 16681523 | 900000629 | Incomplete | DESIGN WITH PLANTS INC | |
| 1175578 | 900000180 | Complete | DEVON BECKFORD | |
| 1175578 | 900000216 | Duplicate | DEVON BECKFORD | |
| 16477809 | 900000633 | Complete | DEXTER'S INN | |
| 1447432 | 900000131 | Complete | DIANE GARNER | |
| 4597200 | 900000467 | Complete | DIANE WICKSTED | |
| 1685592 | 900000547 | Complete | DIANE WORD | |
| 6904868 | 900000062 | Complete | DIANNA E SOSACK | |
| 224048 | 900000329 | Complete | DIANNE EVICH | THOMAS P EVICH |
| 5768894 | 900000352 | Complete | DIETRICH FROEHLICH JR | |
| 1192174 | 900000598 | Complete | DINA L QUINN | |
| 6096511 | 900000249 | Complete | DOLORES HALL | |
| 6704638 | 900000322 | Incomplete | DOLORES LEHMAN | |
| 5848502 | 900000074 | Complete | DOLORES WINDSOR | |
| 6790254 | 900000435 | Incomplete | DONALD J ZUTLAS | C/O MARGARET M HANLON |
| 6710186 | 900000234 | Complete | DONALD R BEHRENDT | |
| 2434012 | 900000652 | Complete | DONALD R SHARP | |
| 4317880 | 900000161 | Complete | DOROTHY A HARVEY | |
| 7476808 | 900000502 | Complete | DOROTHY A PHILLIPS | |
| 6502039 | 900000605 | Complete | DOROTHY CAMASSO | |
| 4066336 | 900000137 | Complete | DOROTHY DERION | |
| 2142841 | 900000643 | Incomplete | DOROTHY GILLEN-FAGAN | |
| 7785891 | 900000409 | Complete | DOROTHY HOPKINS | |
| 2497006 | 900000344 | Complete | DOROTHY M MEISSNER | |
| 6340660 | 900000273 | Complete | DOROTHY SLAYMAKER | |
| 6604373 | 900000186 | Complete | DOROTHY SWEARINGEN | |
| 7874111 | 900000217 | Duplicate | DOROTHY SWEARINGEN | |
| 4539296 | 900000203 | Complete | DUFF CAMPBELL | |
| 2166817 | 900000645 | Incomplete | DUNHAM POOL SERVICE | |
| 7718166 | 900000237 | Complete | E GODFREY | |
| 2310484 | 900000450 | Complete | E J DENNETT SR | |

**Moore v. Verizon**
Appendix 1 to Final Approval Order
List of Opt Outs

| Epiq Tracking # | Opt Out # | Opt Out Status | Name 1 | Name 2 |
|---|---|---|---|---|
| 6158710 | 900000168 | Complete | E SPILLERS WILLIAMS | |
| 7894239 | 900000548 | Complete | EDITH EPISCOPO | |
| 4285245 | 900000289 | Complete | EDWARD BORYSZEWSKI | |
| 6065401 | 900000640 | Complete | EDWARD MC ENANEY | |
| 3993131 | 900000459 | Complete | EDWIN LLOYD | |
| 6724441 | 900000272 | Complete | EILEEN J DIFONZO | JOHN F DIFONZO |
| 4670621 | 900000228 | Complete | EINER MORTENSEN, DECEASED | |
| 4164093 | 900000139 | Complete | ELAINE COLATOSTI | |
| 4164104 | 900000162 | Complete | ELAINE COLATOSTI | |
| 5395224 | 900000189 | Complete | ELINOR M LAWRENCE | |
| 4183037 | 900000369 | Complete | ELISA MERGENTHALER | |
| 252537 | 900000581 | Complete | ELISABETH KIRKHAM | |
| 248039 | 900000159 | Complete | ELIZABETH B SIMMELINK | |
| 6495955 | 900000334 | Complete | ELIZABETH D'OTTAVIO, DECEASED | |
| 4523947 | 900000025 | Complete | ELIZABETH M CONTI | |
| 16875759 | 900000648 | Complete | ELIZABETH MITCHELL | |
| 7014213 | 900000023 | Complete | ELLSWORTH SILVESTER | |
| 194823 | 900000438 | Complete | ELODY CRAWFORD | |
| 5335237 | 900000048 | Complete | ELOY ARGUETA | |
| 16471259 | 900000634 | Incomplete | ELVIN BAEZ | |
| 5593058 | 900000195 | Complete | EMMA KING | |
| 1575265 | 900000558 | Complete | ERIC LYNN | |
| 1784046 | 900000455 | Complete | ERIKA STEINHAUSER | |
| 2029762 | 900000466 | Complete | ERIN GREEN | |
| 5136375 | 900000484 | Duplicate | ERNA SOROGAN | |
| 5136375 | 900000583 | Complete | ERNA SOROGAN | |
| 702204 | 900000108 | Complete | ERNEST DELOACH JR | |
| 3426572 | 900000458 | Incomplete | ESTATE OF MR PHILIP MARTELLO | NORMA MARTELLO |
| 2995860 | 900000389 | Complete | ESTELA M RODRIGUEZ | |
| 6779877 | 900000370 | Complete | ESTHER E ROTHROCK | |
| 4101165 | 900000046 | Complete | EUGENE DURRIGAN SR | |
| 2811864 | 900000227 | Complete | EVA FAIRMAN | |
| 6158715 | 900000213 | Complete | EVELYN J SPILLERS WILLIAM | |
| 2839193 | 900000270 | Complete | EVELYN MEREDITH | |
| 6493013 | 900000476 | Complete | EVONNE C LIN | |
| 3317171 | 900000142 | Complete | EVONNE DAVIS | |
| 4105517 | 900000281 | Complete | F PIZZA | |
| 7952829 | 900000472 | Complete | FELIX GALICIA | |
| 16879486 | 900000670 | Complete | FLINT HILLS RESOURCES | TRAVIS A PEARSON |
| 3286464 | 900000155 | Complete | FLOY BERGER | |
| 367296 | 900000336 | Complete | FRANCES RUDNICKI | |
| 1290018 | 900000056 | Complete | FRANCES STANKIEWICZ | |
| 3147175 | 900000114 | Complete | FRANK FOTORNY | |
| 2904047 | 900000669 | Complete | FRANK POLITO | |
| 6870292 | 900000024 | Complete | FRED KUSHNER | |
| 1122664 | 900000222 | Complete | FREDERICK F LOUCK | |
| 5308660 | 900000469 | Complete | FRIEDHELM LAUSTER | |
| 6220862 | 900000006 | Complete | G F GEIGER | |
| 5568343 | 900000031 | Complete | G GELSHEN | |
| 7908669 | 900000255 | Complete | G R KRONE | |
| 7740640 | 900000026 | Complete | G VOLPE | |
| 4808532 | 900000429 | Complete | GABRIEL NUDEL | |
| 1918442 | 900000651 | Complete | GAIL WENDELL | |
| 444112 | 900000282 | Complete | GAITH PRESBYTRN PRESCHOOL | |
| 5433347 | 900000324 | Complete | GALE B RUSSO | |
| 3041933 | 900000365 | Complete | GARY W DYESS | |
| 3321839 | 900000280 | Complete | GENE HOLLOWAY | |
| 1728409 | 900000386 | Complete | GEO B GILES, DECEASED | |
| 2300173 | 900000287 | Complete | GEO. BOBCHALK | |

