1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DESIREE MOORE and KAREN JONES individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., VERIZON CALIFORNIA, INC., VERIZON CORPORATE SERVICES GROUP INC., VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC. d/b/a VERIZON SERVICES GROUP, VERIZON SERVICES OPERATIONS INC., VERIZON SERVICES ORGANIZATION, INC., VERIZON CORPORATE SERVICES CORP., VERIZON DATA SERVICES, INC., and DOES 1 through 25,<br><br>Defendants. | CASE NO.  CV 09-1823 SBA<br><br>**JUDGMENT**<br><br>Hon. Saundra B. Armstrong |

This matter came before the Court on July 9, 2013, at which time the Court granted final approval to the class action Settlement. On August 28, 2013, the Court issued its written Final Approval Order (Dkt. 196). Pursuant to the terms of the Settlement and Fed. R. Civ. P. 58, the parties now request that the Court enter a final Judgment. Now therefore:

1. **IT IS ORDERED, ADJUDGED AND DECREED** that for the reasons stated in the Court's Final Approval Order, the parties' motion for entry of final Judgment is granted. Accordingly, Judgment is entered in this case as to all claims against all Defendants in this action, which claims were previously dismissed with prejudice by this Court in the Final Approval Order.

2. Without affecting the finality of the Judgment entered, the Court hereby reserves continuing jurisdiction over the parties to enforce the Final Approval Order and the Settlement.

DATED: October 30, 2013

By: *Saundra B Armstrong*
HON. SAUNDRA B. ARMSTRONG