**Moore v. Verizon**
Appendix 1 to Final Approval Order
List of Opt Outs

| Epiq Tracking # | Opt Out # | Opt Out Status | Name 1 | Name 2 |
|---|---|---|---|---|
| 2693680 | 900000164 | Complete | GEO. E MURPHY | |
| 6847523 | 900000093 | Complete | GEORGE FASEKAS | |
| 4879201 | 900000359 | Complete | GEORGE MILLER | |
| 3306252 | 900000337 | Complete | GEORGE MONIOT | CORNELIA MONIOT |
| 5417140 | 900000538 | Complete | GEORGINA ANDRESS | |
| 1111734 | 900000087 | Complete | GERALD B MARSHALL | |
| 7222566 | 900000278 | Complete | GERALD C COURTNEY | |
| 5766113 | 900000662 | Complete | GERALD OWEN | |
| 5766113 | 900000663 | Duplicate | GERALD OWEN | |
| 2824522 | 900000664 | Complete | GERALDINE MOSURE | |
| 3316467 | 900000412 | Complete | GERTRUDE MILLS | |
| 3731821 | 900000422 | Complete | GISELA RIVERA | |
| 975408 | 900000351 | Complete | GLORIA A WARD | |
| 1391215 | 900000111 | Complete | GLORIA J STEWART | |
| 1835774 | 900000447 | Complete | GRACE KOSS | |
| 2716528 | 900000167 | Complete | GRACE RIENSTRA | C/O ROLAND RIENSTRA |
| 6701711 | 900000055 | Complete | GRACE SITHENS | |
| 7790954 | 900000482 | Complete | GREGORY A CHASE | |
| 2363863 | 900000236 | Complete | GRISELDA PEREZ | |
| 1687725 | 900000295 | Complete | GWEN CLELAND | |
| 335670 | 900000593 | Incomplete | H C KLEINFELTER | |
| 7860906 | 900000376 | Complete | HAROLD A KERSTETTER | |
| 3392378 | 900000008 | Complete | HARRIET PARKER | |
| 5818215 | 900000240 | Complete | HARRY J GERNLER | |
| 4861331 | 900000442 | Complete | HARRY T PRIMROSE JR | |
| 3242109 | 900000208 | Complete | HARRY THOMPSON | BETTY THOMPSON |
| 7288262 | 900000090 | Complete | HARRY W CUNNINGHAM | |
| 6004800 | 900000586 | Late | HEATHER A BERGAN | |
| 4782143 | 900000434 | Complete | HELEN C CARDARELLI | |
| 1178796 | 900000496 | Complete | HELEN FALBUSH | |
| 2234820 | 900000657 | Complete | HELEN SUGIYAMA | |
| 5822936 | 900000151 | Complete | HELMUT W MURPHY | |
| 5520323 | 900000537 | Complete | HENRY A TAXIS, DECEASED | |
| 4663841 | 900000073 | Complete | HENRY IGRAS | |
| 6312716 | 900000105 | Complete | HENRY M SCHONEWOLF | |
| 4367807 | 900000110 | Complete | HEROLD G LAWRENCE | |
| 1491564 | 900000244 | Complete | HERTA NAHR | |
| 233254 | 900000347 | Complete | HERTA NAHR | |
| 3266441 | 900000130 | Complete | HORACE B HOOPER | |
| 5903015 | 900000072 | Complete | HOWARD D ESTES | |
| 3573249 | 900000316 | Complete | HOWARD W STRONG | |
| 2932670 | 900000667 | Complete | HUGH PETERSON | |
| 5498948 | 900000050 | Complete | I GAROFALO DECEASED | |
| 1822095 | 900000127 | Complete | INGEBORG IWERSON | |
| 6041127 | 900000067 | Complete | IRENE GORTVA | |
| 5827854 | 900000095 | Complete | IRENE TESSLER | |
| 7489917 | 900000478 | Complete | J A RUSSIN DECEASED | |
| 5270958 | 900000384 | Complete | J CIRIGANO | |
| 6698297 | 900000184 | Complete | J KEENY ENGINEERING & ELECTRONIC SERVICES | |
| 4533977 | 900000603 | Late | J T BOYLE | |
| 5937318 | 900000239 | Complete | JACINTO ARRIAGA | |
| 289478 | 900000373 | Complete | JACK H ALBRIGHT | |
| 7751763 | 900000017 | Complete | JACK M HUNT | |
| 7321645 | 900000592 | Complete | JACKLYN A STRET | |
| 4856738 | 900000103 | Complete | JACQUELINE HIDALGO | |
| 7204916 | 900000104 | Complete | JACQUELINE JOLL | |
| 207737 | 900000436 | Complete | JACQUELINE WEITHERS | |
| 4365449 | 900000479 | Complete | JAMES CROSBY | |
| 3362915 | 900000666 | Complete | JAMES DONAHOE | |

**Moore v. Verizon**

Appendix 1 to Final Approval Order

List of Opt Outs

| Epiq Tracking # | Opt Out # | Opt Out Status | Name 1 | Name 2 |
|---|---|---|---|---|
| 116865 | 900000148 | Complete | JAMES F CASWELL | |
| 502403 | 900000541 | Complete | JAMES H BRAMMER JR | |
| 4468306 | 900000628 | Late | JAMES H COLE | |
| 2135300 | 900000658 | Incomplete | JAMES L EWING | GAIL EWING |
| 2135300 | 900000659 | Duplicate | JAMES L EWING | |
| 417712 | 900000448 | Complete | JAMES R DISCON JR | |
| 5899310 | 900000553 | Complete | JAMES R WHIPKEY | |
| 781923 | 900000590 | Complete | JAMES S WANGNESS | |
| 5614724 | 900000070 | Complete | JAMES WILLIAMS | |
| 4692236 | 900000138 | Complete | JAN DERION | |
| 6706661 | 900000668 | Complete | JAN E AMRHEIN | |
| 6322235 | 900000627 | Late | JANE DEANGELO | |
| 766293 | 900000382 | Complete | JANET REINKE | |
| 7001680 | 900000078 | Complete | JANICE FLAY | |
| 6270629 | 900000125 | Complete | JANICE M SCHIMMEL | |
| 2364034 | 900000646 | Incomplete | JANICE WILLIAMS | |
| 8456385 | 900000620 | Late | JAQUEN M HUTHINS | |
| 3862442 | 900000310 | Complete | JAS A SCHMIDT | |
| 3492685 | 900000460 | Complete | JAS D DI VINCENZO | |
| 4567923 | 900000561 | Incomplete | JEAN E LAMARRE | |
| 2930289 | 900000261 | Complete | JEAN ERMOIAN | ROYAL OAKS VILLAGE |
| 2217634 | 900000481 | Complete | JEAN J POPOVICH | |
| 6599249 | 900000246 | Complete | JEANETTE BAKER | |
| 7444404 | 900000267 | Complete | JENNIE MATEY | |
| 1381005 | 900000577 | Complete | JENNIFER ANDERSON | |
| 1381005 | 900000613 | Duplicate | JENNIFER ANDERSON | |
| 6267843 | 900000345 | Complete | JEREMIAH J LYNCH JR | |
| 24934 | 900000058 | Complete | JERRY L ROWE | |
| 7489445 | 900000132 | Complete | JESSA INC | RARITAN VLY LIQ STR |
| 2912405 | 900000147 | Complete | JESSE LOPEZ | |
| 8366077 | 900000465 | Complete | JILL BARROW | |
| 6706881 | 900000211 | Complete | JOAN E TATALIBA | |
| 4153132 | 900000020 | Complete | JOAN HELM | |
| 6576489 | 900000163 | Complete | JOAN TATALIBA | |
| 2967018 | 900000241 | Complete | JOANIE KENYON | |
| 4440701 | 900000094 | Complete | JOANN EICHLER | |
| 7139310 | 900000656 | Complete | JOANNE IPPOLITO | |
| 6383498 | 900000477 | Complete | JOEL SERFASS | |
| 592950 | 900000279 | Complete | JOHN A BARRICK, DECEASED | |
| 4445255 | 900000452 | Complete | JOHN A COLLINS | |
| 1627887 | 900000655 | Complete | JOHN A LOPEZ | |
| 3152020 | 900000402 | Complete | JOHN B ELLIOTT | |
| 6889175 | 900000411 | Complete | JOHN CZINA | |
| 6450605 | 900000650 | Incomplete | JOHN H BURKHOLDER | |
| 6075876 | 900000259 | Complete | JOHN RECHINDA | |
| 2336884 | 900000271 | Complete | JON JONES | |
| 7818248 | 900000532 | Complete | JONATHAN DI IENNO | |
| 3862344 | 900000156 | Complete | JONATHAN P CHANCE | |
| 3888414 | 900000009 | Complete | JOS J IUDICONE, DECEASED | |
| 3922845 | 900000007 | Complete | JOSE CARLOS RODRIGUES | |
| 5624356 | 900000430 | Complete | JOSE MOLINA | |
| 6085087 | 900000616 | Complete | JOSEPH A KOPA | |
| 5937722 | 900000464 | Complete | JOSEPH DITTMAR, DECEASED | |
| 8054772 | 900000319 | Complete | JOSEPH F FRANK | |
| 6620933 | 900000594 | Complete | JOSEPH H ARDINGER JR | |
| 4205242 | 900000071 | Complete | JOSEPHINE MUCCINI | |
| 5471284 | 900000387 | Complete | JOSEPHINE PASINATO | |
| 6741128 | 900000143 | Complete | JOSHUA P FETTERHOFF | |
| 7869908 | 900000608 | Late | JOYCE C PONTZLOFF | |

**Moore v. Verizon**
Appendix 1 to Final Approval Order
List of Opt Outs

| Epiq Tracking # | Opt Out # | Opt Out Status | Name 1 | Name 2 |
|---|---|---|---|---|
| 216614 | 900000504 | Complete | JOYCE COLEMAN | |
| 5159164 | 900000330 | Complete | JOYCE VENTOUR | |
| 4796567 | 900000526 | Complete | JUANA POLANCO | |
| 4151950 | 900000061 | Complete | JUDITH RILEY | |
| 7446486 | 900000044 | Complete | JUDY ANN FERNANDEZ | |
| 3406235 | 900000591 | Complete | JULIE A LA BELLE | |
| 281968 | 900000116 | Complete | JULIE A WILKINSON | |
| 2939666 | 900000518 | Complete | JULIO DE LA CRUZ | |
| 1735341 | 900000200 | Complete | JULIO RIVERA | |
| 1760262 | 900000306 | Complete | JUNE SLUSAK | |
| 6155934 | 900000331 | Complete | K FUZES | |
| 5061659 | 900000033 | Complete | K TUMAN | |
| 286559 | 900000468 | Complete | KAREN E FORD | |
| 2412349 | 900000615 | Complete | KAREN NUNO | |
| 2954836 | 900000440 | Complete | KATHERINE FRASER, DECEASED | |
| 5409833 | 900000262 | Complete | KATHLEEN HARIHAN | |
| 433574 | 900000508 | Complete | KATHY HOLSTER | |
| 1585005 | 900000487 | Complete | KEITH MARKMILLER | |
| 2174946 | 900000396 | Complete | KEITH RANDALL | |
| 436800 | 900000170 | Complete | KELLY A BLANKS | |
| 733652 | 900000206 | Complete | KENNETH GRIFFITH | |
| 3055368 | 900000543 | Complete | KEVIN  ROBERTSON | |
| 4501848 | 900000473 | Complete | KEVIN CHRIST | |
| 255748 | 900000309 | Complete | KIMBERLY E STRUBEL | |
| 4335682 | 900000399 | Complete | KIYOMITSU SAITO | |
| 116469 | 900000187 | Complete | L D BURCHARD | |
| 7688358 | 900000339 | Complete | L F FILIPPONE | |
| 4999547 | 900000313 | Complete | L INSAF | |
| 7047609 | 900000010 | Incomplete | L R WEJNERT JR | |
| 7428153 | 900000003 | Complete | L SMITH | |
| 4549409 | 900000596 | Complete | LAILA PARIS | |
| 7866078 | 900000304 | Complete | LAIWAN YEUNG | |
| 1589047 | 900000077 | Complete | LARKIN HUBBARD | |
| 4332809 | 900000117 | Incomplete | LARRY RILLERA | |
| 4629354 | 900000065 | Complete | LAURIE HARWOOD | |
| 184573 | 900000146 | Complete | LAWRENCE FISCHER | MARIE FISCHER |
| 1186425 | 900000243 | Complete | LAWRENCE SIMMS | |
| 222095 | 900000525 | Complete | LENDA DINCER | |
| 5410173 | 900000328 | Complete | LEO KELLER | |
| 3064784 | 900000552 | Complete | LESLIE BEACH | |
| 6701395 | 900000083 | Complete | LEVINE REBA JONES | |
| 5722716 | 900000043 | Complete | LEWIS CUNNINGHAM | |
| 7496972 | 900000153 | Complete | LINDA AUCONE | |
| 680063 | 900000413 | Complete | LINDA HOFF | |
| 3288408 | 900000647 | Complete | LINDA SPENK | |
| 6402265 | 900000080 | Complete | LINDA STOUT | |
| 707775 | 900000283 | Complete | LINDA TAYLOR | |
| 38178 | 900000290 | Complete | LINDA TAYLOR | |
| 1399524 | 900000291 | Complete | LINDA TAYLOR | |
| 6976051 | 900000260 | Complete | LINDA VECCHIO | |
| 952625 | 900000158 | Complete | LIONEL J DOIRON | |
| 1487438 | 900000507 | Complete | LISA WOOLERIGE | |
| 8364620 | 900000456 | Complete | LORENZA JIMENEZ | |
| 6429222 | 900000060 | Complete | LORETTA M HALL | |
| 6048156 | 900000428 | Complete | LORRAINE H LANICH | |
| 3456939 | 900000119 | Complete | LOUISE GONCALO | |
| 3953803 | 900000513 | Complete | LUCIUS CHIARAVIGLIO | |
| 1951039 | 900000517 | Complete | LUPE CASTILLO | |
| 7869283 | 900000258 | Complete | LUZ E MEDERO | |

**Moore v. Verizon**

Appendix 1 to Final Approval Order

List of Opt Outs

| Epiq Tracking # | Opt Out # | Opt Out Status | Name 1 | Name 2 |
|---|---|---|---|---|
| 891952 | 900000610 | Late | LYNETTE F CROMWELL | |
| 7454347 | 900000510 | Complete | M I MURPHY | |
| 1575272 | 900000453 | Complete | M JOYCE HAYES | |
| 7063976 | 900000573 | Complete | M MOLINA | |
| 5315201 | 900000140 | Complete | MANUEL MEJIA | |
| 3210576 | 900000556 | Complete | MARCELINO ORTIZ DIAZ | |
| 3250228 | 900000565 | Complete | MARCELINO ORTIZ DIAZ | |
| 368153 | 900000546 | Complete | MARCELLE A HILL | |
| 3112713 | 900000595 | Complete | MARCUS BALDERAS | NELLIE BALDERAS |
| 2649028 | 900000475 | Complete | MARCUS D SMITH | |
| 7160150 | 900000064 | Complete | MARGARET J KOZAK | |
| 6567495 | 900000457 | Complete | MARGARET KEHLER | |
| 1306305 | 900000367 | Complete | MARGARET ROCKECHARLIE | |
| 6503354 | 900000451 | Complete | MARGIE DECKER | |
| 4203784 | 900000533 | Complete | MARI MADONNA | |
| 4129937 | 900000150 | Complete | MARIA KLEPACH | |
| 1033583 | 900000540 | Complete | MARIA NIETO | |
| 5295024 | 900000101 | Complete | MARIA SAQUICELA | |
| 7617424 | 900000364 | Complete | MARIA TIBURCIO | |
| 7851577 | 900000488 | Complete | MARIA Y NOTARO | C/O MARIA Y NOTARO |
| 2221407 | 900000390 | Complete | MARIAN THOMPSON | |
| 7015064 | 900000057 | Complete | MARIBETH BROWN | |
| 4059502 | 900000587 | Complete | MARIE ANNE MALENFANT | |
| 6221578 | 900000358 | Complete | MARIE SELLERI | |
| 7259152 | 900000100 | Complete | MARIETTA ERIKSEN | |
| 927480 | 900000607 | Complete | MARILYN MUMAW | JAMES MUMAW |
| 6376277 | 900000038 | Complete | MARION BRYSON | |
| 2310934 | 900000133 | Complete | MARION BURSON | |
| 2746452 | 900000327 | Complete | MARISELA SANCHEZ | |
| 2778095 | 900000601 | Late | MARJORIE COLE | |
| 2072051 | 900000602 | Late | MARJORIE COLE | |
| 7054326 | 900000308 | Complete | MARJORIE SURPIS | |
| 1349825 | 900000574 | Complete | MARK BORKOWSKI | |
| 1349825 | 900000576 | Duplicate | MARK BORKOWSKI | |
| 6953867 | 900000341 | Complete | MARK C LIEBERMAN | |
| 5864487 | 900000275 | Complete | MARK CIGANOVIC | |
| 6109361 | 900000415 | Complete | MARTHA A STARK | |
| 3070411 | 900000196 | Complete | MARTHA MOORE | |
| 117604 | 900000113 | Complete | MARTHA SWICK | C/O ANN D LIGHT |
| 6047215 | 900000252 | Complete | MARTIN G DOWNES | |
| 5523778 | 900000424 | Complete | MARTIN GOLDBERG MD | |
| 2219274 | 900000169 | Complete | MARTY MC CAULEY | |
| 766350 | 900000066 | Complete | MARY B ROSS | |
| 413460 | 900000622 | Late | MARY BERNARD | |
| 1646138 | 900000293 | Complete | MARY HATCH | |
| 5560217 | 900000123 | Complete | MARY MAIDA | |
| 2533913 | 900000529 | Complete | MARY TRUJILLO | |
| 6629344 | 900000053 | Complete | MARY UMBERGER | |
| 4868236 | 900000470 | Complete | MARYLIN SANTIAGO | |
| 3643237 | 900000462 | Incomplete | MATTHEW D WEST | |
| 3643237 | 900000522 | Duplicate | MATTHEW D WEST | |
| 3643237 | 900000617 | Late | MATTHEW D WEST | |
| 7361108 | 900000109 | Complete | MATTHEW D ZAIGER | |
| 2433143 | 900000642 | Incomplete | MATTIE M PIAZZI | |
| 124357 | 900000545 | Complete | MAXINE B COSTE | |
| 4441287 | 900000512 | Complete | MAYRA J LANZO | |
| 6468289 | 900000253 | Complete | MELINDA REYES | |
| 451431 | 900000145 | Complete | MELVILLE T POLK | |
| 272139 | 900000098 | Complete | MELVIN L LYONS | |

**Moore v. Verizon**
Appendix 1 to Final Approval Order
List of Opt Outs



| Epiq Tracking # | Opt Out # | Opt Out Status | Name 1 | Name 2 |
|---|---|---|---|---|
| 4070313 | 900000175 | Complete | MICHAEL BALSAMO | |
| 4070313 | 900000215 | Duplicate | MICHAEL BALSAMO | |
| 914359 | 900000229 | Complete | MICHAEL E KENNEDY | |
| 4771891 | 900000028 | Complete | MICHAEL F FORTE | |
| 7991045 | 900000134 | Complete | MICHAEL GARRISON | |
| 5698721 | 900000568 | Complete | MICHAEL QUILLAN | |
| 4392756 | 900000346 | Complete | MIGUEL SALAZAR | |
| 4069537 | 900000210 | Complete | MIKE SEGAL | |
| 3905489 | 900000183 | Complete | MILDRED A OLSEN | |
| 4103584 | 900000160 | Complete | MILDRED D SAHM | |
| 3397942 | 900000121 | Complete | MILTON A SNOW | |
| 7869450 | 900000245 | Complete | MILTON M SCHUSTER SR | |
| 4257198 | 900000112 | Complete | MINDY SMITH | |
| 4268660 | 900000361 | Complete | MINNIE V CASE | |
| 8125687 | 900000394 | Incomplete | MIRIAM WILLIAMS | C/O GEORGE WILLIAMS JR |
| 7390627 | 900000051 | Complete | MISS D M SCHMIDT | |
| 4934258 | 900000092 | Complete | MISS D ZARINS | |
| 7892805 | 900000301 | Complete | MISS EVA DROFIAK | |
| 7723282 | 900000514 | Complete | MISS J THOMAS | |
| 4160549 | 900000500 | Complete | MISS JULIA NAZAK | |
| 7918138 | 900000360 | Complete | MISS M R LONGO | |
| 256303 | 900000599 | Late | MOHSEN MAZLOUMI LILI MOUSSAVI | |
| 3695730 | 900000489 | Complete | MONDARA PHAY | |
| 379875 | 900000383 | Complete | MT LAKE IND BPTST CH | |
| 7552146 | 900000571 | Complete | N C CARPET BINDING AND EQUIPMENT | MAL MAHER |
| 7552146 | 900000584 | Duplicate | N C CARPET BINDING AND EQUIPMENT | MAL MAHER |
| 879 | 900000579 | Complete | N J JASPER JR | |
| 1531055 | 900000385 | Complete | NANCY JACKSON | |
| 1545052 | 900000454 | Complete | NANCY L DAVIS | |
| 3930011 | 900000016 | Complete | NANCY M HANSEN | |
| 16740434 | 900000637 | Complete | NEEL KUMAR | |
| 7605959 | 900000040 | Complete | NENAD MARJANOVIC | |
| 4184026 | 900000378 | Complete | NGAH LI SOO | C/O MS FUN YOK PENG |
| 5218196 | 900000398 | Complete | NIAO FU LI | |
| 8308465 | 900000630 | Complete | NORA ALEMANY | |
| 275329 | 900000188 | Complete | NORMA J GRAU | |
| 6843988 | 900000431 | Complete | O SARROCA | |
| 1170341 | 900000600 | Complete | OTELLO J LEGNAIOLI | |
| 7700493 | 900000318 | Complete | P MATTHEWS | |
| 6937314 | 900000124 | Complete | P RAPOANO | |
| 1578078 | 900000194 | Complete | PATRICIA HOULIHAN | |
| 4489974 | 900000588 | Complete | PATRICIA MARKS | |
| 5033357 | 900000505 | Complete | PATRICIA SHOOP | |
| 7298328 | 900000611 | Late | PATRICIA SNARE | |
| 1874973 | 900000129 | Complete | PAUL BOURGEOIS | |
| 7765056 | 900000001 | Complete | PAUL M BELLAN | |
| 358077 | 900000207 | Complete | PAUL NOLAN | |
| 1963441 | 900000199 | Complete | PAULA A RIVERA | |
| 3057012 | 900000325 | Complete | PAULINE HOLLOWAY | |
| 5642043 | 900000054 | Complete | PAULINE SANDERLIN | |
| 5589519 | 900000419 | Complete | PC THE CONNELLY FIRM | |
| 1979416 | 900000277 | Complete | PERCY F CONKLIN | |
| 5314710 | 900000570 | Complete | PERLAT JERA | |
| 4067525 | 900000012 | Complete | PHILIP BARBATO | |
| 2531944 | 900000626 | Late | PHYLLIS E BAKER | |
| 1844073 | 900000171 | Complete | PINECRAFT SCAFFOLDING & LADDER CO | |
| 1844073 | 900000214 | Duplicate | PINECRAFT SCAFFOLDING & LADDER CO | |
| 1975100 | 900000276 | Complete | PRISCILLA LUCUS | |
| 3778797 | 900000181 | Complete | PRISCILLA STONE | |

**Moore v. Verizon**
Appendix 1 to Final Approval Order
List of Opt Outs

| Epiq Tracking # | Opt Out # | Opt Out Status | Name 1 | Name 2 |
|---|---|---|---|---|
| 7919614 | 900000294 | Complete | R A WEST | |
| 7480647 | 900000555 | Complete | R C MANCUSO | |
| 7242463 | 900000618 | Late | R CONIGLIO | |
| 7299381 | 900000191 | Complete | R E DAVIS | |
| 7899625 | 900000218 | Duplicate | R E DAVIS | |
| 1777451 | 900000400 | Complete | RACHEL C GOSSETT | |
| 3178885 | 900000354 | Complete | RALPH WEBER | |
| 5746161 | 900000233 | Complete | RAY SHULL, DECEASED | |
| 6060282 | 900000049 | Complete | RAYMOND ADAMS | |
| 3435867 | 900000521 | Complete | RAYMOND E ANDREOTTI | |
| 964705 | 900000606 | Complete | RCC | ATTN MARILYN MUMAW |
| 1801353 | 900000534 | Complete | REBA INGRAM | |
| 8437332 | 900000604 | Late | REBECCA CIOCI | |
| 4671584 | 900000086 | Complete | RENA SGAMBELLONE | |
| 4352097 | 900000490 | Complete | RENE CANADILLA | |
| 7850263 | 900000531 | Complete | RENE HARNOIS | |
| 4742398 | 900000178 | Complete | REV JOSEPH F PAA | |
| 6694058 | 900000446 | Complete | REV P N SMITH | |
| 6251661 | 900000380 | Complete | REV RICHARD BRIETSKE | |
| 5864906 | 900000185 | Complete | RICHARD A COMPTON T-A | |
| 6152223 | 900000474 | Complete | RICHARD BARTH | |
| 2122290 | 900000201 | Complete | RICHARD HARVEY | |
| 2787466 | 900000238 | Complete | RICHARD HOGAN | |
| 5454445 | 900000173 | Complete | RICHARD J GAGLIANESE | |
| 3932426 | 900000015 | Complete | RICHARD J MOORE | |
| 7047533 | 900000560 | Complete | RICHARD J SCALZOTT JR | |
| 7265445 | 900000449 | Complete | RICHARD SEABURN | |
| 103949 | 900000179 | Complete | RITA HARLEY | |
| 4258708 | 900000039 | Complete | ROBERT A CONWAY | |
| 3888268 | 900000005 | Complete | ROBERT A MURRAY | |
| 1308332 | 900000406 | Complete | ROBERT BEASLEY SR | |
| 6851201 | 900000266 | Complete | ROBERT BRANDELL | |
| 5947855 | 900000059 | Complete | ROBERT BURKHART | |
| 6456484 | 900000614 | Complete | ROBERT LACY | |
| 5790499 | 900000392 | Complete | ROBERT RICE | |
| 7207045 | 900000366 | Complete | ROBIN ANDREWS | |
| 2511430 | 900000343 | Complete | ROBT E STEPHENS, DECEASED | |
| 6498030 | 900000425 | Complete | ROBT N WALKER | |
| 1568329 | 900000307 | Complete | ROLAND J MORIN | |
| 1580495 | 900000141 | Complete | RONALD H BALL | |
| 6607533 | 900000256 | Complete | RONALD M LEIK | |
| 3724706 | 900000589 | Complete | RONALD OKULICZKI | |
| 6515314 | 900000079 | Complete | RONALD R FRABLE | |
| 2472157 | 900000312 | Complete | RONALD SHAHAN | |
| 6207493 | 900000355 | Complete | ROSALIA SAKSA | |
| 2881437 | 900000530 | Complete | ROSARIO BERMUDES | |
| 48054 | 900000284 | Complete | ROSE WHITE | |
| 6507514 | 900000027 | Complete | ROSEANN M SMITRESKI | |
| 3266532 | 900000193 | Complete | ROY JORGENSEN | |
| 3266532 | 900000417 | Duplicate | ROY JORGENSEN | |
| 5193719 | 900000439 | Complete | RUBY AMPARO MARIN | |
| 5621050 | 900000091 | Complete | RUI XIA CHAN | |
| 211558 | 900000264 | Complete | RUTH E HAMPTON | |
| 1203728 | 900000068 | Complete | RUTH E JACKSON | |
| 3315093 | 900000665 | Complete | RUTH F WOMACK | |
| 6427538 | 900000166 | Complete | RUTH MILLER | |
| 312404 | 900000368 | Complete | RUTH V ALEXANDER | |
| 7127832 | 900000499 | Complete | S A NIXON | |
| 6396911 | 900000263 | Complete | S ALLEN BACON | |

**Moore v. Verizon**

Appendix 1 to Final Approval Order

List of Opt Outs

| Epiq Tracking # | Opt Out # | Opt Out Status | Name 1 | Name 2 |
|---|---|---|---|---|
| 7583506 | 900000288 | Complete | SABRINA WASHINGTON | |
| 7522958 | 900000672 | Complete | SANDRA DIAZ | |
| 654426 | 900000566 | Complete | SANDRA S BENNETT | |
| 160390 | 900000097 | Complete | SHARLENE B WARD | |
| 3439297 | 900000035 | Complete | SHARON A BRUNNETT | |
| 2701345 | 900000441 | Complete | SHELLIE SAUNDERS | |
| 6664140 | 900000225 | Complete | SHIRLEY A BELL | |
| 3331889 | 900000495 | Complete | SHIRLEY A YEAGER | |
| 1768978 | 900000298 | Complete | SHIRLEY COLEMAN | |
| 2833037 | 900000372 | Complete | SHIRLEY GROSSBERG | |
| 7383407 | 900000069 | Complete | SHIRLEY HARRIS | |
| 3114475 | 900000660 | Complete | SMITH R T WELDING | |
| 5332239 | 900000407 | Complete | STEPHEN M SHEA | |
| 3100795 | 900000527 | Complete | STEVE MARKELL | CATHY MARKELL |
| 6006769 | 900000118 | Complete | STEVE MILLER | |
| 6006769 | 900000235 | Duplicate | STEVE MILLER | |
| 7827096 | 900000550 | Complete | STEVEN PALLIS | |
| 6361400 | 900000149 | Complete | STEVEN R YODER DBA | PEAR TREE MFG |
| 6754147 | 900000471 | Complete | SUE R KLEIN | |
| 8173484 | 900000444 | Complete | SUPALAK PRASOBRATANA | |
| 4565524 | 900000292 | Complete | SUSAN A BROOKS | |
| 3760671 | 900000002 | Complete | SUSAN ARENA | |
| 5600534 | 900000321 | Complete | SUSAN DERRY | |
| 2855894 | 900000569 | Complete | SUSAN EBERLY | |
| 2590327 | 900000154 | Complete | SUSAN HEWETT | |
| 1139468 | 900000542 | Complete | SUSAN HOLT | |
| 663550 | 900000554 | Complete | SUSAN HOLT | |
| 6629582 | 900000254 | Complete | SYLVIA L HEIDIG | |
| 3381253 | 900000653 | Complete | TAMMY'S CUTS ETC | |
| 6973511 | 900000433 | Complete | TAWNYA ANN LAKE | |
| 5249740 | 900000333 | Complete | TG SNYDER, DECEASED | |
| 447176 | 900000388 | Complete | THELMA L HARPER | |
| 836228 | 900000172 | Complete | THERESA TURNER | |
| 7896263 | 900000391 | Complete | THOMAS A MORAN | |
| 6510670 | 900000625 | Late | THOMAS DUVAL | |
| 450912 | 900000492 | Complete | THOMAS F HERBERT | |
| 6529323 | 900000106 | Complete | THOMAS J AMMERMAN | |
| 1646344 | 900000251 | Complete | THOMAS NORTON | |
| 4797254 | 900000230 | Complete | THOMAS P FAY JR | |
| 4243744 | 900000223 | Complete | THOS MAURICI | |
| 6613765 | 900000356 | Complete | TIMOTHY HORST | |
| 3403510 | 900000034 | Complete | TIMOTHY POZZI | |
| 620176 | 900000176 | Complete | TOUCH OF SPIRIT INC | |
| 5741058 | 900000638 | Complete | UTE WEBSTER | |
| 4362343 | 900000232 | Complete | V GHOLAM | |
| 6896349 | 900000144 | Complete | V J POMIANEK | |
| 105361 | 900000523 | Complete | V L FEREBEE | |
| 7663246 | 900000445 | Complete | VALERIE MOLLO | |
| 7576721 | 900000042 | Complete | VALMIR DA SILVA | |
| 888810 | 900000401 | Complete | VANESSA SMITH | |
| 4257348 | 900000052 | Complete | VERA BREGE | |
| 5656843 | 900000375 | Complete | VERNON R GROSS | |
| 3216873 | 900000644 | Incomplete | VILLAGE PARK NORTH | |
| 6408626 | 900000084 | Complete | VINCENT DEGREGORIS | |
| 1777786 | 900000177 | Complete | VINCENT J NASELLI | |
| 7907529 | 900000300 | Complete | VINCENT LEFFLER | |
| 16693396 | 900000635 | Complete | VINRAY PLUMBING & HEATING INC. | RAYMOND ARLIA |
| 7879346 | 900000536 | Complete | VIRGINIA DAUGHTERMAN | |
| 6856793 | 900000582 | Complete | W POKU | |

**Moore v. Verizon**
Appendix 1 to Final Approval Order
List of Opt Outs

| Epiq Tracking # | Opt Out # | Opt Out Status | Name 1 | Name 2 |
|---|---|---|---|---|
| 6328752 | 900000182 | Complete | WALLACE H GORDON | |
| 7803749 | 900000515 | Complete | WALTER A FOSTER | |
| 3716592 | 900000549 | Incomplete | WALTER E CHAPPELL | |
| 3716592 | 900000623 | Late | WALTER E CHAPPELL | |
| 6742601 | 900000420 | Complete | WANDA HEEBNER | |
| 5549353 | 900000224 | Complete | WARREN BILLGER, DECEASED | |
| 3358797 | 900000157 | Complete | WAYNE TAYLOR | |
| 16663858 | 900000632 | Incomplete | WEBER ARTHUR PHINEAS | |
| 3327862 | 900000654 | Complete | WHISPERING PINES MEAT PROCES | |
| 1612241 | 900000408 | Complete | WILHELM VOGELBEIN | |
| 5470377 | 900000528 | Complete | WILLARD B JACOBS JR | |
| 6691095 | 900000088 | Complete | WILLIAM F O CONNOR | |
| 7852325 | 900000624 | Late | WILLIAM JOSEPH HORVATH, DECEASED | KATHRYN C HORVATH |
| 3278586 | 900000414 | Complete | WILLIAM L WOEHL | |
| 2181258 | 900000461 | Complete | WILLIAM PATA | RUTH PATA |
| 3975522 | 900000011 | Complete | WILMA FELCH | |
| 7103399 | 900000019 | Complete | WM STRUCHEN | |
| 2303781 | 900000350 | Complete | YVONNE LINDBERG | |
| 16648464 | 900000631 | Complete | ZHONG YI CHEN | |